UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PLAINTIFF: Alex Feinman      42 U.S.C.A. 1983 CIVIL RIGHTS
            1267 Main St.                        VIOLATION
            Acushnet, MA 02743

V         03 - 12301 GAO

DEFENDANTS:            MOTION FOR PRELIMINARY INJUNCTION

Dominic Nicolaci, Fairhaven, MA
Michelina Andrade, 233 Smith St., New Bedford, MA.
Christopher Baty, 1489 Morton Ave., New Bedford, MA
James Burgess, 731 Cumberland Hill Road, Woonsocket, RI
Attorney Stewart Grimes, 448 County St., New Bedford, MA
Police Chief, New Bedford Police Department, New Bedford, MA
Bristol County Sheriff, New Bedford, MA
Bonnie Demers, New Bedford, MA
Chuck Prunier, Special Agent, FBI, 20 Riverside Dr., Lakeville, MA    MAGISTRATE JUDGE Bowler
Detective Christoper Richmond, Acushnet Police Department.
Assistant District Attorney Chris Markey, New Bedford, MA
Attorney David Madoff, Bankruptcy Trustee, Boston, MA
Rosalie Hassey, Mattapoisett, MA
Thomas Brunelle, 126 Wood St., New Bedford, MA
Bail Commissioners, John Doe (1) and John Doe (2), State of Mass/
LFS, Incorporated,

MOTION FOR PRELIMINARY INJUNCTION

1. I request the court to appoint Attorney Donald Barnes to represent me in this civil rights case because I am indigent.

2. I request the Court to put LFS, Incorporated into voluntary bankruptcy or appoint a trustee.

3. I request the Court to have defendants return all my personal papers and belongings that were not subpoenaed by the Federal Grand Jury.

4. I request that all my papers and belongings for L. Feinman & Sons and Acushnet Maintenance be returned to me and my attorney, Donald Barnes. Without these papers, I cannot duly represent myself either personally or corporately.

5. Expand the Grand Jury to include the assaults as well as the actions taken by the defendants against me as I allege in this complaint.

6. Issue an order to the sheriff's department and the district court for violation of my civil rights for neglect of medical treatment.

7. Require the City of New Bedford to investigate the trespassing orders that Attorney Grimes issued unjustly and illegally.

8. Order the FBI and the U.S. Attorney to investigate the allegations on an equal basis not on a bias basis.

9. Order Dominic Nicolaci and Rosalie Hassey not to divert or sell any of their assets until such case is resolved in Court.

10. Order Michelina Andrade and other defendants not to sell any of their assets until the case is resolved.

11. Order the state internal affairs office to investigate Detective Richmond's and State Attorney Markey's actions regarding this case.

I request emergency relief regarding this motion.

Signature _____ 11/18/03

Name  Alex Feinman, 1267 Main St., Acushnet, MA, 02743