UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2003 DEC -5 A 11: 19

U.S. DISTRICT COURT
DISTRICT OF MASS.

C.A. No. 03-12301GAO

ALEX FEINMAN
    Plaintiff,

v.

SHERIFF, BRISTOL COUNTY, ET AL.,
    Defendants,

## DEFENDANT'S MOTION TO DISMISS

The defendant, Sheriff, Bristol County, Thomas Hodgson, moves for an entry of dismissal pursuant to Fed.R.Civ.P. 12(b)(6) as the plaintiff's complaint fails to state a claim upon which relief could be granted. In support of said motion, the defendant submits the attached memorandum of law.

        The Defendant, Sheriff of Bristol County,
        Thomas Hodgson
        By his Attorneys,

        _____
        James W. Simpson, Jr. BBO#634344
        MERRICK, LOUISON & COSTELLO
        67 Batterymarch Street
        Boston, MA 02110
        (617) 439-0305

## Certificate of Service

I, James W. Simpson, Jr. do certify that on the 5th day of December 2003, I served the foregoing on the *pro-se* plaintiff, Alex Feinman, 1267 Main Street, Acushnet, MA 02743.

_____
James W. Simpson, Jr.