UNITED STATES DISTRICT COURT

Eastern District of Massachusetts

FILED
CLERKS OFFICE
2003 DEC -8 P 1: 13
U.S. DISTRICT COURT
DISTRICT OF MASS.

ALEX FEINMAN, plaintiff                DOCKET NO. 03CV12301 GAO

    V.

DOMINIC NICOLACI,
MICHELINA ANDRADE,
CHRISTOPHER BATY,
JAMES BURGESS,
ATTORNEY STEWART GRIMES,
CHIEF OF POLICE, NEW BEDFORD
POLICE DEPARTMENT,
SHERIFF, BRISTOL COUNTY SHERIFF'S          ANSWER OF
DEPARTMENT,                                DEFENDANT,
BONNIE DEMERS,                             STATE ATTORNEY
ROSALIE HASSEY,                            CHRIS MARKEY
LFS, INCORPORATED,
CHUCK PRUMIER,
DETECTIVE CHRISTOPHER RICHMOND, ACHUSNET
POLICE DEPARTMENT,
STATE ATTORNEY CHRIS MARKEY,
ATTORNEY DAVID MADOFF,
THOMAS BRUNELLE,
BAIL COMMISSIONERS, JOHN DOE (1)
AND JOHN DOE (2) STATE OF MASSACHUSETTS,
Defendants

    Now comes defendant, State Attorney Chris Markey,

and hereby admits, denies, or otherwise responds to the

complaint as follows;

### JURISDICTION

    Denied as to diversity and denied as to the extent

the allegation implies there were violations of federal

law by this defendant.

### PRELIMINARY STATEMENT OF FACTS

    1. The defendant denies the allegations contained

in said paragraph.

FACTS

2. The defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in the second, third, fifth, sixth, seventh, eighth sentences of paragraph two.   Further, defendant denies controlling the execution of the arrest warrant.

3. The defendant denies he is the district attorney. Further, the defendant is without knowledge or information sufficient to form a belief as to the truth of the averment contained in said paragraph as to the amount of money owed, if any.   Further, the defendant denies the allegations concerning Detective Richmond. Further, the defendant states no response to the fifth sentence is required as same is not in compliance with Fed. R.Civ.P. 8.

4. The defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph four.

5. The defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph five.

6. The defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph six.

7. The defendant denies looking for "anyone" to press charges against the plaintiff or contacting Bill Tessier.

8. The defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph eight.  Further, the defendant denies any involvement or participation  in any such meeting.

9. The defendant denies the allegations contained in the first sentence of paragraph nine.  The defendant specifically denies any contact with any person to scheme to have the plaintiff removed from the company and its premises.  The plaintiff's bail was set by the bail commissioner at $10,000 cash, $100,000 surety. The defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining averments in paragraph nine.

10. The defendant denies any scheme.  The defendant admits to having read some information from several internet articles during the bail argument but denies any implied allegation contained in paragraph ten that said information was obtained from Christopher Baty or any other person from LFS, Inc.

11. The defendant admits he was the state prosecutor at the bail hearing and arraignment.  Otherwise, the defendant denies the allegations contained in paragraph eleven.

12. The defendant is without knowledge or information sufficient to form a belief as to the truth of the averments in paragraph twelve.

13. The defendant denies the averments contained in the first and eleventh sentences of paragraph thirteen. Further, the defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in the second through tenth and the twelfth through fifteenth sentences of paragraph thirteen

14. The defendant denies any scheme.  Otherwise, the defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining averments contained in paragraph fourteen.

15. The defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph fifteen.

16. The defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph sixteen.

17. The defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph seventeen.

18. The defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph eighteen.

19. The defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph nineteen.

20. The defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph twenty.

21. The defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph twenty one.

22. The defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph twenty two.

23. The defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph twenty three.

24. The defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph twenty four.

25. The defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph twenty five.

26. The defendant admits the plaintiff was arrested. The defendant denies there was false imprisonment or that this defendant used the New Bedford Police Department as a spear for the alleged false imprisonment.

27. The defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph twenty seven.

28. The defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph twenty eight.

29. The defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph twenty nine.

30. The defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph thirty.

31. The defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph thirty one.

## AFFIRMATIVE DEFENSES

1. The defendant states there is a misnomer of his position as he is not the District Attorney.

2. The defendant states the complaint should be dismissed on the grounds of sovereign immunity.

3. The defendant states he is immune from liability.

4. The defendant states the complaint should be dismissed for failure to state a claim upon which relief can be granted.

5. The defendant states the complaint should be dismissed for insufficiency of service of process.

6. The defendant states the plaintiff was lawfully arrested.

Respectfully submitted,
State Attorney Chris
Markey,defendant, by his
Attorney


William R. Connolly
Assistant District Attorney
Bristol District
P.O. Box 973
888 Purchase Street
New Bedford, MA.   02740
(508)-997-0711
BBO # 095640


Dated: December 5, 2003

### Certificate of Service

I hereby certify that a true copy of the above document was served upon the following parties by mail on December 5, 2003:

Dominic Nicolaci
Fairhaven, MA

Michelina Andrade
233 Smith Street
New Bedford, MA   02740

Christopher Baty
1489 Morton Avenue
New Bedford, MA

James Burgess
731 Cumberland Hill Road
Woonsocket, RI

Stewart Grimes, Esq.
448 County Street
New Bedford, MA   02740

Carl Moniz, Chief of Police
New Bedford Police Department
New Bedford, MA 02740

Thomas Hodgson, Sheriff
Bristol County Sheriff's Department
New Bedford, MA

Bonnie Demers
New Bedford, MA 02744

Rosalie Hassey
7 Maplewood
Mattapoisett, MA  02739

LFS, Inc.
195 Riverside Avenue
New Bedford, MA

Chuck Prumier, Special Agent
FBI
20 Riverside Drive
Lakeville, MA

Detective Christopher Richmond
Acushnet Police Department
130 Main Street
Acushnet, MA  02743

David Madoff, Esq.
101 Arch Street
Boston, MA  02110

Thomas Brunelle
126 Wood Street
New Bedford, MA

Alex Feinman
1267 Main Street
Acushnet, MA

William R. Connolly
Assistant District Attorney