UNITED STATES DISTRICT COURT

Eastern District of Massachusetts

ALEX FEINMAN, plaintiff      DOCKET NO. 03CV12301 GAO

V.

DOMINIC NICOLACI,
MICHELINA ANDRADE,
CHRISTOPHER BATY,
JAMES BURGESS,
ATTORNEY STEWART GRIMES,
CHIEF OF POLICE, NEW BEDFORD POLICE DEPARTMENT,
SHERIFF, BRISTOL COUNTY SHERIFF'S DEPARTMENT,
BONNIE DEMERS,
ROSALIE HASSEY,
LFS, INCORPORATED,
CHUCK PRUMIER,
DETECTIVE CHRISTOPHER RICHMOND, ACHUSNET POLICE DEPARTMENT,
STATE ATTORNEY CHRIS MARKEY,
ATTORNEY DAVID MADOFF,
THOMAS BRUNELLE,
BAIL COMMISSIONERS, JOHN DOE (1) AND JOHN DOE (2) STATE OF MASSACHUSETTS

MOTION OF DEFENDANT, STATE ATTORNEY CHRIS MARKEY FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR PRELIMINARY INJUNCTION

Now comes defendant, State Attorney Chris Markey (Correct title is Assistant District Attorney), and hereby moves this court for an extension of 20 days to and including December 31, 2003 in which to file and serve an opposition to plaintiff's motion for preliminary injunction, and in support thereof states that the undersigned recently received the plaintiff's motion and will be out of state on previously scheduled business for the week of December 8th. Additional time is necessary to prepare an appropriate opposition.

        Respectfully submitted,
        State Attorney Chris
        Markey, defendant, by his
        Attorney


        */s/ William R. Connolly*
        William R. Connolly
        Assistant District Attorney
        Bristol District
        P.O. Box 973
        888 Purchase Street
        New Bedford, MA. 02740
        (508)-997-0711
        BBO # 095640


Dated: December 5, 2003

## Certificate of Service

I hereby certify that a true copy of the above document was served upon the following parties by mail on December 5, 2003:

Dominic Nicolaci
Fairhaven, MA

Michelina Andrade
233 Smith Street
New Bedford, MA  02740

Christopher Baty
1489 Morton Avenue
New Bedford, MA

James Burgess
731 Cumberland Hill Road
Woonsocket, RI

Stewart Grimes, Esq.
448 County Street
New Bedford, MA  02740

Carl Moniz, Chief of Police
New Bedford Police Department
New Bedford, MA 02740

Thomas Hodgson, Sheriff
Bristol County Sheriff's Department
New Bedford, MA

Bonnie Demers
New Bedford, MA 02744

Rosalie Hassey
7 Maplewood
Mattapoisett, MA  02739

LFS, Inc.
195 Riverside Avenue
New Bedford, MA

Chuck Prumier, Special Agent
FBI
20 Riverside Drive
Lakeville, MA

Detective Christopher Richmond
Acushnet Police Department
130 Main Street
Acushnet, MA  02743

David Madoff, Esq.
101 Arch Street
Boston, MA  02110

Thomas Brunelle
126 Wood Street
New Bedford, MA

Alex Feinman
1267 Main Street
Acushnet, MA

William R. Connolly
Assistant District Attorney