UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2003 DEC 10 P 1:25

U.S. DISTRICT COURT
DISTRICT OF MASS.

ALEX FEINMAN,
     Plaintiff

v.　　　　　　　　　　Case No. 03-12301-GAO

DOMINIC NICOLACI, et al.,
     Defendants

## MOTION TO AMEND ORIGINAL COMPLAINT

1. The plaintiff comes before the Court with new evidence showing that two two new defendants, Carol VerCammen and Kenneth VerCammen of 488 Coggshall Street, New Bedford, Massachusetts, purposely and maliciously harmed the plaintiff by falsifying payroll records to their new mortgage company to gain approval for said loan, exhibit 1.

2. These two defendants manipulated Mass Health by collecting medical benefits from the state while collecting money from the plaintiff and others which they did not want to report as income.

3. To cover this misdeed, the defendants both conspired with the other defendants to manipulate the plaintiff's bankruptcy papers and other paperwork in order to harm the plaintiff in defending himself. The bankruptcy trustee through Attorney Grimes, who are also defendants in this

case, gave the defendants total control of the plaintiff's paperwork, thereby causing the plaintiff to believe the bankruptcy papers filed might have been manipulated because Carol VerCammen was responsible, with the plaintiff, for filing the bankruptcy papers. The plaintiff had total trust in Carol VerCammen at that time and believed she was honest.

3. The plaintiff and his family were manipulated by these two defendants by coming to their home, going to dinner, visiting their parents and many e-mails and phone calls, while all the time, they were scheming with the other defendants to do the plaintiff harm.

4. CONCLUSION. The plaintiff requests this Honorable Court to allow these two individuals to be listed as defendants in the above-referenced case. Respectfully submitted, this 10th day of December 2003,

Alex Feinman, pro se

### CERTIFICATE OF SERVICE

I, Alex Feinman, do certify that on the 10th day of December 2003, I served the foregoing on the defendants by fax and by U.S. Mail.

Alex Feinman, pro se

(Pg. 2)