# UNITED STATES DISTRICT COURT

~~Eastern~~                                District of     Massachusetts

Alex Feinman

V.

DOMINIC Nicolaci, et. al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03 12301 GAO

FILED IN CLERK'S OFFICE
2003 DEC -
U.S. DISTRICT COURT
DISTRICT OF MASS.

TO: (Name and address of Defendant)

Detective Christopher Richmond, Acushnet Police Dept.,
Acushnet, MA.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Alex Feinman, 1267 Main St., ACUSHNET, MA 02743

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                               11-(8-03

**CLERK**

_____
(By) DEPUTY CLERK

Certificate of Service

I, Billy Kraus, served the above-named individual the foregoing information by leaving a copy of the Complaint + Summons with the Acushnet Police Dispatcher on 11-05-03.

William Krause III   12-9-03

48 Lantern Lane   Acushnet, Ma