AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern District of Massachusetts

Alex Feinman
V.
Dominic Nicolaci, et al.

FILED
IN CLERKS OFFICE
2003 DEC -9
U.S. DISTRICT COURT
DISTRICT OF MASS

SUMMONS IN A CIVIL CASE

CASE NUMBER: 03 12301 GAO

TO: (Name and address of Defendant)

LFS, Incorporated, 195 Riverside Ave., New Bedford, MA.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Alex Feinman, 1267 Main St., Acushnet, MA 02743

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS



11-18-03

CLERK

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | December 4, 2003 @ 11:50 a.m. |
| NAME OF SERVER (PRINT)  David Tomlinson | TITLE  Constable |

Check one box below to indicate appropriate method of service

☒ Served personally upon the third-party defendant. Place where served: <u>James Burgess, Officer, Agent in Charge. The said service was made at 195 Riverside Avenue, New Bedford, MA.</u>

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $7.00 | $20.00 | $27.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/4/03
                Date

Signature of Server  David Tomlinson

P.O. Box 50762, New Bedford, MA 02745
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.