# UNITED STATES DISTRICT COURT

Eastern                              District of     Massachusetts

IN CLERKS OFFICE

Alex Feinman

2003 DEC -9 P 1: 33

**SUMMONS IN A CIVIL CASE**

V.

U.S. DISTRICT COURT
DISTRICT OF MASS.

Dominic Nicolaci, et. al.

CASE NUMBER:

# 03 CV 12301 GAO

TO: (Name and address of Defendant)

Chris Markey, State Attorney, New Bedford, MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Alex Feinman, 1267 Main St., Acushnet, MA.

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                                    11-18-03

CLERK

(By) DEPUTY CLERK

Certificate of Service

I Billy Kraus served the above-named individual the foregoing information by leaving a copy of the summons + complaint at his office in New Bedford, MA. on Nov. 30, 2003.

William Kraus III   12-9-03
48 Lantern Lane Acushnet, Ma