## UNITED STATES DISTRICT COURT

__Eastern__   District of __Massachusetts__

Alex Feinman

V.                              SUMMONS IN A CIVIL CASE

Dominic Nicolaci, et.al.

CASE NUMBER:

# 03c 12301 GAO

TO: (Name and address of Defendant)

Dominic Nicolaci, P.O. Box D-6, Fairhaven, MA 02179

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Alex Feinman, 1267 Main St., Acushnet, MA 02743

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                        11-18-03
CLERK

(By) DEPUTY CLERK

Certificate of Service

I, Billy Kraus, served the above-named individual the foregoing information at his residence on 11-28-03 under penalty of the law.

William Krause   12-9-03
48 Lantern Lane  Acushnet, Ma