AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

~~Eastern~~ _____ District of _____ Massachusetts _____

FILED
IN CLERK'S OFFICE

Alex Feinman

V.

Dominic Nicolaci, et al.

2003 DEC -9 P 1:33
U.S. DISTRICT COURT
DISTRICT OF MASS.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 03 12301 GAO

TO: (Name and address of Defendant)

Sheriff, Bristol County Sheriff's Office, New Bedford, MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ~~ATTORNEY~~ (name and address)

Alex Feinman, 1267 Main St., Acushnet, MA 02743

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

11-18-03

CLERK

(By) DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>December 2, 2003 @ 12:15 p.m. |
| NAME OF SERVER *(PRINT)*<br>George Souza | TITLE<br>Constable/A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: Linda Ross, Sheriff's Adminis. Assistant. The said service was made at 400 Faunce Corner Road, North Dartmouth, MA 02747.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $7.00 | $20.00 | $27.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12/2/03   _____
                Date      Signature of Server   George Souza

33 Darling Street, Acushnet, MA 02743
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.