%AO 440  (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern          F District of _____ Massachusetts _____
IN CLERKS OFFICE

Alex Feinman          2003 DEC -9 P 1: 33   **SUMMONS IN A CIVIL CASE**

V.

Dominic Nicolaci, et. al.   U.S. DISTRICT COURT
DISTRICT OF M**03 ~ 12301 GAO**

CASE NUMBER:

TO: (Name and address of Defendant)

James Burgess, 731 Cumberland Hill Road, Woonsocket, R.I.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Alex Feinman, 1267 Main St., Acushnet, MA 02743

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



TONY ANASTAS                                                    11-18-03

CLERK

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | November 26, 2003 @ 11:30 a.m. |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| David Tomlinson | Constable |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: <u>The said service was made at</u> <u>195 Riverside Avenue, New Bedford, MA.</u>

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $7.00 | $20.00 | $27.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___11/26/03___   _David Tomlinson_
Date    Signature of Server

P.O. Box 50762, New Bedford, MA 02745
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.