AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

~~Eastern~~                    District of Massachusetts

FILED
IN CLERK'S OFFICE

2003 DEC -9 P 1:33

U.S. DISTRICT COURT
DISTRICT OF MASS.

Alex Feinman

V.

Dominic Nicolaci, et. al.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

## 03C 12301 GAO

TO: (Name and address of Defendant)

Thomas Brunelle, 126 Wood St., New Bedford, MA.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Alex Feinman, 1267 Main St., Acushnet, MA   02743

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                            11-18-03
CLERK

_____
(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | December 4, 2003 @ 12:07 p.m. |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| David Tomlinson | Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: Under locked door. The said service was made at 126 Wood Street, New Bedford, MA. Copy mailed

☒ ~~Returned unexecuted~~ 1st Class to the above address.

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $7.00 | $20.00 | $27.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/4/03
            Date

Signature of Server    David Tomlinson

P.O. Box 50762, New Bedford, MA 02745
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.