UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2003 DEC 10 P 1:25
U.S. DISTRICT COURT
DISTRICT OF MASS.

ALEX FEINMAN,
    Plaintiff

v.   Case No. 03-12301-GAO

DOMINIC NICOLACI, et al.,
    Defendants

## MOTION TO DEFAULT LFS, INC.

1. The plaintiff brings to the Court exhibit 1 which is an answer from the defendant, LFS, Inc. The said defendant filed this motion pro se. A corporation cannot file pro se.

2. Attorney Grimes, who is the corporate lawyer for LFS, Inc., exhibit 2, knows that a corporation cannot file pro se. The corporation and the individuals representing the corporation with Attorney Grimes are using this as a deliberate stalling tactic and a mockery of the proceedings.

CONCLUSION:

3. The plaintiff hereby asks the Court to enter a judgment on the pleading from the plaintiff.

4. The plaintiff requests the Court to issue sanctions and costs against the defendant.

Respectfully submitted this 10th day of December 2003.

*[signature]*

Alex Feinman, pro se

## CERTIFICATE OF SERVICE

I, Alex Feinman, do certify that on the 10th day of December, I served the foregoing on the defendants by fax and by U.S. Mail.

*[signature]*

Alex Feinman

Pg. 2