UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUIHSETTS                           DOCKET NO: 03CV12301GA

| | |
|---|---|
| ALEX FEINMAN | ) |
|     PLAINTIFF | ) |
| | ) |
| V. | ) |
| | ) |
| DOMINIC NICOLACI, et al | ) |
|     DEFENDANTS | ) |

## DEFENDANT'S ANSWER TO COMPLAINT

1. Paragraph 1 is rambling and unintelligible and should not require an answer, however for the purposes of the complaint is denied.

2. Paragraph 2 is rambling and unintelligible and should not require an answer, however for the purposes of the complaint is denied.

3. Paragraph 3 is rambling and unintelligible and should not require an answer, however for the purposes of the complaint is denied.

4. Paragraph 4 is rambling and unintelligible and should not require an answer, however for the purposes of the complaint is denied.

5. Paragraph 5 is rambling and unintelligible and should not require an answer, however for the purposes of the complaint is denied.

6. Paragraph 6 is rambling and unintelligible and should not require an answer, however for the purposes of the complaint is denied.

7. Paragraph 7 is rambling and unintelligible and should not require an answer, however for the purposes of the complaint is denied.

8. Paragraph 8 is rambling and unintelligible and should not require an answer, however for the purposes of the complaint is denied.

9. Paragraph 9 is rambling and unintelligible and should not require an answer, however for the purposes of the complaint is denied.

10. Paragraph 10 is rambling and unintelligible and should not require an answer, however for the purposes of the complaint is denied.

11. Paragraph 11 is rambling and unintelligible and should not require an answer, however for the purposes of the complaint is denied.

12. Paragraph 12 is rambling and unintelligible and should not require an answer, however for the purposes of the complaint is denied.

13. Paragraph 13 is rambling and unintelligible and should not require an answer, however for the purposes of the complaint is denied.

14. Paragraph 14 is rambling and unintelligible and should not require an answer, however for the purposes of the complaint is denied.

15. Paragraph 15 is rambling and unintelligible and should not require an answer, however for the purposes of the complaint is denied.

16. Paragraph 16 is rambling and unintelligible and should not require an answer, however for the purposes of the complaint is denied.

17. Paragraph 17 is rambling and unintelligible and should not require an answer, however for the purposes of the complaint is denied.

18. Paragraph 18 is rambling and unintelligible and should not require an answer, however for the purposes of the complaint is denied.

19. Paragraph 19 is rambling and unintelligible and should not require an answer, however for the purposes of the complaint is denied.

20. Paragraph 20 is rambling and unintelligible and should not require an answer, however for the purposes of the complaint is denied.

21. Paragraph 21 is rambling and unintelligible and should not require an answer, however for the purposes of the complaint is denied.

22. Paragraph 22 is rambling and unintelligible and should not require an answer, however for the purposes of the complaint is denied.

23. Paragraph 23 is rambling and unintelligible and should not require an answer, however for the purposes of the complaint is denied.

24. Paragraph 24 is rambling and unintelligible and should not require an answer, however for the purposes of the complaint is denied.

25. Paragraph 25 is rambling and unintelligible and should not require an answer, however for the purposes of the complaint is denied.

26. Paragraph 26 is rambling and unintelligible and should not require an answer, however for the purposes of the complaint is denied.

27. Paragraph 27 is rambling and unintelligible and should not require an answer, however for the purposes of the complaint is denied.

28. Paragraph 28 is rambling and unintelligible and should not require an answer, however for the purposes of the complaint is denied.

29. Paragraph 29 is rambling and unintelligible and should not require an answer, however for the purposes of the complaint is denied.

30. Paragraph 30 is rambling and unintelligible and should not require an answer, however for the purposes of the complaint is denied.

31. Paragraph 31 is rambling and unintelligible and should not require an answer, however for the purposes of the complaint is denied.

Wherefore the Defendant moves that this Honorable Court dismiss the complaint in its entirety and award attorney fees and costs in defending this action when and if attorneys fees and costs acrue.

Defendant:
Pro se

Signed: _____
Name: _____
Address: _____
_____
Telephone: _____

4