UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2003 DEC 10
C.A. NO. 03-12301-GAO

U.S. DISTRICT COURT
DISTRICT OF MASS.

ALEX FEINMAN,

    Plaintiff

v.

DOMINIC NICOLACI, ET AL.,

    Defendants

SPECIAL NOTICE OF
APPEARANCE ON BEHALF
OF DEFENDANT
CHRISTOPHER RICHMOND

Please enter our special appearance on behalf of Defendant Christopher Richmond.

DEFENDANT,

CHRISTOPHER RICHMOND,

*/s/ Katharine Doyle*
Joseph L. Tehan, Jr. (BBO# 494020)
Katharine Goree Doyle (BBO# 634131)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

208762/ACUS/0001

SCANNED
DATE: 12-11-03
BY: ____

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on 12/10/03
*/s/ KDoyle*

DOCKETED 33