UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 03-12301-GAO

ALEX FEINMAN,

        Plaintiff

v.

DOMINIC NICOLACI, ET AL.,

        Defendants

MOTION TO ENLARGE TIME ON BEHALF OF DEFENDANT CHRISTOPHER RICHMOND PURSUANT TO FED.R.CIV.P.6(b)

Defendant Christopher Richmond (hereinafter "Richmond") hereby moves pursuant to Fed. R.Civ.P.6(b) for an enlargement of time of thirty days from the date of filing, such that an Answer or other response to the Complaint would be due on January 10, 2003.

MEMORANDUM OF REASONS

As grounds therefor, Richmond states that the undersigned counsel received the complaint only on December 2, 2003. Counsel requires additional time to ascertain whether service has been properly made, ascertain representation for Richmond, and to investigate the allegations in the Complaint against Richmond, so as to provide a reasoned Answer or other response to the Complaint.

WHEREFORE, Richmond respectfully request that the time to answer the Complaint in this matter be enlarged up to and including December 2, 2003.

DEFENDANT,
CHRISTOPHER RICHMOND,

By his attorneys,

*Katherine Doyle*

Joseph L. Tehan, Jr. (BBO # 494020)
Katharine Goree Doyle (BBO# 634131)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on 12/10/03
*KDoyle*

208760/acus/0001