UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2003 DEC 10
U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| ALEX FEINMAN,<br><br>        Plaintiff<br>v.<br><br>DOMINIC NICOLACI, ET AL.,<br><br>        Defendants | C.A. NO. 03-12301-GAO<br><br>LOCAL RULE 7.1<br>CERTIFICATE OF COMPLIANCE |

Now comes the undersigned defense counsel, and hereby certifies that on December 10, 2003, she conferred with the pro se plaintiff regarding the Motion to Enlarge Time by telephone to (508) 763-8090 and indicated he would not oppose the Motion.

DEFENDANT,
CHRISTOPHER RICHMOND

_____
Katharine Goree Doyle (BBO# 634131)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

208760/ACUS/0001

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on 12/10/03
K Doyle

DOCKETED