```
                                                           FILED
                                                      IN CLERK'S OFFICE
         UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS              2003 DEC 16  P 12: 33
```

PLAINTIFF: Alex Feinman,
              1267 Main St., Acushnet, MA

                              U.S. DISTRICT COURT
                              DISTRICT OF MASS.

                          DOCKET NO: 03 12301 GAO
                          CIVIL ACTION 42 U.S.C.A. 1983, 1991
V                          AND AMERICAN DISABILITIES ACT
                          AMENDED COMPLAINT, 12/16/03
DEFENDANTS:            MOTION FOR PRELIMINARY INJUNCTION

Dominic Nicolaci, Fairhaven, MA
Michelina Andrade, 233 Smith St., New Bedford, MA.
Christopher Baty, 1489 Morton Ave., New Bedford, MA
James Burgess, 731 Cumberland Hill Road, Woonsocket, RI
Attorney Stewart Grimes, 448 County St., New Bedford, MA
Chief of Police, New Bedford Police Department, New Bedford, MA
Sheriff, Bristol County Sheriff's Department, New Bedford, MA
Bonnie Demers, New Bedford, MA
Rosalie Hassey, Mattapoisett, MA
LFS, Incorporated, 195 Riverside Ave., New Bedford, MA
Chuck Prunier, Special Agent, FBI, 20 Riverside Dr., Lakeville, MA
Detective Christopher Richmond, Acushnet Police Department.
State Attorney Chris Markey, New Bedford, MA
Attorney David Madoff, Boston, MA
Thomas Brunelle, 126 Wood St., New Bedford, MA
Bail Commissioners, John Doe (1) and John Doe (2), State of Massachusetts
Carol Ver Cammen, New Bedford, MA
Kenneth Ver Cammen, New Bedford, MA
Lydia Nicolaci, Fairhaven, MA
Shawn Gore, Falmouth, MA
Lieutenant Hebert and unknown officers, New Bedford Police Dept. New Bedford, MA
Judge David Turcotte, New Bedford District Court, New Bedford, MA
Nicole Mendonca, New Bedford, MA
Robert Quinones, New Bedford, MA
Stephanie Palmer, New Bedford, MA

## MOTION FOR PRELIMINARY INJUNCTION

1. I request this Honorable Court to attach all assets of said defendants so they cannot

liquidate or transfer said assets: Michelina Andrade, Stewart Grimes,

Dominic Nicolaci, Lydia Nicolaci, Rosalie Hassey, Thomas Brunelle, James Burgess, Shawn

Gore, Carol Ver Cammen, Kenneth Ver Cammen and Christopher Baty.

2. I request this Honorable Court to order that Christopher Richmond of the Acushnet Police

Department and Assistant State Attorney Mackey be put on administrative leave until said

Pg. 2

case is investigated, or be taken off this case.

3. I request the Court to order immediate release of all my personal papers and belongings and equipment currently in the control of the defendants.

4. I request the Court to order an inventory of all papers turned over the grand jury.

5. I request an inventory of all papers and personal items and equipment that was destroyed, given away or destroyed by the defendants.

6. I request the Court to order that the U.S. Trustee appoint a new bankruptcy trustee and account for all communications with Attorney Grimes and others regarding this case.

7. I request the Sheriff's Department and the state judge to clarify the mistakes they committed against me and show they will correct these mistakes immediately.

8. I request the Chief of Police of New Bedford and Lieutenant Hebert to set policy regarding handling no-trespassing cases, as well as assist the plaintiff in removing his property from said building.

9. I request the Court to order the defendants not to send discriminating literature or other forms of communication about me.

10. I request that the U.S. Attorney investigate the assaults upon me by the defendants.

11. I request Michelina Andrade and her father to turn over my personal property, such as my mother's fur coats and jewelry, that they were supposed to clean and size.

12. I request that the U.S. Attorney investigate the whole series of events regarding this case and not selective prosecution.

13. I request that this Court order the defendants not to harass or assault my family or myself.

14. I request this Court order Attorney Grimes not to communicate with creditors and others saying he is in charge of the plaintiff's property and paperwork.

Pg. 3

I request emergency relief be granted.

*[signature]*
Alex Feinman, pro se

## CERTIFICATE OF SERVICE

I, Alex Feinman, do certify that on the 16th day of December, 2003 I served the foregoing on the defendants by fax and by U.S. Mail.

*[signature]*
Alex Feinman, pro se