UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2003 DEC 16  P 12: 35

U.S. DISTRICT COURT
DISTRICT OF MASS.

Alex Feinman                                    Docket No. 03 12301 GAO

                                                MOTION TO AMMEND ORIGINAL
v.                                              COMPLAINT

Dominic Nicolaci, et.al.

1. Now comes the plaintiff, Alex Feinman. He moves this Honorable Court to allow filing of the attached amended Civil Action 42 U.S.C.A. 1983, 1991 and American Disabilities Act Complaint and the Amendments of Motion for Preliminary Injunction with this Honorable Court.

2. The plaintiff also requests this Honorable Court to allow the enlargement of the Defendants listed in the Complaint.

3. The plaintiff begs this Honorable Court to schedule a hearing date for the Motion for Preliminary Injunction.

Alex Feinman, pro se

CERTIFICATE OF SERVICE

I, Alex Feinman, do certify that on the 16th day of December, 2003, I served the foregoing on the defendants by fax and by U.S. Mail.

Alex Feinman