UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2003 DEC 18  P 12: 41

U.S. DISTRICT COURT
DISTRICT OF MASS.

CIVIL ACTION NO. 03-12301-GAO

| | |
|---|---|
| ALEX FEINMAN | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| DOMINIC NICOLACI, ET AL. | ) |
|     Defendants | ) |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel of record on behalf of the defendant, Detective Christopher Richmond, in the above-captioned matter.

                                          Defendant,
                                          CHRISTOPHER RICHMOND,
                                          by his attorneys,

**PIERCE, DAVIS & PERRITANO, LLP**

_____
John J. Davis, BBO #115890
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950