UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2003 DEC 22  P 1: 00          C.A. NO. 03-12301-GAO

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| ALEX FEINMAN, | |
| Plaintiff | MOTION FOR LEAVE OF COURT PURSUANT TO LOCAL RULE 83.5.2(c) TO WITHDRAW AS COUNSEL FOR DEFENDANT RICHMOND |
| v. | |
| DOMINIC NICOLACI, ET AL., | |
| Defendants | |

Now come the undersigned, Joseph L. Tehan, Jr. and Katharine Goree Doyle (collectively "defense counsel"), and hereby move pursuant to L.R. 83.5.2(c) for leave of Court to Withdraw their appearance on behalf of defendant Christopher Richmond in this matter. The proposed Withdrawal of Appearance is attached hereto. Defense counsel seek leave of this Court to withdraw because they filed a motion to enlarge time to file a response to the Complaint on behalf of defendant Christopher Richmond, and such motion is still pending.

As grounds therefor, defense counsel states that defendant Richmond, has obtained separate representation through the Town of Acushnet's insurer, and defense counsel has just been retained to represent the City of New Bedford Chief of Police by the City of New Bedford's insurer. Successor counsel has filed a Notice of Appearance on behalf of defendant Richmond. Defense counsel's Notice of Appearance on behalf of the City of New Bedford Chief of Police has been filed contemporaneously herewith.

WHEREFORE, defense counsel respectfully requests that the Court allow their withdrawal as attorneys for defendant Christopher Richmond.

Respectfully submitted,

Joseph L. Tehan, Jr. (BBO# 494020)

Katharine Goree Doyle (BBO# 634131)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

ASSENTED TO:

DEFENDANT,

CHRIS MARKEY,

By his attorney,

/s/
William R. Connolly (BBO # 095640)
Assistant District Attorney
Bristol District
P.O. Box 973
888 Purchase Street
New Bedford, MA 02740
(508) 997-0711

ASSENTED TO:

DEFENDANT,

MICHELINA ANDRADE,

Michelina Andrade
195 Riverside Avenue
New Bedford, MA 02740
(508) 999-1150
209434/METG/0517

ASSENTED TO:

DEFENDANT,

CHRISTOPHER RICHMOND,

By his attorney,

/s/
John J. Davis (BBO#115890)
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

ASSENTED TO:

DEFENDANT,

STEWART H. GRIMES,

Stewart H. Grimes
240 Union Street
New Bedford, MA 02740
(508) 984-7000

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on 12/19/03
K Doyle