UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
2003 DEC 22 P 1:00
U.S. DISTRICT COURT
DISTRICT OF MASS.

C.A. NO. 03-12301-GAO

ALEX FEINMAN,

    Plaintiff

v.

DOMINIC NICOLACI, ET AL.,

    Defendants

SPECIAL NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT NEW BEDFORD POLICE CHIEF

Please enter our special appearance on behalf of Defendant New Bedford Police Chief.

DEFENDANT,

NEW BEDFORD POLICE CHIEF,

_____
Joseph L. Tehan, Jr. (BBO# 494020)
Katharine Goree Doyle (BBO# 634131)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

209430/Metg/0517

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on 12/19/03

_____