# UNITED STATES DISTRICT COURT

__Eastern__ District of __Massachusetts__

FILED
IN CLERKS OFFICE
2003 DEC 23 P 1:49
U.S. DISTRICT COURT
DISTRICT OF MASS.

Alex Feinman

V.

Dominic Nicolaci, et. al.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

## 03 C 12301 GAO

TO: (Name and address of Defendant)

Bail Commissioners, John Doe (1) and John Doe (2), Third District Court, New Bedford, MA.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Alex Feinman, 1267 Main St., Acushnet, MA 02743

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

11-18-03

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | December 5, 2003 @ 10:40 a.m. |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Herve W. Vandal Jr. | Constable |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: Bail Commissioners John Doe (1) and John Doe (2) J.B. Shermin, Assistant Clerk Magistrate. The said service was made at New Bedford District Court, 75 No. Sixth Street, New Bedford, MA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $7.00 | $20.00 | $27.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12/5/03
                Date

*Signature of Server*
Constable

216 Rockland Street, New Bedford, MA 02740
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.