# UNITED STATES DISTRICT COURT

Eastern District of Massachusetts

FILED
IN CLERKS OFFICE
2003 DEC 23 P 1:49
U.S. DISTRICT COURT
DISTRICT OF MASS.

Alex Feinman

V.

Dominic Nicolaci, et. al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 03cv12301 GAO

TO: (Name and address of Defendant)

Chris Markey, State Attorney, New Bedford, MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Alex Feinman, 1267 Main St., Acushnet, MA.

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

11-18-03

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | December 11, 2003 @ 8:03 a.m. |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Herve W. Vandal Jr. | Constable |

Check one box below to indicate appropriate method of service

☒ Served personally upon the third-party defendant. Place where served: Chris Markey, State Attorney. The said service was made at New Bedford District Court, 75 No. Sixth Street, New Bedford, MA.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $7.00 | $20.00 | $27.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/11/03
             Date

*Signature of Server*   Constable

216 Rockland Street, New Bedford, MA 02740
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.