AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

____Eastern____ District of ____Massachusetts____

FILED
CLERKS OFFICE
2003 DEC 23 P 1:49
U.S. DISTRICT COURT
DISTRICT OF MASS.

Alex Feinman

V.

Dominic Nicolaci, et.al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 03 - 12301 GAO

TO: (Name and address of Defendant)

Dominic Nicolaci, P.O. Box D-6, Fairhaven, MA 02179

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Alex Feinman, 1267 Main St., Acushnet, MA 02743

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    11-18-03

**CLERK**



(By) DEPUTY CLERK