AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

~~Eastern~~                    District of     Massachusetts

                                                    IN CLERKS OFFICE

Alex Feinman                          SUMMONS IN A CIVIL CASE

        V.
                                      03 - 12301 GAO
DOMINIC Nicolaci, et. al.
                                      CASE NUMBER:


TO: (Name and address of Defendant)


Detective Christopher Richmond, Acushnet Police Dept.,
Acushnet, MA.


**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Alex Feinman, 1267 Main St.,ACUSHNET, MA 02743


an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.


TONY ANASTAS                                          11-18-03

_____
CLERK

_____
(By) DEPUTY CLERK