UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12301-GAO

|  |  |
|---|---|
| ALEX FEINMAN, <br> Plaintiff | ) <br> ) <br> ) <br> ) |
| v. | ) <br> ) |
| DOMINIC NICOLACI, et al, <br> Defendants | ) <br> ) <br> ) |

## MOTION OF DEFENDANT, DETECTIVE CHRISTOPHER RICHMOND, TO DISMISS PLAINTIFF'S COMPLAINT UNDER RULE 12(b)(6), AND REQUEST FOR ORAL ARGUMENT

The defendant, Detective Christopher Richmond, hereby moves to dismiss plaintiff's Complaint, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, for failure to state a claim against him upon which relief can be granted. As grounds therefor, the defendant states as follows:

1. On October 26, 2003, the defendant, Detective Christopher Richmond of the Acushnet Police Department ("Richmond"), arrested the plaintiff pursuant to a lawful warrant on charges of fraud and improper use of a credit card in violation of M.G.L. c. 266, § 37C, and larceny by false pretenses in violation of M.G.L. c. 266, § 30. These charges remain active and pending against the plaintiff in Third District Court in New Bedford, Massachusetts.

2. Plaintiff filed his original Complaint in this matter approximately three weeks after the above-captioned arrest, on November 18, 2003.

3. The plaintiff cannot, as a matter of law, bring this action for alleged civil rights violations and similar tort claims against the defendant Richmond unless and until the pending criminal charges are resolved in his favor. Heck v. Humphrey, 512 U.S. 447, 486 (1994); Smith v. Holtz, 87 F.3d 108, 113 (3d Cir. 1996). Until that time, plaintiff's civil rights and tort claims arising out of the same set of facts have not accrued. See Calero-Colon v. Betancourt-Lebron, 68 F.3d 1, 4 (1st Cir. 1995).

4. In addition, plaintiff fails to allege facts in his Complaint sufficient to demonstrate a viable claim for conspiracy against defendant Richmond. Dartmouth Review v. Dartmouth College, 889 F.2d 13, 16 (1st Cir. 1989).

WHEREFORE, the defendant, Detective Christopher Richmond, requests that this Court dismiss plaintiff's Complaint as against him under Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted.

## REQUEST FOR ORAL ARGUMENT

The defendant, Detective Christopher Richmond, believes oral argument may assist the Court in deciding this Motion to Dismiss and, therefore, requests an opportunity to be heard.

The defendant,
DETECTIVE CHRISTOPHER RICHMOND,
By his attorneys,

**PIERCE, DAVIS & PERRITANO, LLP**

John J. Davis, BBO #115890
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

## PIERCE, DAVIS & PERRITANO, LLP
COUNSELLORS AT LAW

| | | |
|---|---|---|
| Joel F. Pierce<br>John J. Davis*<br>Judith A. Perritano<br>John J. Cloherty III *<br><br>Of counsel:<br>Gerald Fabiano | TEN WINTHROP SQUARE<br>BOSTON, MA 02110-1257<br><br>TELEPHONE (617) 350-0950<br>FACSIMILE (617) 350-7760 | Brian D. Carlson †<br>Sean T. Delaney<br>Meredith P. Freed<br>David C. Hunter †<br>Danielle T. Jenkins*<br>Maureen L. Pomeroy<br>Daniel G. Skrip♦ |

FILED
CLERKS OFFICE
DEC 29 P 12: 40
DISTRICT COURT
OF MASS.

*also admitted in RI
♦also admitted in PA
†also admitted in NY

December 24, 2003

Clerk of Court
U.S.D.C.
1 Courthouse Way
Boston, MA 02210

Re:  Alex Feinman
     vs. Dominic Nicolaci, et al
     U.S.D.C., Civil Action No.: 03-12301-GAO
     Our File No.: 164-0402123

Dear Sir/Madam:

Enclosed relative to the above-referenced matter, please find the following documents:

1. **MOTION OF DEFENDANT, DETECTIVE CHRISTOPHER RICHMOND, TO DISMISS PLAINTIFF'S COMPLAINT UNDER RULE 12(b)(6), AND REQUEST FOR ORAL ARGUMENT;**

2. **MEMORANDUM OF LAW IN SUPPORT OF MOTION OF DEFENDANT, DETECTIVE CHRISTOPHER RICHMOND, TO DISMISS PLAINTIFF'S COMPLAINT UNDER RULE 12(b)(6);** and

3. **CERTIFICATION UNDER LOCAL RULE 7.1.**

**PIERCE, DAVIS & PERRITANO, LLP**
December 24, 2003

Page 2

Thank you for your attention to this matter.

Very truly yours,

PIERCE, DAVIS & PERRITANO, LLP

John J. Davis

Enclosures

cc:    Alex L. Feinman
       Michelina Andrade, Esq.
       Stewart H. Grimes, Esq.
       Katharine Goree Doyle, Esq.
       William R. Connolly, Esq.
       James W. Simpson, Jr., Esq.
       David B. Madoff, Esq.