UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12301-GAO

```
ALEX FEINMAN,              )
        Plaintiff          )
                           )
v.                         )
                           )
DOMINIC NICOLACI, et al,   )
        Defendants         )
```

## CERTIFICATION UNDER LOCAL RULE 7.1

Counsel for the defendant, Detective Christopher Richmond, hereby certifies, pursuant to Local Rule 7.1(A)(2), that I conferred with the pro se plaintiff, Alex Feinman, on December 24, 2003, and attempted in good faith to resolve or narrow the issues set forth in defendant's Motion to Dismiss Under Rule 12(b)(6).

The defendant,
DETECTIVE CHRISTOPHER RICHMOND,
By his attorneys,

PIERCE, DAVIS & PERRITANO, LLP

John J. Davis, BBO #115890
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950