UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALEX FEINMAN,
    Plaintiff

v.

CIVIL CASE
CASE NO. 03-12301-GAO

SHERIFF, BRISTOL COUNTY, et al,
    Defendants

### PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION NOT TO AMEND COMPLAINT

1. STATEMENT OF TRUTH - Quoted from Thomas Jefferson, the third president of the United States, "Experience hath shown that even the best forms of (government) those entrusted with power have, in time, and by slow operation, perverted it into tyranny".

2. STATEMENT OF FACT - Realizing that I may never recover from the persecution I experienced at the hands of the sheriff and others, I sought to put on notice those individuals who had responsibilities to prevent the pattern or practices of unlawful conduct.

3. The request made by the defendant to the Honorable Court is an attempt to belittle the plaintiff's constitutional right to bring the truth to the Court. The defendant's argument that "undue delay, bad faith and failure to cure deficiencies by amendment previously allowed", shows the defendant's ruthlessness regarding his domicile being attacked. The plaintiff believes that by these statements the defendant will go to any means to rid this complaint because the defendant cannot show to the plaintiff or the Court the reason why the plaintiff's basic right to medical treatment was denied.

4. The defendant's stated in paragraph B of his motion, "fatally lacking if it fails to allege with at least some degree of particularity the overt acts which are claimed to give rise to the cause of action". This statement by the defendant is extremely removed from the reality of the plaintiff's claim because it shows once again the defendant cannot answer why the medication the plaintiff was prescribed was not given to him. Why was he not allowed to see a doctor immediately? The plaintiff's family and the institution who prescribed the medication to the plaintiff were shunned by the sheriff's department. The sheriff's department would not communicate with the plaintiff's family or physicians.

5. The defendant must understand that when a prisoner or a detainee is sent to the institution, he is sent there for punishment or for custody requirements. They are not sent there to be punished by the sheriff or his deputies. The plaintiff has rights under the Eighth Amendment and the Fourteenth Amendment of the Constitution  The sheriff's department has no right to deprive the plaintiff of medical care.

6. The plaintiff requests the defendant to show the Court their policy and reactions on the drug Methadone which the plaintiff is prescribed. It is not prescribed to the plaintiff for drug after care. It is prescribed due to chronic hip disorders. The defendant should also show the Court what medications they gave to the defendant.

7. The plaintiff amended his complaint due to development of facts that had been uncovered by other defendants' actions.

8. The plaintiff addresses to the Court that each violation of an individual's rights is different. When the Plaintiff originally filed his complaint, he first filed in the

Commonwealth of Massachusetts court system not knowing all the parameters of what was taking place. There were defendants who the plaintiff believed to be next to family. The plaintiff could not believe what greed could do. The plaintiff, even today, is torn apart with the underlying treachery of individuals who planned, conspired, manipulated, and even assaulted him. The plaintiff is not only arguing for the right of obtaining his property but also for his right to freedom. The plaintiff does have a right to defend himself and the right, as do all people, for due process.

9. The sheriff is a politician. He wants to get the public vote by showing voters how tough he is on crime and law and order, but in his own house one of his deputies was selling heroin in the jail. The sheriff must abide by the rules of law. As the plaintiff stated in his above statement of truth by Thomas Jefferson, if individuals such as the defendant are not held accountable for their actions, they are the tyrant.

10. The plaintiff did not wish to bring these actions to Court but in the federal courthouse there is a statement on the wall that says the truth is justice. The plaintiff is arguing for his basic rights that have been violated. When he filed his state action, he did not realize he was violated by federal officials and he didn't realize the sovereignty of some of the defendants, as well as the amount of claim of loss.

11. The plaintiff, by the misconduct of the defendants as individuals and as a whole, has suffered violations under the:

Fourth Amendment - false imprisonment, illegal search and seizure, and warrantless search.

-3-

Sixth Amendment - protective rights of attorney/client relationship. All of the plaintiff's papers at his office that were marked "Donald Barnes", his attorney, were taken by the government.

Eighth Amendment - Cruel and unusual punishment by the sheriff's department, district court judge, and state's attorney, inattention to medical needs.

Fourteenth Amendment - Deprived of rights to liberty and property by due process of law and denied equal protection of the law, inattention to medical needs, selective enforcement of police, deliberate denial of police protection and denial of federal statutory rights,

physical disabilit