UNITED STATES DISTRICT COURT

Eastern District of Massachusetts

ALEX FEINMAN, plaintiff    DOCKET NO. 03CV12301 GAO

V.

DOMINIC NICOLACI,
MICHELINA ANDRADE,
CHRISTOPHER BATY,
JAMES BURGESS,
ATTORNEY STEWART GRIMES,
CHIEF OF POLICE, NEW BEDFORD
POLICE DEPARTMENT,
SHERIFF, BRISTOL COUNTY SHERIFF'S          OPPOSTION OF
DEPARTMENT,                                DEFENDANT,
BONNIE DEMERS,                             STATE ATTORNEY
ROSALIE HASSEY,                            CHRIS MARKEY
LFS, INCORPORATED,                         TO PLAINTIFF'S
CHUCK PRUMIER,                             MOTIONS FOR
DETECTIVE CHRISTOPHER RICHMOND, ACHUSNET   PRELIMINARY
POLICE DEPARTMENT,                         INJUNCTION
STATE ATTORNEY CHRIS MARKEY,
ATTORNEY DAVID MADOFF,
THOMAS BRUNELLE,
BAIL COMMISSIONERS, JOHN DOE (1)
AND JOHN DOE (2) STATE OF MASSACHUSETTS,
Defendants

Defendant, State Attorney Chris Markey (misnamed) hereby opposes plaintiff's motions for preliminary injunctions. In support thereof, defendant states that, in addition to there being no basis for any liability under any espoused theory, he is entitled to absolute immunity for any alleged civil rights violations regarding plaintiff, as his activity was done in the course and scope of his official duties as an assistant district attorney. See *Imbler v. Pachtman*, 424 U.S. 409 (1976) and the Affidavit of

Assistant District Attorney Christopher Markey in Opposition to Plaintiff's Motions for Preliminary Injunction. Further, plaintiff has requested this Court to enter an order directed to non parties.

Accordingly, plaintiff's motions should be denied.

>Respectfully submitted,
>State Attorney Chris
>Markey, defendant, by his
>Attorney
>
>*[signature]*
>William R. Connolly
>Assistant District Attorney
>Bristol District
>P.O. Box 973
>888 Purchase Street
>New Bedford, MA. 02740
>(508)-997-0711
>BBO # 095640

Dated: December 30, 2003