UNITED STATES DISTRICT COURT

Eastern District of Massachusetts


ALEX FEINMAN, plaintiff          DOCKET NO. 03CV12301 GAO

        V.

DOMINIC NICOLACI,
MICHELINA ANDRADE,
CHRISTOPHER BATY,
JAMES BURGESS,
ATTORNEY STEWART GRIMES,
CHIEF OF POLICE, NEW BEDFORD
POLICE DEPARTMENT,
SHERIFF, BRISTOL COUNTY SHERIFF'S          AFFIDAVIT OF
DEPARTMENT,                                DEFENDANT,
BONNIE DEMERS,                             STATE ATTORNEY
ROSALIE HASSEY,                            CHRIS MARKEY
LFS, INCORPORATED,                         IN OPPOSITION
CHUCK PRUMIER,                             TO PLAINTIFF'S
DETECTIVE CHRISTOPHER RICHMOND, ACHUSNET   MOTIONS FOR
POLICE DEPARTMENT,                         PRELIMINARY
STATE ATTORNEY CHRIS MARKEY,               INJUNCTION
ATTORNEY DAVID MADOFF,
THOMAS BRUNELLE,
BAIL COMMISSIONERS, JOHN DOE (1)
AND JOHN DOE (2) STATE OF MASSACHUSETTS,
Defendants


I, Assistant District Attorney Christopher

Markey(misnamed in complaint as State Attorney Chris

Markey), hereby state as follows:


1. I have been an Assistant District Attorney in

Bristol County for approximately nine years.


2. While acting within the course and scope of my

duties as an Assistant District Attorney, I was

involved in the following activities regarding

plaintiff:

a. Determination of whether to charge and what charges to bring against the plaintiff. The charges brought were fraud and improper use of a credit card in violation of M.G.L. c.266, §37C, and larceny by false pretenses in violation of M.G.L. c.266, §30. These charges are pending;

b. Obtainment of the issuance of the arrest warrant before the clerk magistrate.

c. Obtainment of bail before the Bail Commissioner. The Bail Commissioner assigned the bail at $10,000 cash/$100,000 surety.

d. Handled the arraignment and argued for the same bail as had been set by the Bail Commissioner, namely, $10,000 cash/$100,000 surety.

Signed under the pains and penalties of perjury, this

30th Day of December, 2003.

Christopher Markey
Assistant District Attorney
Bristol County
888 Purchase Street
New Bedford, MA. 02741

Certificate of Service

I hereby certify that I have today served upon the parties 12/30/03 by mailing copies, first class postage prepaid, to the following addresses:

Dominic Nicolaci
Fairhaven, MA

Michelina Andrade
233 Smith Street
New Bedford, MA  02740

Christopher Baty
1489 Morton Avenue
New Bedford, MA

James Burgess
731 Cumberland Hill Road
Woonsocket, RI

Stewart Grimes, Esq.
448 County Street
New Bedford, MA  02740

Joseph L. Tehan, Jr., Esq.
Katherine Goree Doyle, Esq.
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA  02116]

James Simpson, Esq
Merrick, Louison & Costello
67 Batterymarch
Boston, Ma.  02110

Bonnie Demers
12 Ruth Street
New Bedford, MA 02744

Rosalie Hassey
7 Maplewood
Mattapoisett, MA  02739


LFS, Inc.
195 Riverside Avenue
New Bedford, MA

Chuck Prumier, Special Agent
FBI
20 Riverside Drive
Lakeville, MA

John J. Davis, Esq.
Ten Winthrop Square
Boston, MA  02110]

David Madoff, Esq.
101 Arch Street
Boston, MA  02110

Thomas Brunelle
126 Wood Street
New Bedford, MA

Respectfully,

William R. Connolly
Assistant District Attorney

Dated:    December 30, 2003