UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 03-12301-GAO

ALEX FEINMAN,

    Plaintiff

v.

DOMINIC NICOLACI, ET AL.,

    Defendants

NEW BEDFORD POLICE CHIEF'S MOTION TO DISMISS PURSUANT TO FED.R.CIV.P.12(b)(6)

The Chief of Police for the City of New Bedford ("Police Chief") hereby moves to dismiss the Complaint against him pursuant to Fed.R.Civ.P.12(b)(6) for failure to state a claim upon which relief may be granted.

As grounds therefore, the Police Chief relies upon the Memorandum of Reasons in Support of the New Bedford Police Chief's Motion to Dismiss Pursuant to Fed.R.Civ.P.12(b)(6), filed contemporaneously with this Motion.

WHEREFORE, the Police Chief respectfully requests that the Court dismiss the Complaint against him.

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on ___1/9/0___
_____

DEFENDANT,

NEW BEDFORD
CHIEF OF POLICE,

By his attorneys,

_____
Joseph L. Tehan, Jr. (BBO# 494020)
Katharine Goree Doyle (BBO# 634131)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

210685/Metg/0517