UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 03-12301-GAO

| | |
|---|---|
| ALEX FEINMAN,<br><br>        Plaintiff<br><br>v.<br><br>DOMINIC NICOLACI, ET AL.,<br><br>        Defendants | MOTION TO ENLARGE TIME ON BEHALF OF DEFENDANT NEW BEDFORD POLICE CHIEF <u>PURSUANT TO FED. R. CIV. P.6(b)</u> |

Defendant New Bedford Police Chief (hereinafter "Police Chief") hereby moves pursuant to Fed. R. Civ. P.6(b) for an enlargement of time to January 9, 2003 to file the New Bedford Police Chief's Motion to Dismiss Pursuant to Fed.R.Civ.P.12(b)(6), New Bedford Police Chief's Opposition to Plaintiff's Motion for Preliminary Injunction, New Bedford Police Chief's Opposition to Plaintiff's Motions to Amend Original Complaint.

<u>MEMORANDUM OF REASONS</u>

As grounds therefore, the Police Chief states that the undersigned counsel previously appeared on behalf of defendant Christopher Richmond in this matter, but filed an assented to Motion to Withdraw as Counsel for defendant Richmond. Attorney John J. Davis has appeared on behalf of defendant Richmond. The Motion to Withdraw remains pending with the Court. Attorney Davis has assented to allow undersigned counsel to file the aforementioned documents on behalf of the Police Chief.

WHEREFORE, Richmond respectfully requests that the time to file New Bedford Police Chief's Motion to Dismiss Pursuant to Fed.R.Civ.P.12(b)(6), New Bedford Police Chief's Opposition to Plaintiff's Motion for Preliminary Injunction, and New Bedford Police Chief's

Opposition to Plaintiff's Motions to Amend Original Complaint to be enlarged up to and through January 9, 2003.

DEFENDANT,

NEW BEDFORD POLICE CHIEF,

By his attorneys,

*/s/ Katharine Doyle*
Joseph L. Tehan, Jr. (BBO# 494020)
Katharine Goree Doyle (BBO# 634131)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

210832/Metg/0517

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on 1/9/03.

2