UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 03-12301-GAO

ALEX FEINMAN,

    Plaintiff

v.

DOMINIC NICOLACI, ET AL.,

    Defendants

LOCAL RULE 7.1
CERTIFICATE OF COMPIANCE

Now comes the undersigned defense counsel, and hereby certifies that on December 10, 2003, she conferred with the pro se plaintiff regarding the Motion to Enlarge Time on behalf of Defendant New Bedford Police Chief Pursuant to Fed. R. Civ. P.6(b) and the New Bedford Police Chief's Motion to Dismiss Pursuant to Fed. R. Civ. P.12(b)(6).

DEFENDANT,

NEW BEDFORD POLICE CHIEF,

*/s/ Katharine Doyle*
Katharine Goree Doyle (BBO# 634131)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

210830/Metg/0517

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on 1/7/03
*/s/ K. Doyle*