UNITED STATES DISTRICT COURT

FILED
IN CLERKS OFFICE

2004 JAN 12 P

U.S. DISTRICT COURT
DISTRICT OF MASS.

DISTRICT OF MASSACHUSETTS                    DOCKET NO: 03CV12301GA

|  |  |
|---|---|
| ALEX FEINMAN | ) |
|     PLAINTIFF | ) |
|  | ) |
| V. | ) |
|  | ) |
| LFS INC., et al | ) |
|     DEFENDANTS | ) |

## APPEARANCE OF COUNSEL

Now comes Stewart Hall Grimes and enters his appearance in the above matter as counsel for the Defendant Corporation.

Respectfully submitted,

Stewart Hall Grimes
448 County Street
New Bedford, MA 02740
(508) 984-7000
BBO# 212070

Dated: January 8, 2003