UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*FILED
IN CLERKS OFFICE*

*2004 JAN 12 P 3: 18*

*U.S. DISTRICT COURT
DISTRICT OF MASS.*

ALEX FEINMAN,
      Plaintiff

v.                            Case No. 03-12301-GAO

DOMINIC NICOLACI, et al.,
      Defendants

## MOTION TO REBUT ATTORNEY STEWART HALL GRIMES' NOTICE OF APPEARANCE AS ATTORNEY FOR LFS, INC.

1. The plaintiff brings to the Court his opposition to the Notice of Appearance by the above attorney. He is a defendant in this case.

2. The plaintiff has shown the Court on Motions to Strike that other defendants including Attorney Grimes have made a mockery of the spirit of Rule 8 and Rule 11.

3. The defendant brings this Motion of Appearance to the Court too late.

4. The defendant has acted in such a ruthless and demeaning manner where he has taken a lead role in depriving the plaintiff of his basic constitutional rights. He has acted out of the color of his office that he pledged to uphold in the spirit of the law when he took his bar oath.

5. The defendant knew when the Answer to Complaint was given by the corporation of LFS, Inc. that they, as a corporation, needed counsel. Once

again, the defendant thought he could side-step the rules.

CONCLUSION:

6. The plaintiff hereby asks the Court to enter a judgment against the corporation of LFS.

7. The plaintiff requests the Court to issue sanctions and costs against the defendant.

8. The plaintiff requests the Court to deny Attorney Grimes from representing LFS, Inc. in this matter.


Respectfully submitted this 9th day of January 2004,

Alex Feinman, pro se


CERTIFICATE OF SERVICE


I, Alex Feinman, do certify that on the 9th day of January 2004, I served the foregoing on the defendants by fax and by U.S. Mail.

Alex Feinman, pro se

-2-