United States District Court
Massachusetts

Alex Feinman

vs

Dominic Nicolaci et al

Case 03-12301-GAO

Motion To Appeal

To The First Circuit

Alex Feinman
pro se

[signature]
1/20/2004