# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

ALEX FEINMAN,

    Plaintiff,

    v.

DOMINIC NICOLACI, ET AL,

    Defendants.

CA. NO. 03-12301-GAO

## NOTICE
January 22, 2004

**BOWLER, Ch.U.S.M.J.**

PLEASE TAKE NOTICE that the above-entitled case has been scheduled for a **status conference** at **2:30 p.m., Thursday, February 5, 2004,** in courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

    /s/
**MARIANNE B. BOWLER**
Chief United States Magistrate Judge

To:    ALL COUNSEL OF RECORD
**\*PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification.**