UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Alex Feinman

v.

Dominic Nicolaci, et.al.

Docket No. 03 12301 GAO
CIVIL ACTION 42 USCA 1983,1991
AND AMERICAN DISABILITIES ACT

## MOTION TO REMOVE DEFENDANTS WITH PREJUDICE

I, Alex Feinman, the plaintiff, comes before the Honorable Court to request removal of Stephanie Palmer, Nicole Mendonca and Christopher Baty as defendants in the above-named case with prejudice The reason for these defendants being removed is because Christopher Baty, the treasurer and chief stockholder of LFS, Inc., advised me as to who the major culprits are in the above case. The above-named defendants do not play a major role or any role in my filings.

RESPECTFULLY SUBMITTED under the pains and penalties of perjury this 5th day of February, 2004.

_____
Alex Feinman, Plaintiff, Pro Se

## CERTIFICATE OF SERVICE

I, Alex Feinman, do hereby certify that I delivered the foregoing to all parties in this case on February 5, 2004, by U.S. Mail and fax.

_____
Alex Feinman, Plaintiff, Pro Se