AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _MA_

**APPEARANCE**

Case Number: 03 12301 GAO

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

MICHELINA ANDRADE
JAMES BURGESS
BONNIE DEMERS

I certify that I am admitted to practice in this court.

Date: 2/5/04

Signature: [signed]

Print Name: STEWART GRIMES    Bar Number: 212070

Address: 448 COUNTY ST

City: NEW BEDFORD   State: MA   Zip Code: 02740

Phone Number: (508) 984-7000   Fax Number: 508 991-7455