AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF __Massachusetts__

Alex Fenman
v.
Dominic Nicolaci, et al.

**APPEARANCE**

Case Number: 03-12301-GAO

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Detective Christopher Richmond

I certify that I am admitted to practice in this court.

Date: 2/5/04

Signature: [signed]

Print Name: John J. Cloherty    Bar Number: #566522

Address: 10 Winthrop Square

City: Boston    State: MA    Zip Code: 02110

Phone Number: 617-350-0950    Fax Number: 617-350-7760