UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No. 03-12301GAO

|  |  |
|---|---|
| ALEX FEINMAN<br>    Plaintiff, | )<br>)<br>)<br>) |
| v. | )<br>) |
| SHERIFF, BRISTOL COUNTY, ET AL.,<br>    Defendants, | )<br>)<br>) |

## NOTICE OF APPEARANCE

Kindly enter my appearance for the defendant, Thomas Hodgson, Sheriff of Bristol County.

_____
James W. Simpson, Jr. BBO#634344
MERRICK, LOUISON & COSTELLO
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305