UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALEX FEINMAN,
     Plaintiff

v.                            Case No. 03-12301-GAO

DOMINIC NICOLACI, et al.,
     Defendants

**ANSWER TO DEFENDANT FBI AGENT CHUCK PRUNIER'S
NOTICE OF APPEARANCE AND ADVICE OF FAILURE OF SERVICE**

**1. The plaintiff comes before the Court, not as a lawyer but as a citizen who had his constitutional rights violated.**

**2. The plaintiff could not afford the luxury of a hiring a lawyer.  The plaintiff believes  the government agents are hired and supported by the people.  The agents are to find the truth no matter what side the truth is on.  So, if I did not file a paper a certain way, why didn't the government help me file it correctly?  I did try to use the help of the pro se clerk but that is very limited.  The FBI is supposed to be an organization for the people.  The agents are supposed to maintain the highest of standards.  Why didn't Chuck Prunier, when he was served with the Complaint and all the motions, give them to the U.S. Attorney immediately?**

**3. The plaintiff moves the Court to  welcome the U.S. Attorney to this case, as well as the case before the First Circuit Court of Appeals.**

**RESPECTFULLY SUBMITTED,**

_____ Alex Feinman, pro se

## CERTIFICATE OF SERVICE

**I, Alex Feinman, hereby certify that a true copy of the above document was served**

**upon each party on February 2, 2004 by U.S. Mail or fax.**

_____ Alex Feinman, pro se

**(2)**