UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 03-12301-GAO

ALEX FEINMAN,

    Plaintiff

v.

DOMINIC NICOLACI, ET AL.,

    Defendants

## DEFENDANTS' JOINT MOTION TO STAY DISCOVERY PENDING RESOLUTION OF FED.R.CIV.P.12 MOTIONS

Now come defendants New Bedford Police Chief Carl Moniz, Town of Acushnet Detective Christopher Richmond, Bristol County Sheriff Thomas Hogson, Bristol County Assistant District Attorney Christopher Markey, Federal Bureau of Investigation Agent Chuck Prunier, Stewart H. Grimes, Michelina Andrade, James Burgess, Bonnie Demers, and LFS, Inc. (collectively "defendants"), and hereby move to stay discovery pending the resolution of the motions filed by the Defendants pursuant to Fed.R.Civ.P.12. As grounds therefor, the defendants state that their motions demonstrate the plaintiff has failed to state a claim upon which relief may be granted by this Court against them. Requiring the defendants to undergo discovery prior to the Court ruling on the defendants' motions will cause the defendants, many of whom are government entities or employees, undue expense and distract them from their official duties. The defendants therefore respectfully request that this Court stay discovery until it has ruled on the defendants' motions pursuant to Fed.R.Civ.P.12.

## MEMORANDUM OF REASONS

This Court has referred the above-captioned matter to Magistrate Judge Bowler for "full pretrial case management, including, as necessary, reports and recommendation on all dispositive motions." See Exhibit A, Order of Reference. The following dispositive motions have been filed pursuant to Fed.R.Civ.P. 12: a Motion to Dismiss Complaint by LFS, David Madoff; Motion to Dismiss by Bristol County Sheriff's Department; Motion to Dismiss Plaintiff's Complaint by Christopher Richmond; and a Motion to Dismiss by New Bedford Police Chief Carl Moniz.[1] As reported to the Court at the Status Conference on February 5, 2004, FBI Agent Prunier intends to file a Motion to Dismiss within the next fourteen (14) days and Bristol County Assistant District Attorney Markey intends to file a Motion for Judgment on the Pleadings within the next forty-five (45) days.

This court has routinely stayed discovery pending resolution of a dispositive motion. See e.g. Strahan v. Frazier, 156 F.Supp.2d 80, 84 (D.Mass 2001) (Young, J.); Sebago, Inc. v. Beazer East, Inc., 18 F.Supp.2d 70, 78 (D.Mass 1998) (Wolfe, J.); LTX Corp. v. Daewoo Corp., 979 F.Supp. 51, 54 (D.Mass 1991) (O'Toole, J.). In the present case, action on the above-referenced dispositive motions may result in the dismissal of some, if not all, the aforementioned defendants. If the plaintiff has failed to state a claim upon this Court may grant relief against the defendants, who largely consist of federal, state and municipal entities or employees, compelling the defendants to expend scarce resources and devote time away from their official duties to respond to discovery is against the public interest.

---

[1] In addition to the pending Rule 12 motions, the plaintiff has filed two Motions to Amend his complaint, to which defendants New Bedford Police Chief and the Bristol County Sheriff's Office have filed oppositions. The plaintiff has also filed Motions for Preliminary and Permanent Injunctions, to which defendants Assistant District Attorney Markey and the New Bedford Police Chief have filed oppositions.

## CONCLUSION

WHEREFORE, the defendants respectfully request that this Honorable Court issue a stay of discovery pending the adjudication of defendants' motions pursuant to Fed.R.Civ.P.12.

NEW BEDFORD POLICE
CHIEF CARL MONIZ,

By his attorneys,

*/s/ Katharine Doyle*
Joseph L. Tehan, Jr. (BBO# 494020)
Katharine Goree Doyle (BBO#634131)
Kopelman and Paige, P.C.
  Special Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

DEFENDANTS,

STEWART H. GRIMES, MICHELINA
ANDRADE, JAMES BURGESS, BONNIE
DEMERS, LFS, INC.,

By their attorney,

*/s/ Stewart H. Grimes/kgd*
Stewart H. Grimes
240 Union Street
New Bedford, MA 02740
(508) 984-7000

CHRISTOPHER RICHMOND,

By his attorney,

*/s/ John J. Davis/kgd*
John J. Davis (BBO#115890)
John J. Cloherty, III (BBO# 566522)
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950
213181/METG/0517

BRISTOL COUNTY SHERIFF
THOMAS HOGSON,

By his attorney,

*/s/ James W. Simpson/kgd*
James W. Simpson (BBO#634344)
Merrick, Louison & Costello
67 Batterymarch St.
Boston MA 02110
(617) 439-0305

DEFENDANT,

CHRISTOPHER MARKEY,

By his attorney,

*/s/ William R. Connolly/kgd*
William R. Connolly (BBO # 095640)
Assistant District Attorney
Bristol District
P.O. Box 973
888 Purchase Street
New Bedford, MA 02740
(508) 997-0711

CHUCK PRUNIER,

By his attorney,

*/s/ Roberta T. Brown/kgd*
Roberta T. Brown
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

**CERTIFICATE OF SERVICE**
I hereby certify that a copy of the above document was served upon the attorney of record for each other party by (hand) 2/10/04
*/s/ KDgd*

3

EXHIBIT A

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## ORDER OF REFERENCE

Check if previously referred

ALEX FEINMAN

V.                                              CA/CR No. CA 03-12301-GAO

DOMENIC NICOLACEI, ETAL                         Criminal Category _____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Chief Magistrate Judge BOWLER for the following proceedings:

| | |
|---|---|
| X | Referred for full pretrial case management, including, as necessary, reports and recommendation on all dispositive motions. |
| (A) | Referred for full pretrial case management, <u>not</u> including dispositive motions: |
| (B) | Referred for discovery purposes only. |
| (C) | Referred for Report and Recommendation on: |

   ( ) Motion(s) for injunctive relief
   ( ) Motion(s) for judgment on the pleadings
   ( ) Motion(s) for summary judgment
   ( ) Motion(s) to permit maintenance of a class action
   ( ) Motion(s) to suppress evidence
   ( ) Motion(s) to dismiss
   ( ) Post Conviction Proceedings[1]
   See Documents Numbered: _____

| | |
|---|---|
| (D) | Case referred for events only. See Doc. No(s). _____ |
| (E) | Case referred for settlement. |
| (F) | Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:<br>( ) In accordance with Rule 53, F.R.Civ.P.<br>( ) In accordance with 42 U.S.C. 2000e-5(f)(5) |
| (G) | Special Instructions: _____ |

JANUARY 21, 2004                    By:    PAUL S. LYNESS
Date                                       Deputy Clerk

(Order of Ref to MJ.wpd - 05/2003)

---

[1] See reverse side of order for instructions

# **INSTRUCTIONS FOR POST-CONVICTION PROCEEDINGS**

In accordance with all rules governing §2254 and §2255 cases the magistrate judge to whom this post-conviction proceeding is referred shall:

_____ Make a recommendation as to summary dismissal under Rule 4 of the Rules for §2254 and §2255 cases

_____ Appoint counsel if the interests of justice so require

_____ Order issuance of appropriate process, if necessary

_____ Hold a hearing to determine whether or not an evidentiary hearing must be held and make a recommendation to the district judge

_____ If the magistrate judge expects to recommend that an evidentiary hearing be held, the magistrate judge shall hold a pretrial conference for the purpose of narrowing the issue to be tried and submit a memo to the district judge setting forth:

(a) a concise summary of the ultimate facts claimed by
(1) petitioner     (2) respondent     (3) other parties;

(b) the facts established by the pleadings or by stipulations of the parties which may be incorporated by reference;

(c) any jurisdictional questions;

(d) issues of law, including evidentiary questions;

(e) the probable length of the evidentiary hearing.

The magistrate judge may also require the parties to submit the names of witnesses whom they intend to produce, and to exhibit to one another, and submit a schedule of, exhibits which they expect to offer in evidence.

_____ As to any issue concerning which the magistrate judge does not intend to recommend an evidentiary hearing, the magistrate judge shall submit a memo which shall:

(a) identify the relevant portions of the record or transcript of prior proceedings;

(b) summarize the relevant facts;

(c) summarize the parties' contentions of law with appropriate citations;

(d) state the recommendations as to the disposition of such contentions of law, and the grounds therefore.

(Postconv.ins - 09/92)

(Order of Ref to MJ.wpd - 1/20/03)