UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 03-12301-GAO

| | |
|---|---|
| ALEX FEINMAN,<br><br>    Plaintiff<br>v.<br><br>DOMINIC NICOLACI, ET AL.,<br><br>    Defendants | LOCAL RULE 7.1<br>CERTIFICATE OF CONFERRAL |

Now comes the undersigned defense counsel, and hereby certifies that she attempted to confer with the plaintiff regarding the Defendants' Joint Motion To Stay Discovery Pending Resolution of Fed.R.Civ.P12 Motions in a good faith effort to resolve or narrow the issues set forth in said Motion. Counsel attempted to contact the pro se plaintiff by the telephone number in the records of the Court, 508-763-3977, and an automated voice advised her that the number had been changed to 508-999-1150. Counsel has previously telephoned 508-999-1150 in regards to another motion in this matter and was told that the number belonged to a business and the pro se plaintiff did not work there and could not be reached at that number. At that time, an employee of the business then provided counsel with yet another telephone number, 508-763-8090. Counsel telephoned the latter number on February 9, 2004 and February 10, 2004, but no one answered the telephone.

/s/ Katharine Doyle
_____
Katharine Goree Doyle (BBO#634131)

213241/METG/0517