UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

PLAINTIFF:   Alex Feinman,
              1267 Main St., Acushnet, MA

DOCKET NO:  03  12301 GAO
CIVIL ACTION  42 U.S.C.A.  1983, 1991
AND AMERICAN DISABILITIES ACT
AMENDED COMPLAINT, 12/16/03

V

DEFENDANTS:

LFS, Inc., et al.
1489 Morton Ave.
New Bedford, MA  02746

## MOTION TO REMOVE ATTORNEY STEWART GRIMES
## AS ATTORNEY  FOR LFS, INC.

I, Christopher Baty, come forth with this motion as chief stockholder of LFS, Inc.  I

hereby terminate the services of Stewart Grimes as the attorney for said corporation.

2.  Attached is my affidavit which I sent to Attorney Stewart Grimes.

RESPECTFULLY SUBMITTED, this 10th day of February, 2004,

Christopher Baty
Secretary/Treasurer, LFS, Inc.

## CERTIFICATE OF SERVICE

I, Christopher Baty, do hereby certify I have a served a copy of the foregoing on all parties
in the above-captioned matter on February 10, 2004 by U.S. Mail.

Christopher Baty