UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

PLAINTIFF: Alex Feinman,
1267 Main St., Acushnet, MA

DOCKET NO: 03 12301 GAO
CIVIL ACTION 42 U.S.C.A. 1983, 1991
V                                   AND AMERICAN DISABILITIES ACT
AMENDED COMPLAINT, 12/16/03

DEFENDANTS:

Dominic Nicolaci, et al.

## MOTION TO ELIMINATE DISCOVERY, TO HEAR MOTIONS, AS WELL AS AN OPEN HEARING FOR PRELIMINARY INJUNCTIONS AND TO SET A TRIAL DATE

1. The plaintiff comes before the Court with this civil rights violation, praying that the halls of justice will hear the Complaint. The plaintiff even filed Motions to the First Circuit of Appeals because he has not had the right to be heard.
2. The plaintiff's constitutional rights, the Fourteenth Amendment, the right to property, the right to due process, the right from freedom of illegal searches, the Fourth Amendment, the right to attorney/client privileges. The plaintiff has been unable to enter into a courtroom to be heard. The defendants create articles of fabrication but why did the federal government enter into my offices without a search warrant? What right did Attorney Stewart Grimes have to put an illegal trespassing order upon me? What right did the Sheriff's Department have not to give me proper medication? What right did Michelina Andrade, Thomas Brunelle, James Burgess or Carol VerCammen have to sell my property and use my equipment illegally with the government knowing this? What right did the New Bedford Police Department have in not protecting my property? Why did the federal government, Attorney Grimes and others go through my legal material and disperse it everywhere? What right did the Acushnet Police Department and

the Bristol County prosecutor's office have to openly shop for the plaintiff's arrest to pay favors to Attorney Grimes so he could remove me from my office with an illegal no-trespassing order? A New Bedford District Judge ransomed the plaintiff for a 24-year-old internet article and posted bail of $100,000 when it had originally been set at $3,000. Chris Baty, a major participant in this corruption, has come forward with statements of the games that were played and are still being played. This is why the plaintiff wants the Honorable Court to listen. We don't need discovery, we need a jury.

RESPECTFULLY SUBMITTED, this 13th day of February, 2004 by,

Alex Feinman
Plaintiff

## CERTIFICATE OF SERVICE

I, Alex Feinman, do hereby certify that I delivered the foregoing upon all defendants on February 13, 2004 by fax.

Alex Feinman
Plaintiff