UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEX FEINMAN, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>DOMINIC NICOLACI, ET AL. )<br>)<br>Defendants. )<br>) | C.A. No. 03-CV-12301-GAO |

## NOTICE OF SPECIAL APPEARANCE

To the Clerk of the Above-Named Court:

Please notice the limited appearance of Ernest L. Sarason, Jr. on behalf of the Administrative Office of the Trial Court ("AOTC") in the above-captioned action. On behalf of the AOTC, I am filing a motion to dismiss the Complaint as against defendants Bail Commissioners John Doe (1) and John Doe (2), Third District Court New Bedford, Massachusetts.

                                              COMMONWEALTH OF MASSACHUSETTS
                                              ADMINISTRATIVE OFFICE OF THE TRIAL
                                              COURT
                                              By its attorneys,

                                              THOMAS F. REILLY
                                              ATTORNEY GENERAL

                                              /s/ Ernest L. Sarason, Jr.
                                              Ernest L. Sarason, Jr., BBO #441980
                                              Assistant Attorney General
                                              Trial Division
                                              Portland Street, 3rd Floor
                                              Boston, MA 02114
Dated: March 11, 2004                     (617) 727-2200 x 3220

## CERTIFICATE OF SERVICE

  I, Ernest L. Sarason, Jr., hereby certify that I have this date, March 11, 2004, served the foregoing document upon the attorneys of record, by mailing a copy first class, postage prepaid mail to:

Alex Feinman
1267 Main Street
Acushnet, MA 02743

Stewart H. Grimes, Esq.
240 Union Street
New Bedford, MA 02740

James W. Simpson, Jr., Esq.
Merrick, Louison & Costello
67 Batterymarch Street
Boston, MA 02110

John J. Cloherty, III, Esq.
John J. Davis, Esq.
Pierce, Davis, Fahey & Perritano, LLP
Ten Winthrop Square
Boston, MA 02110

Michelina Andrade
195 Riverside Ave.
New Bedford, MA 02740

Joseph L. Tehan, Jr., Esq.
Katharine Goree Doyle, Esq.
Kopelman & Paige, P.C.
31 St. James Street
Boston, MA 02116

Roberta T. Brown, Esq.
United States Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210

William R. Connolly, Esq.
Bristol County District Attorney Office
P.O. Box 973
888 Purchase Street
New Bedford, MA 02740

            _____
            Ernest L. Sarason, Jr.