UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEX FEINMAN, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | C.A. No. 03-CV-12301-GAO |
| ) | |
| DOMINIC NICOLACI, ET AL. ) | |
| ) | |
| Defendants. ) | |

### AFFIDAVIT OF MICHAEL J. McENEANEY IN SUPPORT OF DEFENDANTS' BAIL COMMISSIONERS JOHN DOE (1) AND JOHN DOE (2) MOTION TO DISMISS

I, Michael J. McEneaney hereby depose and state:

1. I am the State Bail Administrator for the Commonwealth of Massachusetts.

2. I have personal knowledge of the facts set forth herein and would so testify if required.

3. No one with the title of "Bail Commissioner" works at the Third District Court in New Bedford, Massachusetts.

Signed under the pains and penalties of perjury this 12TH day of February, 2004.

_____
Michael J. McEneaney