UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEX FEINMAN, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | C.A. No. 03-CV-12301-GAO |
| ) | |
| DOMINIC NICOLACI, ET AL. ) | |
| ) | |
| Defendants. ) | |

**AFFIDAVIT OF ERNEST L. SARASON, JR., ESQ.
IN SUPPORT OF ADMINISTRATIVE OFFICE OF THE TRIAL COURT'S
MOTION TO DISMISS COMPLAINT AS AGAINST DEFENDANTS BAIL
<u>COMMISSIONERS JOHN DOE (1) AND JOHN DOE (2)</u>**

I, Ernest L. Sarason, Jr., hereby depose and state:

1. I am an Assistant Attorney General for the Commonwealth of Massachusetts and I am making a special appearance on behalf of the Administrative Office of the Trial Court and filing a motion to dismiss the Complaint as against defendants Bail Commissioners John Doe (1) and John Doe (2).

2. Attached hereto as Exhibit 1 is a true and accurate copy of a letter, dated March 3, 2004, that I sent to Plaintiff in an attempt to initiate a conference pursuant to Rule 7.1(a)(2) of the Local Rules of the United States District Court for the District of Massachusetts.

3. Attached hereto as Exhibit 2 is a true and accurate copy of the certified mail receipt showing delivery of Exhibit 1 to Plaintiff.

4. To date, I have not received a call from Plaintiff in response to Exhibit 1, nor has my colleague Sarah Joss.

Signed under the pains and penalties of perjury this 11th day of March, 2004.

_____
Ernest L. Sarason, Jr.