UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ALEX FEINMAN, plaintiff ) | CIVIL ACTION NO. 03-12301- GAO |
| ) |  |
| V. ) |  |
| ) |  |
| DOMINIC NICOLACI, et al. ) |  |

## MOTION OF DEFENDANT, STATE ATTORNEY, CHRIS MARKEY, FOR JUDGMENT ON THE PLEADINGS, PURSUANT TO FED. R. CIV. P. 12(c)

Now comes the defendant, State Attorney Chris Markey, pursuant to Fed.R.Civ. P. 12(c), and hereby moves the Court to enter judgment on the pleadings in favor of said defendant. As grounds therefore, the defendant states (1) that no claim lies for suit in defendant's official capacity; (2) that defendant is entitled to absolute immunity;(3) that there is no viable claim stated for conspiracy;(4) that to the extent of any inference of a claim attributable to a possible future invalid criminal conviction, no claim has accrued; and (5) that there is no viable claim stated for violation of the Massachusetts Civil Rights Act. The defendant has filed herewith a memorandum of law in further support of this motion.

WHEREFORE, the defendant respectfully requests that this Court enter judgment on the pleadings in favor of defendant.

Local Rule 7.1(A)(2) Certificate

The undersigned conferred with the plaintiff in good faith on March 17, 2004 but failed to narrow the issues raised by this motion.

Respectfully submitted,

State Attorney Chris Markey, defendant,
by his Attorney,

*William R. Connolly*

William R. Connolly
Assistant District Attorney
Bristol District
P.O. Box 973
888 Purchase Street
New Bedford, MA. 02740
(508)-997-0711

March 17, 2004

## CERTIFICATE OF SERVICE

I, William R. Connolly, hereby certify that I have this date, March 17, 2004, served the foregoing document upon plaintiff and the attorneys of record, by mailing a copy first class, postage prepaid mail to:

Alex Feinman
1267 Main Street
Acushnet, MA. 02743

Michelina Andrade
195 Riverside Ave.
New Bedford, MA. 02740

Stewart H. Grimes, Esq.
448 County Street
New Bedford, MA. 02740

Joseph L. Tehan, Jr., Esq.
Katharine Goree Doyle, Esq.
Kopelman & Paige, P.C.
31 St. James Street
Boston, MA. 02116

James W. Simpson, Jr., Esq.
Merrick, Louison & Costello
67 Batterymarch Street
Boston, MA. 02110

Roberta T. Brown, Esq.
U.S. Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA. 02210

John J. Cloherty, III, Esq.
John J. Davis, Esq.
Pierce, Davis, Fahey & Perritano
Ten Winthrop Square
Boston, MA. 02110

Ernest L. Sarason, Esq.
Commonwealth of Massachusetts
Office of the Attorney General
200 Portland Street
Boston, MA. 02114

_____
William R. Connolly
Assistant District Attorney