UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALEX FEINMAN,

    Petitioner,

      v.

DOMENIC NICOLACI, ET AL,

    Defendants.

CA. NO. 03-12301-GAO

### *NOTICE*

May 13, 2004

**BOWLER, Ch.U.S.M.J.**

PLEASE TAKE NOTICE that the above-entitled case has been scheduled for a hearing on **docket entry ## 2, 3, 4, 38, 49, 57, 77, 82, 85 (Motion for Preliminary Injunction, Motion to Dismiss Complaint, Defendant Thomas Hodgson's Motion to Dismiss, Petitioner's Motion for Preliminary Injunction, Motion of Defendant Detective Christopher Richmond to Dismiss Plaintiff's Complaint Under Rule 12 (b)(6) and Request for Oral Argument, New Bedford Police Chief's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12 (b)(6), Defendants' Joint Motion to Stay Discovery Pending Resolution of Fed. R. Civ. P. 12 Motions, Motion by the Administrative Office of the Trial Court to Dismiss Plaintiff's Complaint as Against Defendant Bail Commissioners, John Doe (1) and John**

**Doe (2) Third District Court New Bedford, MA Pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12 (b)(2), and Motion of Defendant, State Attorney, Chris Markey, for Judgment on the Pleadings, Pursuant to Fed. R. Civ. P. 12(c))** at **10:15 a.m., Wednesday, July 9, 2004**, in courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

        /s/
    **MARIANNE B. BOWLER**
    Chief United States Magistrate Judge

To:    ALL COUNSEL OF RECORD

***PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification.**