UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
*************************
                         *
ALEX FEINMAN,            *
       Plaintiff,        *
                         *   03-CV-12301-GAO
                         *
   v.                    *
                         *
DOMINIC NICOLACI, ET AL, *
       Defendants.       *
                         *
*************************
```

## MOTION TO DISMISS
## OF DEFENDANT CHARLES PRUNIER

Defendant Charles R. Prunier, by his attorney, moves to dismiss this action as to him pursuant to Fed. R. Civ. P. 12(b)(5), 12(b)(6), and 8(a). The grounds for dismissal are more fully set forth in the memorandum filed with this motion.

### RULE 7.1 CERTIFICATION

Undersigned counsel hereby certifies that she has communicated in writing with plaintiff concerning this motion and that the issues herein could not be resolved.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: _____
Roberta T. Brown
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02110
617/748-3273

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on
5/12/04
_____
Roberta T. Brown
Assistant U.S. Attorney

Of Counsel:
Elizabeth Ritter
Office of General Counsel, FBI