UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * *
ALEX FEINMAN,                      *
        Plaintiff,                 *
                                   *    03-CV-12301-GAO
    v.                             *
                                   *
DOMINIC NICOLACI, ET AL,           *
        Defendants.                *
* * * * * * * * * * * * * * * * * *
```

## DECLARATION OF FBI SPECIAL AGENT CHARLES PRUNIER

I, FBI Special Agent Charles R. Prunier, state the following based on my own personal knowledge and belief:

1. I am now and was in 2003 a Special Agent of the Federal Bureau of Investigation. My business address is 20 Riverside Drive, Lakeville, Massachusetts 02347. 20 Riverside Drive is an office building which contains other offices in addition to that of the FBI Lakeville Resident Agency.

2. I received a copy of the initial complaint and summons in this matter on November 21, 2003. It was apparently brought to the FBI office by someone. It appeared from the envelope that it had been sent by certified mail, and there was a stamp on the summons that appeared to indicate that it had been received and stamped in on November 20 by someone in the "DEP Southeast Region". I believe that the stamp was that of an office of the Massachusetts Department of Environmental Protection which was also located at 20 Riverside Drive. Copies of the stamped

summons and of the envelope are attached hereto as Exhibits A and B.

3. On or about December 16, 2003, I received by fax a copy of the plainitff's Motion to Amend Complaint and of some of the pages of an Amended Complaint. There were several pages missing from the Amended Complaint. I received no other service of these documents.

Signed under the pains and penalties of perjury on this day of May, 2004.

_____
Charles R. Prunier
Special Agent
Federal Bureau of Investigation