UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * *
                                    *
ALEX FEINMAN,                       *
        Plaintiff,                  *
                                    *   03-CV-12301-GAO
                                    *
v.                                  *
                                    *
DOMINIC NICOLACI, ET AL,            *
        Defendants.                 *
                                    *
* * * * * * * * * * * * * * * * * * *
```

**DECLARATION OF ASSISTANT U.S. ATTORNEY ROBERTA BROWN**

I, Roberta T. Brown, state the following based on my own personal knowledge and belief:

1. I am an Assistant U.S. Attorney for the District of Massachusetts.

2. I have been informed by the persons responsible for documenting the receipt of civil summons and complaints at the offices of the U.S. Attorney for the District of Massachusetts and the Attorney General of the United States that they have been unable to locate any record of those entities being served with a summons and complaint in this action.

Signed under the pains and penalties of perjury on this 11th day of May, 2004.

*Roberta T. Brown*
Roberta T. Brown
Assistant U.S. Attorney