UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEX L. FEINMAN,<br>    Plaintiff,<br><br>v.<br><br>DOMENICK NICOLACI, ET AL,<br>    Defendants. | NO. 03-CV-12301-GAO |

## NOTICE OF APPEARANCE AND ADVICE OF FAILURE OF SERVICE FOR DEFENDANT FBI AGENT CHUCK PRUNIER

The undersigned attorney hereby gives notice of her appearance for defendant FBI Agent Chuck Prunier in the above entitled matter, and further advises this Court that defendant Prunier has not been properly served in compliance with the Federal Rules of Civil Procedure, and the United States Attorney and United States Attorney General have not been served with a summons and complaint as also required by those rules.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: *Roberta T. Brown*
Roberta T. Brown
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
617/748-3100

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on Jan. 29, 2004
*Roberta T. Brown*
Assistant U.S. Attorney