## Stewart Hall Grimes
Attorney at Law
460 County Street
New Bedford, MA 02740

(508) 984-7000 FAX (508) 991-7455

# FACSIMILE
### ***confidentiality notice***

The documents accompanying this fax transmission contain information which is confidential or privileged. The information is intended to be for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this fax information is prohibited.
**IF YOU HAVE RECEIVED THIS FAX IN ERROR, PLEASE CONTACT US BY TELEPHONE IMMEDIATELY**

May 12, 2004

**TO:** Diane Lynn Saccocciao
United States District Court
Eastern District of Massachusetts
1 Courthouse Way
Boston MA 02210

**FAX:** 617 204 5846
**RE:** Feinman v. Nicolaci et al
**NO:** 03CV-12301AO

Pages Including Cover Sheet: 1
**Instructions or Comments:**

Dear Ms. Saccocciao:

Per our conversation today, I will not be able to appear in the above matter because I have a trial scheduled in the New Bedford Superior Court in the matter of Commonwealth v. Gomes, BRCR2002-0584. Be advised that I represent the Defendants that are not corporate entities.

**IF YOU DO NOT RECEIVE THE TOTAL NUMBER OF PAGES OR THE COPY IS NOT CLEAR, PLEASE CALL (508) 984-7000 THANK YOU.**