UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
FILED
IN CLERKS OFFICE

2004 JUN 22  P 12: 40

U.S. DISTRICT COURT
DISTRICT OF MASS.
```

ALEX FEINMAN,
    Plaintiff

v.  Case No. 03-12301-GAO

DOMINIC NICOLACI, et al.
    Defendants

MOTION TO REBUT MOTION BY THE ADMINISTRATIVE OFFICE OF THE TRIAL COURT TO DISMISS PLAINTIFF'S COMPLAINT AS AGAINST DEFENDANTS BAIL COMMISSIONERS, JOHN DOE (1), JOHN DOE (2), THIRD DISTRICT COURT NEW BEDFORD, MA

The Plaintiff comes before the Court with astonishment because the state does not come forth with real facts. They look for technical errors. The defendants named John Doe (1) and John Doe (2) are individuals whose names the plaintiff could not obtain. The plaintiff believes that the above-named defendants were strictly doing a political favor for the other defendants in this case. These defendants should be named by the attorneys who represent them because once the names are divulged, the plaintiff can show the Court the conflict of interest.

The plaintiff requests the Court to order the state attorneys to divulge the names of John Doe(1) and John Doe(2). The plaintiff also requests that the Court deny the above-named Motion.

I, Alex Feinman, do hereby certify that a true copy of the above document was served upon each party appearing pro se and the attorney of record for each other party by U.S. Mail on 6/18/04.

_____ Alex Feinman, Plaintiff