UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

ALEX FEINMAN,
    Plaintiff

v.    Case No. 03-12301-GAO

DOMINIC NICOLACI, et al.
    Defendants

FILED
IN CLERKS OFFICE
2004 JUN 22 P 12: 40
U.S. DISTRICT COURT
DISTRICT OF MASS.

MOTION TO REBUT DEFENDANT

CHARLES PRUNIER

The Plaintiff comes forth and argues to the Court that U.S. Attorney, Roberta T. Brown, works for the people. In her obligations to the people, she must uphold the oath of the office. She must disclose to the Court all wrongdoings by other federal agencies or agents. She must not hide behind untruths of one agent, Charles Prunier.

FBI Agent Prunier has stepped outside the color of the law. He has made his mark in this case and he believes he is above the law and that the truth is what he says it is. On serving him the motions and complaints, the plaintiff mailed them to him and faxed them to him. The plaintiff called him and so has attorney Donald Barnes. The plaintiff even asked constable Dave Tomlinson to serve papers upon him. Agent Prunier dodged and did not call anyone back. He would not call the plaintiff, the attorney for the plaintiff or the

with the FBI regarding Mr. Prunier's actions. The plaintiff has made every effort.

The plaintiff asked the U.S. Attorney if she questioned Agent Prunier regarding his misconduct. There has been a miscarriage of justice by Agent Prunier and others who conspired openly to violate the plaintiff's civil rights.

Therefore, the Plaintiff requests the Court to deny the government's motion.

Respectively submitted and signed under the pains and penalties of perjury, this 18th day of June, 2004 by:

_____ Alex Feinman, Plaintiff

I, Alex Feinman do hereby certify that a true copy of the above document was served upon each party appearing pro se and) the attorney of record for each other party by U.S. Mail on 6/18/04.

_____ Alex Feinman, Plaintiff