UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
FILED
CLERKS OFFICE

2004 JUN 22  P 12: 40

U.S. DISTRICT COURT
DISTRICT OF MASS.
```

ALEX FEINMAN,
    Plaintiff

v.                                    Case No. 03-12301-GAO

DOMINIC NICOLACI, et al.
    Defendants

### MOTION TO REBUT STATE ATTORNEY CHRIS MARKEY MOTION FOR JUDGMENT ON THE PLEADINGS

The plaintiff comes before the Court with a sense of understanding of Chris Markey's actions regarding his above-named Motion. This Motion, in layman's terms, means he does not want the truth to be known. If he acted under the color of law, he would not have been named as a defendant in the case the plaintiff brought forth as a civil rights complaint. The defendant was asked by the plaintiff's attorney to disqualify himself because of conflict of interest and he refused. The plaintiff would not have been given such an outrageous bail if this defendant had told the truth.

This defendant, along with another defendant, detective Richmond of the Acushnet Police Department, acted above the colors of the law. They created an inaccurate police report as well as inaccurate statements of truth. This was done for the sole purpose of depriving the plaintiff of his liberty so that another defendant could enact his plans for a no-trespassing order against the plaintiff. The plaintiff can show the Court the actions of

Therefore, the plaintiff requests the Court to deny Chris Markey's Motion for Judgment on the Pleadings.

Respectively submitted and signed under the pains and penalties of perjury, this 18th day of June, 2004 by:

_____ Alex Feinman, Plaintiff

I, Alex Feinman do hereby certify that a true copy of the above document was served upon each party appearing pro se and the attorney of record for each other party by U.S. Mail on 6/18/04.

_____ Alex Feinman, Plaintiff