UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

ALEX FEINMAN,
    Plaintiff

v.　　　　　　　　　　　　　　　Case No. 03-12301-GAO

DOMINIC NICOLACI, et al.
    Defendants

FILED IN CLERKS OFFICE
2004 JUN 22 P 12: 20
U.S. DISTRICT COURT
DISTRICT OF MASS

### MOTION TO STOP THE DEFENDANTS FROM FILING COLLECTIVELY

The plaintiff requests the Court to order that the defendants file separate answers to the Complaint. The plaintiff's action against each defendant is different. By the defendants filing collectively, they put a gag on each defendant's answer. For example, Attorney Stewart Grimes is one of the major defendants in this case. By him representing other defendants, he controls what they say, as he did with Christopher Baty who was one of the major defendants. Stewart Grimes is very deceiving and treacherous. He has too much to lose if he does not control the situation. The attorney who is answering for all the defendants has signed the other attorneys' names on their briefs. They put names in of people who are not even part of this complaint. Some of the defendants Attorney Grimes said he represents have never been in the courtroom regarding this case. The attorney who represents the New Bedford Police Department should not speak for the other

Responsibility, there are over 700 attorneys and judges who have been reported to have been disciplined by the Commonwealth of Massachusetts for unethical conduct. By allowing these attorneys to act as one prohibits true answers (Attachment 1).

Respectively submitted and signed under the pains and penalties of perjury, this 18th day of June, 2004.

_____ Alex Feinman, Plaintiff

I, Alex Feinman, do hereby certify that a true copy of the above document was served upon each party appearing pro se and the attorney of record for each other party by U.S. Mail on 6/18/04.

_____ Alex Feinman, Plaintiff

# Judicial/Legal Misconduct in Massachusetts

Following are some of the attorneys or judges who have been reported to have been disciplined by the Commonwealth of Massachusetts for unethical conduct, who may be a resident of the Commonwealth of Massachusetts but was disciplined in another jurisdiction, sued for malpractice, incarcerated, whom we understand have been charged with unethical conduct, or who have brought disrepute to the legal business, etc.

ABODEELY, MICHAEL N.
AKRAM, BERNARD SALIM
ARMSTRONG, E. FREDERICK
ARRIGHI, RICHARD C.
AUGUST, STUART I.
BABINSKI, DAVID PAUL
BACHAND, RICHARD A.
BANNAN JR, WILLIAM J.
BARBER III, FRANK T.
BARON, LEE
BARRETT, MATTHEW W.
BARRY JR, FREDERICK G.
BARTLETT JR, DANIEL J.
BARTLETT, ROBERT A.
BAUGH, RONALD M.
BAVELSKY, IRINE S.
BEATRICE JR, PETER R.
BEDNARZ JR, MICHAEL J.
BENT, ROBERT M.
BERMAN, JOHN R.
BIELITZ JR, ALBERT C.
BIGELOW, DONOVAN R.
BILLEWICZ, ROBERT WARREN
BINGHAM, SHEPHARD P.
BIXBY, MARK W.
BLUMSACK, RICHARD E.
BOBBITT, TURMAN CURTIS
BOXER, JEFFREY V.
BRAUER, DAVID P.
BROWN, FREDERICK L. (Judge)
BROWN, JAN
BRYAN, LOCKSLEY H.
BUCKMINSTER, KYLE T.
BUDNITZ, ARRON E.

COLLINS SR, JOHN P.
COLTON, JOHN T.
CONCEMI, SAMUEL J.
CONLEY, DEBORAH A.
CONROY, JOHN P.
CONSTANT, DONALD M.
COOPERSTEIN, PAUL
CORCORAN JR, JAMES C.
CORLISS, SCOTT ALBERT
COSTELLO, JAMES E.
COTTER III, JAMES J.
COTTER, THOMAS J.
CROSS, KATHLEEN E.
CURTIS JR, DAVID D.
<u>COVEN, MARK S. (Judge)</u>
DAHL, MEL
DAVIDSON, DAVID H.
DAWKINS, REUBEN S.
DIAMOND, FREDERICK C.
DICKSON, PATRICIA M.
DODD, ALAN FRANCIS
DOHERTY, BRIAN G.
DOMINIK, JACK
DONOHUE, RICHARD S.
DONOVAN, JOHN P.
DOUKA, BARBARA
DOYLE, JOHN F.
DROLETTE, ELIZABETH M.
EARLY, WILLIAM C.
EDMONDS, DAVID E.
EISENHAUER, WAYNE H.
ELLIS JR, JAMES N.
ELLIS, NICHOLAS J.
EMIL, GERALD R.
ERLICHMAN, DAVID
ESTRINE, ANDREW B.
FAGAN, STEPHEN H.
FARRINGTON, JAMES C.
FEENEY, BRIAN J.
FEINBERG, MICHAEL
FINN, KENNETH A.
FITZGERALD, TERENCE J.
FOLTZ III, RICHARD
FORD, FREDERICK R.
FORDHAM, LAURENCE S.
FOSTER, TIMOTHY P.
FOTOPOULOS, JAMES
FRANCHITTO, JOHN DOUGLAS
FREEDMAN, PAUL I.
FROIO JR, VINCENT J.

GOLENBOCK, WENDY B.
GONICK, RICHARD S.
GORDON, JOSHUA
GORDON, STANLEY L.
GRAN, AUSTIN BRIAN
GRAY, STUART F.
GREENSPAN, HOWARD L.
GRELLA, PAUL J.
GUIDRY, LOUIS A.
HAY, JONATHAN
HEMINGWAY, HERMAN W.
HOAK, SHIRLEY A.
HOLLINGSWORTH, WAYNE B.
HOLZBERG, EDWARD P.
HOULIHAN, MICHAEL J.
HOWARD, MICHAEL L.
HUGGINS, NORMAN W.
JAMES JR, JOHN ALDEN
JEROME, WILLIAM B.
JONES, DAVID A.
JONES, KIRK W.
JURCZYK, DANUTA D.
KARAHALIS, ALAN JOHN
KELLY, CHARLES S.
KELLY, EDWARD G.
KELLY, JOHN W.
KENNEDY, GEORGE W.
KERLINSKY, LOUIS
KERMAN, SHIRLEY M.
KERSEY, GEORGE E.
KOMACK, STANLEY D.
KOWALSKI, JOHN L.
KRONICK, MICHAEL D.
LABOVITZ, STANLEY S.
LAKE, ANN W.
LALIME, JAMES L.
LAMBERT, JEFFREY
LAPPIN, ROBERT S.
LAWTON JR, THOMAS E.
LEARY, DENNIS M.
LEBBOS, BETSEY WARREN
LEE, GARY M.
LENAHAN, WILLIAM P.
LIPPMAN, ARTHUR M.
LONDON, EDWARD H.
LONG, CHRISTOPHER F.
LOPES, AMANTINO J.
LUFF, DAVID J.
LYNCH JR, THOMAS J.
MACCHI, ALFRED A.

MCCARTHY, DAVID M.
MCDONALD, THOMAS L.
MCEVILLY, THOMAS F.
MCGARVEY, DIANE
MCINTYRE, RONALD A.
MCKENNA, BRIAN F.
MCKENZIE, STEPHEN O.
MCKNIGHT, TERRANCE R.
MCNABB, JOHN K.
McPHEE, WILLIAM C.
McPHEE, WILLIAM CRAIG
MEANEY, RICHARD
METAXAS, MARIANNE E.
MICKIEWICZ, ROBERT W.
MILSTEIN, STEPHEN J.
MORTON, PAUL E.
MULVEY, KEVIN J.
MURPHY, JOSEPH P.
MURPHY JR, RICHARD D.
MURPHY, SEAN C.
MUSE, MICHAEL J.
NERI, KAREN A.
NICKERSON, MARGUERITE
NUGENT, ALFRED E.
O'BRIEN, JAMES FREEMAN
O'DONNELL, WILLIAM K.
O'DRISCOLL, CORNELIUS J.
OGAN, JEROME D.
O'NEIL, MICHAEL D.
O'SULLIVAN, EDWARD E.
OTIS, SUSAN P.
PALMER, WALTER E.
PAPATONES, JAMES N.
PASSALACQUA, RICHARD M.
PENTLARGE, JOEL
PILAVIS, CHRISTOPHER
POLLOCK, EDWARD Z.
POTTERS, ROBERT SANDS
POTTINGER, DENNIS J.
PRAGER, HARVEY
PROVOST, WESLEY B.
PUGLIA, ANDREW R.
QUIRION, PAULINE
RAUSEO, JOHN P.
REYNOLDS JR, JAMES F.
RING, JORDAN L.
ROBBINS, STUART E.
ROMAIN, MYRA JONES
ROMM, STUART A.