UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEX FEINMAN,<br>    Plaintiff,<br><br>v.<br><br>DOMENICK NICOLACI, et al.,<br>    Defendants. | CIVIL ACTION<br>NO. 03-12301-GAO |

## SUBSTITUTION OF APPEARANCE

Please substitute the undersigned for Roberta T. Brown, Assistant U.S. Attorney as counsel for the Defendant, Chuck Prunier, FBI Special Agent, in the above-captioned matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Anton P. Giedt
ANTON P. GIEDT
Assistant U.S. Attorney
United States Courthouse
1 Courthouse Way - Suite 9200
Boston, MA 02210
Tel. No. (617) 748-3309
Fax No. (617) 748-3971

CERTIFICATE OF SERVICE

I certify that on this day I served a copy of the above Notice by electronic mailing or first class, postage prepaid, upon all parties of record.

/s/ Anton P. Giedt
ANTON P. GIEDT
Assistant U.S. Attorney

Dated: July 7, 2004