UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUIHSETTS      DOCKET NO: 03CV12301GA

ALEX FEINMAN )
    PLAINTIFF )
  )
V. )
  )
DOMINIC NICOLACI, et al )
    DEFENDANTS )

## DEFENDANTS' MOTION TO EXTEND TIME

Now come the Defendants, Niccolaci, Vercammen, Brunell, Burges, Demers, Andrade, Grimes and LFS, and respectfully move this Honorable Court extend the time within which the Defendants have to file their Motion to Dismiss until August 17, 2004.

As grounds for this Motion the Defendants state that their attorney has been extremely busy in the New Bedford Superior Court dealing with serious felony cases and the Plaintiff is not prejudiced in that he has four other civil actions pending against the same Defendants in State Courts based upon the same set of facts and claiming the same civil rights violations.

By their Attorney,

_____
STEWART HALL GRIMES
460 County Street
New Bedford, MA 02740
(508) 984-7000
BBO# 212070