UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUIHSETTS            DOCKET NO: 03CV12301GA

ALEX FEINMAN                )
    PLAINTIFF           )
                            )
V.                          )
                            )
DOMINIC NICOLACI, et al     )
    DEFENDANTS          )

### AFFIDAVIT IN SUPPORT OF DEFENDANTS' MOTION TO EXTEND TIME

I, Stewart Hall Grimes, being duly sworn do hereby depose and say the following to be true based upon personal knowledge and belief:

1. I am an attorney duly licensed to practice law in this Commonwealth.

2. I am the attorney for the above Defendants.

3. I have been extremely busy in the New Bedford Superior Court dealing with serious felony cases.

4. The Plaintiff is not prejudiced in that he has four other civil actions pending against the same Defendants in State Courts based upon the same set of facts and claiming the same civil rights violations.

Signed under the pains and penalties of perjuries this 29th day of July 2004.

                                            STEWART HALL GRIMES
                                            BBO# 212070