UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

ALEX FEINMAN,
　　　　Plaintiff

v.                                          Case No. 03-12301-GAO

DOMINIC NICOLACI, et al.
　　　　Defendants

## PLAINTIFF'S MOTION TO REBUT DEFENDANT ATTTORNEY STEWART GRIMES' MOTION TO EXTEND TIME AND TO REBUT STEWART GRIMES FROM REPRESENTING ANYONE EXCEPT HIMSELF

The plaintiff comes before this Court to take a firm stand against the above

motion submitted to the Court by Stewart Grimes, defendant.   The plaintiff

also takes a stand against this defendant representing anyone except himself

in this case.

This defendant had ample time to prepare his brief.  He has taken this Court

and other Courts' kindness for weakness.  He has used this tactic to stall the

truth from being known.  He is the orchestrator and the manipulator and

main perpetrator of my case.  The other defendants mentioned were brought

into this case by the actions of  Stewart Grimes.  The other defendants he

wants to represent are individuals who he must control so they will not say

the wrong thing to the Court.  The original no-trespassing order was written

by Stewart Grimes, not ordered by the Court. In order for him and the other

defendants to remove the plaintiff from his office and property, they had to

create a reason for the plaintiff to be arrested and have a high bail placed on

him so they could enact a no trespassing order and then loot and destroy the

plaintiff's property, paperwork, both personal and business related.

Stewart Grimes believes your courtroom is like the New Bedford courtroom

and he can do as he pleases and get away with it. It is time that each

defendant be represented by themselves or by counsel other than Mr.

Grimes because Mr. Grimes has enough to do to represent himself.

Therefore, the plaintiff requests this Court not to allow Stewart Grimes

additional time and to order the other defendants to obtain counsel or act

pro se.

Respectfully submitted by, Alex Feinman, plaintiff, under the pains and

penalties of the law on July 31, 2004.

_____ Alex Feinman, Plaintiff

CERTIFICATE OF SERVICE:  I, Alex Feinman, plaintiff, hereby certify

that I have served the above document on the defendants by U.S. Mail this

31st day of July, 2004.

_____ Alex Feinman, Plaintiff