UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

ALEX FEINMAN,
   Plaintiff

v.                                          Case No. 03-12301-GAO

DOMINIC NICOLACI, et al.
   Defendants

## MOTION FOR LEAVE TO AMEND AMENDED COMPLAINT

NOW COMES Alex Feinman, Plaintiff, with said Motion for Leave to Amend Amended Complaint, as requested by the Court's Opinion dated 8/10/04.

RESPECTFULLY SUBMITTED, this 9th day of September, 2004 by the Plaintiff,

_____
Alex Feinman

## CERTIFICATE OF SERVICE

I, Alex Feinman, hereby certify that on the 9th day of September, 2004, a copy of the aforementioned was served upon the defendants by U.S. Mail.

_____
Alex Feinman