UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 03-12301-GAO

ALEX FEINMAN,

        Plaintiff

v.

DOMINIC NICOLACI, ET AL.,

        Defendants

DEFENDANT LIEUTENANT EUGENE HEBERT AND UNIDENTIFIED NEW BEDFORD POLICE OFFICERS' MOTION FOR SUMMARY JUDGMENT

      Pursuant to Fed. R. Civ. P. 56(b), defendant Lieutenant Eugene Hebert and the unidentified New Bedford Police Officers moves that this Court grant summary judgment in their favor, on the grounds that there are no genuine issues of material fact and that they are entitled to judgment as a matter of law. In support of their motion, they rely upon and incorporate by reference the attached Memorandum of Reasons, Local Rule 56.1 Statement of Undisputed Material Facts, and accompanying Exhibits.

DEFENDANTS,

LIEUTENANT EUGENE HEBERT AND UNIDENTIFIED NEW BEDFORD POLICE OFFICERS,

By their attorney,

/s/ Katharine Goree Doyle
Katharine Goree Doyle (BBO# 634131)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

235936/Metg/0517