UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 03-12301-GAO

ALEX FEINMAN,

    Plaintiff

v.

DOMINIC NICOLACI, ET AL.,

    Defendants

AFFIDAVIT OF LIEUTENANT
EUGENE J. HEBERT

I, Eugene J. Hebert, hereby state upon oath and my personal knowledge:

1. I am a Lieutenant with the New Bedford Police Department. I have been a Lieutenant since 1990. I have also been Platoon Commander of the day shift since 1990.

2. I have been a police officer with the New Bedford Police Department for twenty-eight years. Prior to becoming a lieutenant, I held the rank of sergeant for four years. Prior to that I was a patrolman for nine years.

3. I graduated from the Police Academy in 1977. I earned a Bachelor of Arts degree in English at University of Massachusetts at Amherst in 1974, a Bachelor of Science degree in Criminal Justice from Salve Regina University in 1981, and a Masters degree in Criminal Justice from Western New England College in 2001.

4. I attend forty hours of ongoing education classes per year at Municipal Police Training Committee (formerly Mass. Criminal Justice Training Council). I also take five additional training days a year at the Plymouth Police Academy. The ongoing education and training covers subjects such as probable cause standards, power to arrest, and interview and interrogation techniques.

5. In fall, 2003, Mr. Feinman reported by telephone number of times that individuals were using his property without his permission. He also mentioned that I should telephone the Federal Bureau of Investigation ("FBI") and inquire about the property to an Agent Prunier, because the FBI was conducting an investigation regarding his former business, LFS, Inc. I dispatched an officer to investigate the report. He reported back to me that when he arrived at the scene, 195 Riverside Avenue, the property in question was not in use and the persons present at the scene denied making any use of it because it was the subject of litigation over ownership and an FBI investigation regarding LFS, Inc.

6. That same day, I telephoned Agent Charles Prunier, who confirmed that there was an ongoing FBI investigation into allegations of misconduct regarding LFS, Inc.

7. Mr. Feinman telephoned again a number of times. On at least one occasion he specifically identified that one piece of property that he believed to be used illegally as a trailer with an attached air compressor. He complained that the vehicle was unregistered, uninsured and that use of it would expose him to liability.

8. Mr. Feinman also reported by letter on December 2, 2003 that individuals were using his property without his permission. A true and accurate copy of the letter is attached to this affidavit as Exhibit A. In the same letter, Mr. Feinman mentioned again that the FBI was conducting an investigation into the business in which he had been involved and that the trailer was part of the investigation.

9. Whenever I dispatched an officer to investigate Mr. Feinman's complaints, however, he would find that the trailer or other property did not appear to have been used and the persons present at 195 Riverside Avenue repeated that they were not using the trailer or other property due to the ongoing litigation and FBI investigation.

10. On each occasion, based on my training and experience, I determined that we did not have probable cause to pursue criminal enforcement action, as the investigating officer found no evidence of use of the disputed property, the FBI investigation was ongoing, and there was litigation regarding the rightful owner of the property.

SIGNED UNDER THE PAINS AND PENALTIES THIS 4th DAY OF NOVEMBER, 2004.

_____
Lieutenant Eugene J. Hebert

235615/METG/0517

**EXHIBIT A**

ALEX FEINMAN
1267 Main Street
Acushnet, MA  02743
508-763-8090

12/2/03

Lieutenant Hebert
New Bedford Police Department

Sent Via Fax 508-979-1566

Dear Lieutenant Hebert:

I would like to apologize to you and your staff for this incident. What I am afraid of is they are using my trailer on the road, is not insured and does not have tags and also the air compressor that is trailer-mounted. They are taking all my equipment and using and abusing it. I am attaching a copy of what the government has taken from 195 Riverside Avenue that I had. It does not say anything about equipment. It only identifies my business records.

Once you find out from the FBI agent, please let me know.

Alex Feinman