UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 03-12301-GAO

ALEX FEINMAN,

        Plaintiff

v.

DOMINIC NICOLACI, ET AL.,

        Defendants

LOCAL RULE 7.1
CERTIFICATE OF COMPLIANCE

Now comes the undersigned defense counsel, and hereby certifies she conferred, via telephone with the pro se plaintiff on November 5, 2004 in a good faith effort to resolve or narrow the issues set forth in Defendant Lieutenant Eugene Hebert and Unidentified New Bedford Police Officers' Motion For Summary Judgment but the parties were unable to reach agreement prior to the filing of the motion.

DEFENDANTS,

LIEUTENANT EUGENE HEBERT AND
UNIDENTIFIED NEW BEDFORD
POLICE OFFICERS,

By their attorney,

/s/ Katharine Goree Doyle
Katharine Goree Doyle (BBO# 634131)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

235963/Metg/0517