UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12301-GAO

ALEX FEINMAN,
Plaintiff,

v.

DOMINIC NICOLACI, et al.,
Defendants.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS
November 16, 2004

O'TOOLE, D.J.

After review of the report and recommendations filed by Chief Magistrate Judge Bowler (docket no. 102) as well as the objection (docket no. 104) and response (docket no. 106) filed in response thereto, I am satisfied that the Magistrate Judge has appropriately resolved the issues presented, and I approve the report and adopt the recommendations made regarding the disposition of pending motions. Accordingly, it is ORDERED that the several pending motions be resolved as set forth in the report and recommendations at pages 25-27.

November 16, 2004
DATE

_____
DISTRICT JUDGE