ALEX FEINMAN
1267 Main Street
Acushnet, MA 02743
508-763-8090

10/14/04

Marianne B. Bowler, Chief
United States Magistrate Judge
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

RE: Alex Feinman view Dominic Nicolaci, et al, Civil Action # 03-12301-GAO

I received your order dated October 8, 2004, entitled "Procedural Order and Notice of Status Conference". I am enclosing a copy of my Amended Complaint. It seems as though you did not receive my amended Amended Complaint which I filed on 9/9/04 because in that complaint I discussed issues regarding false imprisonment.

As you are one of the caretakers of justice, I wonder if you received and reviewed my second amended complaint. By reading your above-referenced order, it does not seem as though you received this.

Thank you,

Alex Feinman
Plaintiff, Pro Se