UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

ALEX FEINMAN,
    Plaintiff

v.                          Case No. 03-12301-GAO

DOMINIC NICOLACI, et al.
    Defendants

MOTION TO APPEAL TO THE DISTRICT COURT FROM
THE MAGISTRATE'S COURT

1. The plaintiff comes before this District Court to request a hearing to appeal the order entered on 11/19/04 and heard on 11/17/04 before Judge Marianne Bowler not to allow his amended Amended Complaint.

2. On October 8, 2004, the magistrate entered a Procedural Order and Notice of Status Conference. (see attachment #1). Once the plaintiff received this notice, he sent by overnight mail (attachment 2) a letter asking why the Court did not see his second Amended Complaint. The plaintiff called the magistrate's law clerk, Diane, and she informed him the clerk's office did not forward his Amended Complaint to the magistrate.

3. It should also be known that all defendants received the plaintiff's second Amended Complaint. It should also be known that the magistrate did not read the plaintiff's letter dated 10/14/04 because in the courtroom, the magistrate contradicted receiving this letter until her law clerk told her she received it.

4. The Court should realize that the plaintiff has lost his total right hip, had three major surgeries, is on over 200 mg daily of Methadone for pain. The Court should also realize that when a citizen of this country files a civil rights complaint, it is for a reason. When the civil rights exploded in the 60's, law enforcement officers were beating people over the head with sticks, dragging them off buses, maiming and abusing citizens and causing death to some, did the Courts drag their feet as they are doing in my case? How does one protect his liberty in this country? This should be done in the Court system. When I asked the magistrate a question, the answer I received was a disgrace. It is my understanding that the justices are there for the people. The question I asked was how would I appeal the decision of the Court. The Court did not answer my question.

5. My rights as a citizen have been violated. The Court and its slow action has created even greater damage to the plaintiff. How can one be heard by the Court? I cannot afford an attorney. Does that mean the Court turns its head? I believed justice meant the truth. It is marked on the walls of the courthouse. The Court said my Amended Complaint was not on time but it is the truth that my Complaint was received by the Court and other defendants on time. It is also hard to believe that every time the defendants asked for additional time, this was given to them. Why is the plaintiff denied?

6. CONCLUSION: I hereby request the District Court to hold an open hearing to accept my amended Amended Complaint and schedule a trial date so the truth can be heard. RESPECTFULLY SUBMITTED, this 3rd day of December 2004 by the plaintiff,

Alex Feinman

_____ Alex Feinman, Plaintiff

(2)

## CERTIFICATE OF SERVICE

I, Alex Feinman, do certify that on the 3rd day of December 2004, I served the foregoing on the following by overnight U.S. Mail.

Atty. John J. Cloherty
Atty. John J. Davis
Atty. Katharine Goree Doyle
Atty. Anton P. Giedt
Atty. Ernest Sarason
Atty. James W. Simpson
Atty. Joseph L. Tehan
Atty. William R. Connolly, Bristol County District Attorney's Office
Atty. Stewart H. Grimes
U.S. Attorney Michael J. Sullivan
District Court Magistrate

(3)