UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No. 03-12301GAO

| | |
|---|---|
| ALEX FEINMAN<br>       Plaintiff,<br><br>v.<br><br>SHERIFF, BRISTOL COUNTY, ET AL.,<br>       Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT, SHERIFF, BRISTOL COUNTY'S L.R. 56.1 STATEMENT OF MATERIAL FACTS UPON WHICH SUMMARY JUDGMENT IS SOUGHT

In support of their motion for summary judgment and pursuant to the requirements of Rule 56.1 of the Local Rules of the United States District Court for the District of Massachusetts, the defendant submits the following statement of material facts of the record as to which they contend there are no material dispute to be tried.

1. The plaintiff, Alex Feinmen, appearing *pro-se,* appears to be alleging a claim for denial of medical attention actionable under the Eighth Amendment against the Sheriff of Bristol County. See plaintiff's complaint ¶ 13.

2. The plaintiff was arrested and held on bail on October 27, 2003 on the charges of credit card fraud and larceny over $250.00. See Court Mittimus, Exhibit "A".

3. The plaintiff was committed to the custody of the Bristol County House of Correction by the New Bedford District Court on October 27, 2003. See Court Mittimus, Exhibit "A".

4. The plaintiff was transported to the Bristol County House of Correction where he was evaluated by medical staff from Prison Health Services at approximately 5:00 p.m. on October 27, 2003. See medical evaluation form, Exhibit "B" and physical exam forms, Exhibit "D".

5. The plaintiff was given 400 mg of Motrin for pain as well as Tigan and Kaopectate on October 27, 2003, in accordance with detox protocol See physician orders form, Exhibit "C" and

-1-

5. The plaintiff was given 400 mg of Motrin for pain as well as Tigan and Kaopectate on October 27, 2003, in accordance with detox protocol  See physician orders form, Exhibit "C" and To/From report of Pauline Sweeney of Prison Health Services, Exhibit "F".

6. On October 28, 2003 at approximately 10:45 a.m., the plaintiff was given 600 mg of motrin for pain as well as other medications. He was also ordered to be placed on a bottom bunk for due to his hip injury.  See physician orders form, Exhibit "C".

7. On October 28, 2003, the plaintiff was able to make bail and was released from the custody of the Bristol County House of Correction after spending less than 24 hours at the facility.  See Administrative chronology form, Exhibit "E".

The defendant, Sheriff, Bristol County,
By his attorneys,

/s/James W. Simpson, Jr.
James W. Simpson, Jr.,
BBO#634344
MERRICK, LOUISON & COSTELLO, LLP.
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305