**EXHIBIT "A"**

| MITTIMUS IN LIEU OF BAIL | DOCKET NUMBER 0333CR006680 | Trial Court of District Court |
|---|---|---|
| DEFENDANT NAME FEINMAN, ALEX | | COURT NAME & ADDRESS New Bedford District 75 North Sixth Street New Bedford, MA (508) 999-9700 |
| ADDRESS 1267 NO MAIN ST ACUSHNET, MA 02743 | OFFENSE DATE 04/09/2003 | |
| | DOB / SEX M | |
| | SSN | NEXT EVENT PRETRIAL HEARING |
| POLICE DEPARTMENT OF OFFENSE ACUSHNET | PCF NUMBER | NEXT EVENT DATE & TIME 11/24/2003  8:30 AM |
| NO. OF COUNTS 3 | DATE COMPLAINT ISSUED 10/24/2003 | ETHNICITY W | SID NUMBER | COURTROOM |
| HEIGHT 5 FT 11 IN | WEIGHT LBS | COMPLEXION | HAIR XXX | EYES XXX | NEXT EVENT COURT LOCATION New Bedford District Court |

⇐⇐⇐⇐⇐⇐ DEFENDANT MUST APPEAR IN COURT ON THIS DATE AND TIME ⇐⇐⇐⇐⇐⇐

## OFFENSE COUNTS

| COUNT | CODE | OFFENSE DESCRIPTION |
|---|---|---|
| 1 | 266/37C/D | CREDIT CARD, IMPROPER USE OVER $250 c266 §37C(d) |
| 2 | 266/37C/A | CREDIT CARD FRAUD OVER $250 c266 §37C(e) |
| 3 | 266/30/A | LARCENY OVER $250 c266 §30(1) |

| BAIL SET BY COURT | BOND AMOUNT SET $100,000.00 | CASH AMOUNT SET $10,000.00 |
|---|---|---|

**TO THE OFFICIAL IN CHARGE OF: BRISTOL HOUSE OF CORRECTION**

The above named defendant has failed to recognize for his or her next court appearance in the amount ordered by the Court. It is therefore ORDERED that the defendant be committed to the above institution in lieu of the bail indicated above, and there to await his or her next court appearance at the court location indicated above.

A duly authorized officer is hereby directed to convey and deliver the defendant safely to such place of confinement. The keeper of such place of confinement is hereby commanded to receive the defendant into custody, keep him or her safely and return the defendant to such court on the date and time of next event indicated, unless the defendant earlier posts bail as ordered, or is otherwise legally discharged before such date.

**FURTHER ORDERS OF THE COURT:**

| TESTE OF FIRST JUSTICE WITNESS: Hon. Bernadette L. Sabra | DATE ISSUED 10/27/2003 | SIGNATURE OF CLERK-MAGISTRATE/ASST. CLERK X June M. Adams |
|---|---|---|

### RETURN ON MITTIMUS & RECEIPT OF RECEIVING OFFICIAL

The person who has signed below as "Person Who Conveyed Defendant" hereby certifies that he or she has conveyed the defendant to the above named institution and has left for the keeper thereof a signed copy of this mittimus. The person who has signed below as "Receiving Official" hereby certifies that he or she has received the defendant on behalf of such keeper along with such signed copy of this mittimus.

| DATE AND TIME OF ARRIVAL AT INSTITUTION 10-27-03 | SIGNATURE OF PERSON WHO CONVEYED DEFENDANT X | SIGNATURE OF RECEIVING OFFICIAL X |
|---|---|---|

Date/Time Printed 10/27/2003 11:30 AM                                          Form No.

O.B. ▓▓▓▓   I.D.# 128019   Screen Date 10/27/03   Time 5p

▓dical Insurance: Yes ☐  No ☐   Insurance Carrier: ▓▓▓▓   Ins. No▓▓▓

▓▓▓ SIGNS: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓QUIRE:                                                                              Yes    No

Are you presently being treated for a health / dental problem?
   If yes, please describe ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Have you ever been hospitalized or treated for a mental problem?
   If yes, please describe _____

Are you presently on medication? (* List all medications below)

| Medications | Dosage | Reason for Taking |
|---|---|---|
| ▓▓▓▓▓▓▓▓ | ▓▓▓▓ | |
| ▓▓▓▓▓▓▓▓ | | |
| | | |
| | | |
| | | |

4. Have your ever had a sexually transmitted disease?(venereal disease) or abnormal discharge?
   When and what kind?_____
5. Do you use alcohol or other drugs?
   Type_____ Amount_____ Frequency_____
   Mode of Use_____ Date and Time of last use _____
6. Have you ever had withdrawal/DT's; or problems after ceasing use? _____
7. Do you have a medical condition which requires a special diet? List_____
   If so, what kind? _____
8. Are you allergic to any drugs, foods or substances?
   Please List_____
9. Head trauma within the last 72 hours?_____

TB SCREENING:
                         Yes   No              Yes   No                        Yes   No
Recent PPD Test?                   Positive Reaction?            Ever Treated w/TB drugs?
Chronic Cough/Blood?               Fever?                         When:_____
Recent Appetite Loss?              Recent Weight Loss?            Where:_____
Night Sweats?                      Fatigue?

Side 1 of 2

Rev: 01/01/01

# PRISON HEALTH SERVICES, INC.

## PHYSICIAN'S ORDERS

NAME: Feinman, Alex　　　　ID# 12809　　DOB: ~~~~~

DRUG ALLERGIES: NKA

| DATE & TIME | INSTITUTION INITIALS | ALL ENTRIES MUST BE SIGNED AND DATED | INITIALS |
|---|---|---|---|
| 10/27/03 5p | | [entry scribbled out] Nathaniel Stillman, P.A.-C. | |

EXHIBIT "C"

# PRISON HEALTH SERVICES, INC.
# BRISTOL COUNTY SHERIFF'S OFFICE

## AUTHORIZATION FOR RELEASE OF INFORMATION AND MEDICAL RECORDS

TO: _____          FROM: Bristol County House of Correction
_____                          Prison Health Services Inc.
_____                          400 Faunce Corner Road
_____                          North Dartmouth, MA  02747

Patient Name ████████████          ████████████████████

Social Security No. _____          Date of Service: _____

I hereby authorize the above named provider to release from Prison Health Services, Inc., and or the Bristol County House of Correction the following information:

___Physician/Provider's summary of my diagnosis, medications, treatments, prognosis & recent care

___Admission Reports     ___Discharge Summary          ___Operative Summary Reports

___X-Rays     ___E.K.G.'s          ___Special Studies Reports     ___Dental Records

___Laboratory Reports              ___Immunization History/TB Records

___Other Records (specify)_____

_____                    _____
Signature of Patient                        Date

_____                    10/27/03
Signature of Witness                        Date

Due to Federal confidentially rules (42 C.F.R., Part 2) prohibiting medical facilities from releasing any information containing mental health, drug abuse treatment and Massachusetts law protecting H.I.V.(Human Immunodeficiency Virus) information, I authorize the release of information. I also release Prison Health Services, Inc. and Bristol County Sheriff's Office from any legal liability that may arise pursuant to the release of the information furnished by this request. This request is subject to revocation at any time, by the undersigned, in writing, except to the extent that action has been taken in reliance thereon. By signing this request I do hereby release the following information:

___Psychiatric Summary Treatment          ___Drug Treatment & Counseling Reports

___H.I.V. & AIDS Treatment                ___Other Records

_____                    _____
Signature of Patient                        Date

_____                    _____
Signature of Witness                        Date

## PRISON HEATH SERVICES, INC.

**EXHIBIT "D"**

### PHYSICAL EXAMINATION

NAME: Feinman Alex    INSTITUTION: ▓▓▓▓▓
ID#: ▓▓▓▓▓    D.O.B: ▓▓▓▓▓
HEIGHT: 5'11"    WEIGHT: 190    T 21    P 92    R 16    B/P ▓▓▓▓▓
VISUAL ACUITY: W/O GLASSES _____    W/GLASSES _____

| NORMAL | BODY PART/SYSTEM | ABNORMAL | COMMENTS |
|---|---|---|---|
|  | 1. PHYSICAL APPEARANCE BEHAVIOR |  |  |
|  | 2. SKIN: COOR, INTEGRITY, TUGOR |  |  |
|  | 3. HEENT: SINUSES, FACE, MOUTH, HAIR, SCALP, NOSE |  | ▓▓▓▓▓ |
|  | 4. NECK: THYROID, LYMPTH NODES, TRACHEA, CAROTIDS, VEINS. |  |  |
|  | 5. CHEST: CONFIGURATION AUSCULTATION, RESPIRATIONS, BREAST EXAM (last mammogram _____ ) |  |  |
|  | 6. HEART: RATE/RHYTHM AUSCULTATION, PULSES |  | ▓▓▓▓▓ |
|  | 7. GASTRO-INTESTINAL: ABDOMEN, ANUS, VISCERA, RECTUM, HERNIA? |  |  |
|  | 8. NEURO-MUSCULO-SKELETAL: UPPER EXTREMITIES, LOWER EXTREMITIES |  | ▓▓▓▓▓ |
|  | 9. GENITO-URINARY |  |  |
|  | 10. PELVIC EXAM (last pap _____ ) |  |  |
|  | 11. TATTOOS, SCARS, BIRTHMARKS |  | ▓▓▓▓▓ |

REMARKS: _____
EXAMINER'S SIGNATURE _____    DATE: 10/28/03

Rev. 01/01/01

**PRISON HEALTH SERVICES, INC**

| PROGRESS NOTES |

NAME: Feinman Alex          ID# 128019

DOB: ~~[redacted]~~

INSTITUTION: _____

| DATE | TIME | ALL ENTRIES MUST BE SIGNED AND DATED | SIGNATURE |
|---|---|---|---|
| 10/27/03 | 5p | [redacted/scribbled out] | |
| 10/28/03 | 10:45a | [redacted/scribbled out] | |

EXHIBIT "E"

## ADMINISTRATIVE CHRONOLOGY

NAME: Alex Feinman                     IDENTIFIER: 128019

| Date: | | |
|---|---|---|
| 10/27/03 | UA | Com. HB - NB Dct - CC fraud - $10,000 |
| 10/28/03 | UA | Hdbk signed & issued; Ed ref. sub; saw video; sub. visito list; Bail call made to employee Bonnie 508)999-1150; Pre-trial intake completed. |
| 10/28/03 | OR | recog |

EXHIBIT "8"

To: Deputy Superintendent Peter Berthiaume

From: Pauline Sweeney, RN/HSA

Date: December 9, 2004

Re: Inmate Alex Feinman



PRISON HEALTH SERVICES, INC.

Please be advised Mr. Alex Feinman arrived to the facility on October 27, 2003. ~~presented with a history of hir~~ ~~~~ ~~~~ intake evaluation by nursing staff. He was ~~~~ ~~~~ ~~~~

Please feel free to contact me if you have any questions or concerns.

1