UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 03-123-1-GAO

ALEX FEINMAN,
            Plaintiff

v.

DOMINIC NICOLACI, ET AL.,
            Defendants

PLAINTIFF'S ANSWER TO DEFENDANT LIEUTENANT HEBERT AND UNIDENTIFIED NEW BEDFORD POLICE OFFIERS LOCAL RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS AND ·PROCEDURE HISTORY.

1. The plaintiff, Alex Feinman, notes to the Honorable Court that the officers of the New Bedford Police Department voted a non-competence vote against thé Chief of Police of New Bedford.

2. Lieutenant Hebert and the unknown officers of the department allowed an FBI agent to unlawfully violate the rights of the plaintiff, both by federal and state law. The plaintiff has lost an untold amount because of the New Bedford Police Department did not follow the law. Instead of keeping the peace, they enhanced the theft of the plaintiff's property, both equipment and paperwork. They did not have the proper training in trespassing. If they did, they would not have been a party to this case..

3. The New Bedford Police Officers and Lieutenant Hebert cannot prove or

show any court order allowing to seize the plaintiff's property. They cannot

prove that the plaintiff did not have a right to be on the property at 195

Riverside Avenue, New Bedford.

4. CONCLUSION: Lieutenant Hebert and unknown officers should stand

trial for violating the plaintiff's civil rights.

RESPECTFULLY SUBMITTED and signed this 27th day of December,

2004,

Alex Feinman,  Plaintiff Pro Se

## CERTIFICATE OF SERVICE

I, Alex Feinman, Plaintiff Pro Se, in the above reference matter, do hereby

certify I have delivered a copy of the foregoing upon all defendants by U.S.

Mail on December 27, 2004.

Alex Feinman, Plaintiff Pro Se

-2-