UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ALEX FEINMAN,                                   C.A. No. 03-12301GAO
        Plaintiff

v,

SHERIFF, BRISTOL COUNTY, ET AL.,
        Defendants

PLAINTIFF'S ANSWER TO THE BRISTOL
COUNTY  SHERIFF'S  MOTION FOR SUMMARY JUDGMENT

1. The plaintiff is a citizen of the United States.  He has rights afforded to

him by our Constitution.  The sheriff's office and his designees have blunted

violated the plaintiff's right to medical care.

2. Regarding sheriff's Motion for Summary Judgment, they have not

proven that a medical doctor evaluated my condition while incarcerated.

The only individuals to assess my condition were physician's assistants who

did not hold a medical degree  and who could not properly assess my

condition or issue proper medical orders for my condition.  In the words of

the sheriff "this is my jail and I will do as I want".  Because of his policies

and practices of the staff, I was not given necessary medical care.  I suffered

violently at their hands.  I could have died if I did not have bail money.

Every person who walks into that institution has different medical needs.

They forget the detainees are human and have real needs.

3.  Therefore, the plaintiff requests this Honorable Court order them to stand

trial for violation of his civil rights.


RESPECTFULLY SUBMITTED and signed this 27th day of December,
2004

Alex Feinman
Plaintiff


I, Alex Feinman, plaintiff pro se, in the above case, do hereby certify I have
delivered a copy of the foregoing upon all defendants by U.S. Mail  on
December 27, 2004.

Alex Feinman
Plaintiff