Form B18 (Official Form 18)(7/97)

# UNITED STATES BANKRUPTCY COURT
## District of Massachusetts

Chapter: 7    Date of Petition: 7/20/04
Case No. 04-16023
Judge William C. Hillman

In Re: (Name of Debtor)
Michelina Andrade
223 Smith St.
New Bedford, MA 02740
xxx-xx-3359

## DISCHARGE OF DEBTOR(S)

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED :**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 12/15/04

William C. Hillman
U.S. Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**