UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Alex Feinman,
    Plaintiff Pro Se
v.                             Case No. 03-12301-GAO

Dominic Nicolaci, et al.
    Defendants

MOTION TO AMEND AND ENLARGE COMPLAINT

NOW COMES Alex Feinman, Plaintiff, pro se, with Motion To Amend and Enlarge Complaint. There are issues under the Heck Doctrine which allow the plaintiff now to bring action against defendants who the Court allowed to be removed. The circumstantial case is Criminal Complaint number 0333CR006680 of the Trial Court of Massachusetts. The plaintiff was found "not guilty" by direct verdict of the Court. This one case set the wheels in motion for the above defendants to violate the rights of the plaintiff.

The plaintiff requests the Court to hold oral arguments to allow the plaintiff to be heard in a timely manner as the Court's actions have been a nightmare in time, not allowing the plaintiff's case to be heard before its peers.

RESPECTFULLY SUBMITTED, this 16th day of August, 2005 by the Plaintiff, Alex Feinman: _____

CERTIFICATE OF SERVICE

I, Alex Feinman, hereby certify that on the 16th day of August, 2005 a copy of the aforementioned was served upon the defendants or their attorneys by U.S. Mail.

_____, Alex Feinman