| | | |
|---|---|---|
| LEONARD KOPELMAN<br>DONALD G. PAIGE<br>ELIZABETH A. LANE<br>JOYCE FRANK<br>JOHN W. GIORGIO<br>BARBARA J. SAINT ANDRE<br>JOEL B. BARD<br>JOSEPH L. TEHAN, JR.<br>THERESA M. DOWDY<br>DEBORAH A. ELIASON<br>RICHARD BOWEN<br>DAVID J. DONESKI<br>JUDITH C. CUTLER<br>KATHLEEN E. CONNOLLY<br>DAVID C. JENKINS<br>MARK R. REICH<br>BRIAN W. RILEY<br>DARREN R. KLEIN<br>JONATHAN M. SILVERSTEIN<br>ANNE-MARIE M. HYLAND<br>JASON R. TALERMAN<br>GEORGE X. PUCCI<br><br>JANET HETHERWICK PUMPHREY<br>  DIRECTOR WESTERN OFFICE<br>WILLIAM HEWIG III<br>JEANNE S. McKNIGHT | **KOPELMAN AND PAIGE, P. C.**<br>ATTORNEYS AT LAW<br>31 ST. JAMES AVENUE<br>BOSTON, MASSACHUSETTS 02116-4102<br><br>(617) 556-0007<br>FAX (617) 654-1735<br><br>LENOX OFFICE<br>(413) 637-4300<br><br>NORTHAMPTON OFFICE<br>(413) 585-8632<br><br>WORCESTER OFFICE<br>(508) 752-0203 | KATHLEEN M. O'DONNELL<br>PATRICIA A. CANTOR<br>THOMAS P. LANE, JR.<br>MARY L. GIORGIO<br>MICHELE E. RANDAZZO<br>THOMAS W. MCENANEY<br>KATHARINE GOREE DOYLE<br>LAUREN F. GOLDBERG<br>JEFFREY A. HONIG<br>GREGG J. CORBO<br>RICHARD T. HOLLAND<br>ELIZABETH R. CORBO<br>MARIA C. ROTA<br>VICKI S. MARSH<br>JOHN J. GOLDROSEN<br>SHIRIN EVERETT<br>BRIAN E. GLENNON, II<br>JONATHAN D. EICHMAN<br>JOSEPH S. FAIR<br>LAURA H. PAWLE<br>CAROLYN M. MURRAY<br>JACKIE COWIN<br>SARAH N. TURNER<br>JEFFREY T. BLAKE<br>BRIAN M. MASER<br>CAROLYN KELLY MACWILLIAM<br>ANNE C. ROSENBERG<br>PETER L. MELLO |

October 6, 2005

Ms. Dianalynn Saccoccio
U.S. District Court
District of Massachusetts
U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re: Feinman v. Nicolaci, et al.
     (New Bedford Police Department)
     United States District Court, C.A. No. 03-12301-GAO

Dear Ms. Saccoccio:

    As you suggested, I am writing to confirm our telephone conversation of today's date. I represent the New Bedford Police Chief and Lieutenant Eugene Hebert in the above-captioned matter. The Court has dismissed the Complaint against both my clients. I received a notice from the Court indicating that a hearing would be held on a Motion to Amend the Complaint filed by the plaintiff.

    As we discussed, as all claims in the matter against my clients have been dismissed, I do not plan to attend the hearing on the Motion to Amend the Complaint, unless instructed otherwise by the Court.

KOPELMAN AND PAIGE, P.C.

Ms. Dianalynn Saccoccio
U.S. District Court
October 6, 2005
Page 2

Thank you for your attention to this matter.

Very truly yours,

Katharine Goree Doyle

KGD/cmt
Enc.
cc: City Solicitor
William R. Connolly, Esq.      John J. Davis, Esq.
James W. Simpson, Esq.         Anton P. Giedt, Esq.
David B. Madoff, Esq.          Stewart H. Grimes, Esq.
Susan Joss, Esq.               Mr. Domenick Nicolaci
Ms. Rosalie Hassey             Ernest Sarason, Esq.
Mr. Christopher Baty           Thomas Brunelle
Mr. Alex L. Feinman

263142/Metg/0517