# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

C.A. No. 03-12301GAO

_____
)
**ALEX FEINMAN**                            )
        **Plaintiff,**                    )
)
**v.**                                      )
)
**SHERIFF, BRISTOL COUNTY, ET AL.,**        )
        **Defendants,**                   )
_____)

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, the defendant, Sheriff, Bristol County, hereby moves that summary judgment be entered in his favor. The defendant states there are no genuine issue of material fact, and he is entitled to judgment as a matter of law.

    Defendant, Sheriff, Bristol County, by his attorneys,

/s/James W. Simpson, Jr.
Douglas I. Louison   BBO# 545191
James W. Simpson, Jr. BBO#634344
MERRICK & LOUISON
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305