UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No. 03-12301-GAO

ALEX FEINMAN,
    Plaintiff

V

Dominic Nicolaci, et al.
    Defendants

MOTION TO DISPUTE THE DEFENDANT, SHERIFF OF BRISTOL COUNTY,
MOTION TO BE REMOVED FROM THE ABOVE CASE.

I, Alex Feinman, plaintiff, come before the Honorable Court C. answer the above-entitled motion. It drips of untruthful contents. It is a shame that the law enforcement of Bristol County, in the Acushnet Police Dept. and New Bedford Police Dept., as well as the Sheriff cannot and will not tell the total truth when a citizen of this country must be abused by their manipulations.

1. The plaintiff is in his 50's and has had over 15 major surgeries and his body is wracked with infection. He was assaulted by other defendants in the Complaint. He was manipulated by his former employees and others named in the Complaint. Who would ever believe that the Sheriff's Dept. would stoop so low and lie about the care of inmates such as myself.

2. At the point they arrested me, I was totally disabled. I was on crutches in my front yard when I was swooped up by Detective Richmond who was acting like he didn't know why I was being arrested. When being taken to the Sheriff's Dept., the plaintiff was shaking with disbelief regarding what was happening. The plaintiff asked why they

didn't just call him into the station. They were aware of the plaintiff's illness and they laughed at him. They would not allow the plaintiff to take his medication which was prescribed by a doctor at a hospital. They cuffed the plaintiff to his crutch.

3. When arriving at the institution, the plaintiff explained the medication he was on and what it was for. They acted like he was a drug addict. They would not talk with my doctors.

4. In the above-entitled motion, they stated the medical staff gave the plaintiff 400 mg of Motrin for pain as well as Tigan and Kaopectate in accordance with "detox protocol". They had no right to detox the plaintiff - he was not a drug addict. They would not allow the plaintiff to see a doctor from the prison because they had none. When they stated "see physician's order form , Exhibit C", I do not see it within their motion.

5. On line #6 of their motion, they stated the plaintiff was given 600 mg of Motrin for pain  as well as other medications" - what other medication?  None of the plaintiff's doctors will say that in no way, shape or form should  he have been detoxed.  The plaintiff  was laying on a cell house floor going through detox  and the pain was shooting through his body. He lost all control of body fluids and dentures fell out of his mouth because of vomiting so much.  He was crying uncontrollably and shaking.  Other inmates were banging on the door to get him out of that lockup cell.  The guards took the plaintiff to a 2-man cell.  There was another resident on the bottom bunk and he had his own problems. The plaintiff laid on the floor all night.  To this day, the plaintiff has nightmares from dealing with this experience.  No human being should be treated with such inhumane practices.  The plaintiff  was not seen by any doctor at the prison.  The

(2)

guards laughed at the plaintiff, calling him a drug addict. They could care less if he lived or died. If it wasn't for the plaintiff's family and doctors, who raised the money for bail, he could have died.

6. The Bristol County Sheriff's Department should have criminal charges bought against them for the abuse the plaintiff suffered at their hands. What would they have done if the plaintiff died?

7. I am attaching an affidavit from Joyce Feinman.

SUMMARY: The Sheriff and the under-sheriff's who were at the prison on the days the plaintiff was there should sit as a defendant and let the jury decide their fate because of mistreatment. The above-entitled Motion should not be permitted.

RESPECTFULLY SUBMITTED THIS 30TH DAY OF OCTOBER, 2005.

_____ Alex Feinman, Plaintiff Pro Se

I, Alex Feinman, do certify that on the 30th of October, 2005, I served the foregoing on James W. Simpson, Jr., attorney for the Sheriff of Bristol County, defendant, by U.S. Mail.

_____ Alex Feinman, Plaintiff, Pro Se

(3)