UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 03-12301-GAO

ALEX FEINMAN,

        Plaintiff

v.

DOMINIC NICOLACI, ET AL.,

        Defendants

## NOTIFICATION OF CHANGE OF ADDRESS

TO THE CLERK OF COURTS:

Please note our firm's change of address, effective February 6, 2006:

Kopelman and Paige, P.C.
101 Arch Street
Boston, MA  02110-1109
(617) 556-0007
FAX (617) 654-1735

/s/ Katharine Goree Doyle
Katharine Goree Doyle (BBO# 634131)
Kopelman and Paige, P.C.
101 Arch Street
Boston, MA 02110-1109

## CERTIFICATE OF SERVICE

I, Katharine Goree Doyle, certify that the above document will be served by first-class mail upon any party or counsel of record who is not a registered participant of the Court's ECF system, upon notification by the Court of those individuals who will not be served electronically.
/s/Katharine Goree Doyle

273130/80000/0034

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-CV-11417-RCL

| |
|---|
| CHRISTOPHER C. BITTNER and CAROL BITTNER, <br><br>   Plaintiffs <br> v. <br><br> FRANK WILLIAMS, THEODORE A. SAULNIER, In His Capacity as CHIEF OF THE TISBURY POLICE DEPARTMENT, and THE TOWN OF TISBURY, <br><br>   Defendants |

## NOTIFICATION OF CHANGE OF ADDRESS

TO THE CLERK OF COURTS:

Please note our firm's change of address, effective February 6, 2006:

> Kopelman and Paige, P.C.
> 101 Arch Street
> Boston, MA  02110-1109
> (617) 556-0007
> FAX (617) 654-1735

> /s/ Katharine Goree Doyle
> Katharine Goree Doyle (BBO# 634131)
> Kopelman and Paige, P.C.
> 101 Arch Street
> Boston, MA 02110-1109

CERTIFICATE OF SERVICE

I, Katharine Goree Doyle, certify that the above document will be served by first-class mail upon any party or counsel of record who is not a registered participant of the Court's ECF system, upon notification by the Court of those individuals who will not be served electronically.
/s/Katharine Goree Doyle
273130/80000/0034

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

C.A. No. 03-10458-MEL

ANGELA M. CHIARA, TRUSTEE OF
ANGELA M. CHIARA TRUST, UDT 5/19/92
AND MATTHEW A. CHIARA,

    Plaintiffs

v.

CITY OF METHUEN, ET AL.

    Defendants

**NOTIFICATION OF CHANGE OF ADDRESS**

TO THE CLERK OF COURTS:

Please note our firm's change of address, effective February 6, 2006:

    Kopelman and Paige, P.C.
    101 Arch Street
    Boston, MA  02110-1109
    (617) 556-0007
    FAX (617) 654-1735

    /s/ Katharine Goree Doyle
    Katharine Goree Doyle (BBO# 634131)
    Kopelman and Paige, P.C.
    101 Arch Street
    Boston, MA 02110-1109

CERTIFICATE OF SERVICE

    I, Katharine Goree Doyle, certify that the above document will be served by first-class mail upon any party or counsel of record who is not a registered participant of the Court's ECF system, upon notification by the Court of those individuals who will not be served electronically.
/s/Katharine Goree Doyle
273130/80000/0034

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 03-11186-MEL

| |
|---|
| MICHAEL ELBERY, <br><br>           Plaintiff <br> v. <br><br> SGT. HECTOR SANCHEZ, CHIEF OF POLICE FRAMINGHAM - LARABEE, MIDDLESEX DISTRICT ATTORNEY – MARTHA COAKLEY, MIDDLESEX D.A. MATHEW HURLEY, PETER H. GEAR (a/k/a PETER GERSTEIN), DOLLY OLECKI, JAMES "J" REGAL, TONYA GORDON, ED MOHAMA ANANATACH, HUGH DAY, MOBIL OIL CORP., EXXON MOBIL STATION OPERATORS, INC., TOWN OF FRAMINGHAM, OFFICER JEANNETE DONES #234, OFFICER JOHN VIZAKIS, OFFICER JAMES ESPINOZA, SGT STEVE TRASK, OFF. CALVAO, OFFICER PETER GALVANI, SGT. BILL DELANEY, PAROLE SUPERVISOR – ROBERT MOYNIHAN, PAROLE – KAREN GATTY ROUKE, PICTURE GIRL – KAPLAN, WIZARD IN PICTURE, MASSACHUSETTS STATE POLICE X-TEAM, <br>           Defendants |

**NOTIFICATION OF CHANGE OF ADDRESS**

TO THE CLERK OF COURTS:

Please note our firm's change of address, effective February 6, 2006:

>Kopelman and Paige, P.C.
>101 Arch Street
>Boston, MA  02110-1109
>(617) 556-0007
>FAX (617) 654-1735

>/s/ Katharine Goree Doyle
>Katharine Goree Doyle (BBO# 634131)
>Kopelman and Paige, P.C.
>101 Arch Street
>Boston, MA 02110-1109

CERTIFICATE OF SERVICE

I, Katharine Goree Doyle, certify that the above document will be served by first-class mail upon any party or counsel of record who is not a registered participant of the Court's ECF system, upon notification by the Court of those individuals who will not be served electronically. /s/Katharine Goree Doyle

273130/80000/0034

UNITED STATES DISTRICT COURT
DISTRICT FOR MASSACHUSETTS

C.A. No. 02CV12003NMG

ROSEMARIE WALSH,

    Plaintiff

v.

TOWN OF LAKEVILLE, ET AL.,

    Defendant

## NOTIFICATION OF CHANGE OF ADDRESS

TO THE CLERK OF COURTS:

Please note our firm's change of address, effective February 6, 2006:

> Kopelman and Paige, P.C.
> 101 Arch Street
> Boston, MA  02110-1109
> (617) 556-0007
> FAX (617) 654-1735

> /s/ Katharine Goree Doyle
> Katharine Goree Doyle (BBO# 634131)
> Kopelman and Paige, P.C.
> 101 Arch Street
> Boston, MA 02110-1109

### CERTIFICATE OF SERVICE

I, Katharine Goree Doyle, certify that the above document will be served by first-class mail upon any party or counsel of record who is not a registered participant of the Court's ECF system, upon notification by the Court of those individuals who will not be served electronically.
/s/Katharine Goree Doyle
273130/80000/0034