ORiginAl To Be Filed

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2006 MAR 29  P 1: 19
U.S. DISTRICT COURT
DISTRICT OF MASS.

ALEX FEINMAN,
    Plaintiff
v.                          Case No. 03-12301-GAO
DOMINIC NICOLACI, et al.
    Defendants

## MOTION TO SET ASIDE MAGISTRATE BOWLER'S RECOMMENDATION DATED MARCH 16, 2006.

I, Alex Feinman, Plaintiff, come before the Court as a citizen of this great country. I have as many rights as all citizens of this country. If everyone was a lawyer, who would pick up our trash or who would drive our buses? The only reason I filed pro se is because I do not have enough money for an attorney. My basic civil rights have been violated, just as the rights of other citizens in the past were violated. The government made sure the truth was disclosed in a fair and unbiased manner even though the citizens could not spell, write or read.

I state very emphatically that Magistrate Bowler is a disgrace to the Court. Every motion I have submitted to the Court was not answered or was denied. If I was late because of a justified reason, such as being hospitalized, she denied my motion for being two days late. If the defendants were late, their motions were accepted. My Motion to Amend and Enlarge my Complaint was denied because I was late. I did not even receive a copy of Magistrate Bowler's Answer dated March 15, 2006. I had to call the Clerk of the Court to find out what was going on with the case because I hadn't heard anything. He asked me if I received the Answer dated March 15, 2006, which I did not, and he sent a copy to me.

I have brought issues regarding this case to the Appellate Court so I am very serious about this ordeal.

I request this case be moved to Judge O'Toole for an open hearing regarding issues of Magistrate Bowler's comments and recommendations.

1. What relationship does Magistrate Bowler have with the sheriff's department and their attorney for her to strike them from my case? They openly admitted they considered me a drug user and using Methadone because of a drug habit which is completely wrong. I was prescribed Methadone by an Orthopedic Surgeon for pain control so I could have a quality of life and be able to function. To date, I take 550 mg of Methadone daily. The sheriff's department was giving me Motrin in place on Methadone. I never saw a doctor. My doctors will testify that they had called the sheriff's department but received no response from them. I could have died if I did not make bail. It is a shame that I must beg for my civil right to be heard in this Court. It is a shame there is such a glee club in the courthouse and if you are not one of them, you might as well go out and get hit by a bus because they could care less.

2. If the federal government had locked me up, how long do you think it would have been before having a court hearing? Do you think it would be before the decade is over? If I sound sarcastic it is because I am hurt and disgraced by the actions of Magistrate Bowler.

Submitted this 25th day of March, 2006 by:

_____ Alex Feinman, Pro Se

-2-

## CERTIFICATE OF SERVICE

I, Alex Feinman, Plaintiff Pro Se, do hereby certify I have mailed a copy of the foregoing to all defendants or their attorneys by U.S. Mail dated March 25, 2006.

_____ Alex Feinman, Pro Se