UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12301-GAO

ALEX FEINMAN,
Plaintiff,

v.

DOMINIC NICOLACI, et al.,
Defendants.

ORDER ON REPORT AND RECOMMENDATIONS
April 6, 2006

O'TOOLE, D.J.

The Magistrate Judge to whom this matter was referred has recommended that the plaintiff's motion to amend and enlarge the complaint (docket no. 127) be denied except as to Detective Richmond, and that the motion of the Defendant Sheriff for summary judgment (docket no. 132) be granted.

The plaintiff filed an objection to the latter recommendation. After review, I ADOPT the Report and Recommendation and ORDER that the motion to amend be DENIED except as to Detective Richmond and that the Sheriff's motion for summary judgment be GRANTED.

In addition to the plaintiff's filing, former defendant Chris Markey "objected" to the omission of his name from the list in footnote 1 of the Report of those persons who had once been named as defendants but, by reason of a prior order, were no longer. As the Report makes

1

clear (at pp. 9-10), the plaintiff's claim against Markey had previously been dismissed and the Magistrate Judge's recommendation is that the current motion to amend the complaint to add the claim back be denied. There is no ambiguity. There is no pending claim against Markey.

_April 6, 2006_
DATE

_/s/ George P. O'Toole_
DISTRICT JUDGE