UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12301-GAO

ALEX FEINMAN,
Plaintiff

v.

CHRISTOPHER RICHMOND, Acting as an officer of the law
and as an individual, and the
Acushnet Police Department,
Defendant, et al.

PLAINTIFF'S ANSWER TO DEFENDANT CHRISTOPHER RICHMOND'S
MOTION TO AMEND SCHEDULING ORDER AND ANSWER, AFFIRMATIVE
DEFENSES AND JURY DEMAND TO PLAINTIFF'S SECOND AMENDED
COMPLAINT

The plaintiff, Alex Feinman, read the answers from defendant, Christopher Richmond and his attorney. Mr. Richmond, as an individual and as a law enforcement agent, totally belittled the Court and the plaintiff with these answers regarding the plaintiff's Complaint. The law firm hired by the Town of Acushnet is bleeding the Town of Acushnet with their actions of delays and need for discovery. The plaintiff gave them an additional month to answer. It is time that Detective Richmond and others allow a jury to decide their innocence or their guilt without further delay. Detective Richmond should not be an officer of the law. The paper game and word game are over. Let's bring it to trial.

Respectfully submitted, Alex Feinman, Plaintiff, Pro Se

_____  Alex Feinman, Plaintiff Pro Se

June 30, 2006

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the aforementioned document was served upon Michael D Leedberg, Attorney for Defendant, Christopher Richmond and the Court by U.S. Mail on June 30, 2006.

_____ Alex Feinman, Plaintiff Pro Se