# EXHIBIT A

Case 1:03-cv-12301-GAO   Document 146-3   Filed 07/20/2006   Page 1 of 10

1601 Trapelo Road
Waltham, MA 02451


Gap Inc.

# Fax

| | | | |
|---|---|---|---|
| **To:** | Det Chris Richmond | **From:** | Bill Tessier |
| **Fax:** | 508 998 0201 | **Pages:** | 7 + Cover |
| **Phone:** | | **Date:** | 5/28/2003 |
| **Re:** | Fraudulent Charges | **CC:** | |

☐ Urgent    x For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

● **Comments:**

Chris –

Please review the attached documents. I have learned that the cardholder contacted the Texaco station @ 508 995 6646, to question the charges. An employee at the station stated that the charges were related to an L. Feinman.

The cardholder stated that Feinman was provided with the card number to pay for services performed in the Wrentham Gap store.

Also, Feinman has already filed a civil complaint in New Bedford District Court to collect an outstanding bill. Gap is named as a co-defendant in this matter.

If you have any questions or, would like additional information please contact me @ 617 794 9345


Thanks for your help!!

Bill Tessier

P.O. Box 57510
Salt Lake City, Utah 84157-0510

# Commercial Card Statement

**JPMorganChase**

US * 020075 JPMC   PAGE   2

| POST | TRAN | REFERENCE NUMBER | MERCHANT DESCRIPTION | AMOUNT | INDICATOR |
|---|---|---|---|---|---|

| 03/25 | 03/23 | 65427913083227400060084 | HOMEWOOD SUITES MAHWAH MAHWAH NJ | 1,081.12 | |

ARRIVAL   DEPARTURE   FOLIO         NO          ROOM
DATE      DATE        NUMBER        SHOW RATE   TAX
03/24/03  03/24/03    0000046354                0.00        0.00
TELEPHONE RESTAURANT  BAR/MINI-BAR  GIFT SHOP   LAUNDRY   OTHER   ADJUSTMENTS
0.00      0.00        0.00          0.00        0.00      0.00    0.00

| 03/28 | 03/27 | 60480773087200469701196 | PAYRUS OF BURLINGTON BURLINGTON MA | 23.21 | |

           --- SALES TAX ---   ------ALTERNATE TAX------
CUSTOMER CODE   IND    AMOUNT   IND    AMOUNT   TAX IDENTIFIER    DUTY AMOUNT    FREIGHT
                N             0.00           0.00                             0.00           0.00
- DESTINATION -  SHIP FROM                     MERCHANT
POSTAL CD   CTY   POSTAL CD   TYPE   POSTAL CODE   TAX ID   ST/CNTRY   REFERENCE NUMBER
            USA   01803       1000   0003270300   043609474   MA

| 03/31 | 03/27 | 68411173087087003524608 | BANANA REPUBLIC #8108 BURLINGTON MA | 70.00 | |
| 03/31 | 03/27 | 68411173087087023431800 | GAP #2211/THE       BURLINGTON MA | 70.00 | |
| 03/31 | 03/28 | 68434253087286310223917 | SPARTAN PAINT-SPLY SVS WOBURN MA | 4.42 | |

           --- SALES TAX ---   ------ALTERNATE TAX------
CUSTOMER CODE   IND    AMOUNT   IND    AMOUNT   TAX IDENTIFIER    DUTY AMOUNT    FREIGHT
                IND          0.00           0.00                              0.00           0.00
- DESTINATION -  SHIP FROM                     MERCHANT
POSTAL CD   CTY   POSTAL CD   TYPE   POSTAL CODE   TAX ID   ST/CNTRY   REFERENCE NUMBER
            USA   01801       1000   0003280300   042484239   MA

| 03/31 | 03/28 | 65427913089227400110180 | HOMEWOOD SUITES MAHWAH MAHWAH NJ | 1,432.00 | |

ARRIVAL   DEPARTURE   FOLIO         NO          ROOM
DATE      DATE        NUMBER        SHOW RATE   TAX
03/29/03  03/29/03    0000047120                0.00        0.00
TELEPHONE RESTAURANT  BAR/MINI-BAR  GIFT SHOP   LAUNDRY   OTHER   ADJUSTMENTS
0.00      0.00        0.00          0.00        0.00      0.00    0.00

| 03/31 | 03/28 | 68499673088646000001739 | BROOKS PHARM 578    WALTHAM MA | 10.79 | |

           --- SALES TAX ---   ------ALTERNATE TAX------
CUSTOMER CODE   IND    AMOUNT   IND    AMOUNT   TAX IDENTIFIER    DUTY AMOUNT    FREIGHT
                IND          0.00           0.00                              0.00           0.00
- DESTINATION -  SHIP FROM                     MERCHANT
POSTAL CD   CTY   POSTAL CD   TYPE   POSTAL CODE   TAX ID   ST/CNTRY   REFERENCE NUMBER
            USA   02930       1000   0003280300   042960844   MA

| 03/31 | 03/28 | 60541863088004062049398 | STAPLES #36         WALTHAM MA | 34.08 | |

           --- SALES TAX ---   ------ALTERNATE TAX------
CUSTOMER CODE   IND    AMOUNT   IND    AMOUNT   TAX IDENTIFIER    DUTY AMOUNT    FREIGHT
000626432       Y           1.62           0.00                              0.00           0.00
- DESTINATION -  SHIP FROM                     MERCHANT
POSTAL CD   CTY   POSTAL CD   TYPE   POSTAL CODE   TAX ID   ST/CNTRY   REFERENCE NUMBER
            02154         1119   02154            042896127   MA

| 03/31 | 03/28 | 60541863088004062049034 | STAPLES #36         WALTHAM MA | 3.66 | |

           --- SALES TAX ---   ------ALTERNATE TAX------
CUSTOMER CODE   IND    AMOUNT   IND    AMOUNT   TAX IDENTIFIER    DUTY AMOUNT    FREIGHT
000626302       Y           0.17           0.00                              0.00           0.00
- DESTINATION -  SHIP FROM                     MERCHANT
POSTAL CD   CTY   POSTAL CD   TYPE   POSTAL CODE   TAX ID   ST/CNTRY   REFERENCE NUMBER
            02154         1119   02154            042896127   MA

*Customized Technology... Personalized Solutions*

JPMC-B                                                                CONTINUED

P.O. Box 5[...]
Salt Lake City, Utah 84157-0510

# Commercial Card Statement

**JPMorganChase**

US = 020075 JPMC    PAGE    3

| POST | TRAN | REFERENCE NUMBER | MERCHANT DESCRIPTION | | | AMOUNT | NOTATIONS |
|---|---|---|---|---|---|---|---|
| 03/31 | 03/29 | 68450933089504068046167 | MAGAZANIA.COM INC | TEL8774560511 | SD | 9.95 | |

    --- SALES TAX ---   ---------ALTERNATE TAX ---------
  CUSTOMER CODE    IND    AMOUNT  IND    AMOUNT  TAX IDENTIFIER    DUTY AMOUNT    FREIGHT
  00000010485224484            0.00          0.00                         0.00         0.00
  - DESTINATION -  SHIP FROM                         --- MERCHANT ---
  POSTAL CD  CTY  POSTAL CD    TYPE  POSTAL CODE  TAX ID    ST/CNTRY  REFERENCE NUMBER
  000000000       57105                 57105      503500250    SD

| 04/02 | 04/01 | 68432863091000679061719 | FAST CO. MEDIA GROUP | 800-542-6029 | FL | 12.00 | |
| 04/02 | 04/01 | 68410203091980135351918 | REBECCAS CAFE #13 | BOSTON | MA | 72.49 | |

    --- SALES TAX ---   ---------ALTERNATE TAX ---------
  CUSTOMER CODE    IND    AMOUNT  IND    AMOUNT  TAX IDENTIFIER    DUTY AMOUNT    FREIGHT
  721313          Y       0.00          0.00                         0.00         0.00
  - DESTINATION -  SHIP FROM                         --- MERCHANT ---
  POSTAL CD  CTY  POSTAL CD    TYPE  POSTAL CODE  TAX ID    ST/CNTRY  REFERENCE NUMBER
                                     02210      043011224    MA

| 04/02 | 04/02 | 68432863092000738877187 | BN *BARNESANDNOBLE.COM | 800-843-2665 | NJ | 64.80 | |
| 04/03 | 04/01 | 65427913092226400150027 | HOMEWOOD SUITES MAHWAH | MAHWAH | NJ | 901.34 | |

  ARRIVAL    DEPARTURE  FOLIO     NO      ------ ROOM ------
  DATE       DATE       NUMBER     SHOW   RATE     TAX
  04/03/03  04/02/03  0000045354               0.00     0.00
  TELEPHONE  RESTAURANT  BAR/MINI-BAR  GIFT SHOP  LAUNDRY    OTHER    ADJUSTMENTS
  0.00       0.00       0.00         0.00      0.00      0.00      0.00

| 04/03 | 04/02 | 68432863092000782944453 | ART.COM* | 800-95ALLWA | NC | 58.98 | |
| 04/04 | 04/02 | 60428143093980768423812 | BIG PICTURE FRAMING | NEEDHAM HEIGH | MA | 164.20 | |

    --- SALES TAX ---   ---------ALTERNATE TAX ---------
  CUSTOMER CODE    IND    AMOUNT  IND    AMOUNT  TAX IDENTIFIER    DUTY AMOUNT    FREIGHT
                   Y       0.00          0.00                         0.00         0.00
  - DESTINATION -  SHIP FROM                         --- MERCHANT ---
  POSTAL CD  CTY  POSTAL CD    TYPE  POSTAL CODE  TAX ID    ST/CNTRY  REFERENCE NUMBER
                               10    02494      043519490    MA

| 04/04 | 04/03 | 65410203093980135352647 | REBECCAS CAFE #13 | BOSTON | MA | 72.49 | |

    --- SALES TAX ---   ---------ALTERNATE TAX ---------
  CUSTOMER CODE    IND    AMOUNT  IND    AMOUNT  TAX IDENTIFIER    DUTY AMOUNT    FREIGHT
                   Y       0.00          0.00                         0.00         0.00
  - DESTINATION -  SHIP FROM                         --- MERCHANT ---
  POSTAL CD  CTY  POSTAL CD    TYPE  POSTAL CODE  TAX ID    ST/CNTRY  REFERENCE NUMBER
                                   02210      043011224    MA

| 04/08 | 04/07 | 68458173098120984477726 | ELITE TRANSPORTATION | PEACHTREE CIT | GA | 56.00 | |

    --- SALES TAX ---   ---------ALTERNATE TAX ---------
  CUSTOMER CODE    IND    AMOUNT  IND    AMOUNT  TAX IDENTIFIER    DUTY AMOUNT    FREIGHT
                           0.00          0.00                         0.00         0.00
  - DESTINATION -  SHIP FROM                         --- MERCHANT ---
  POSTAL CD  CTY  POSTAL CD    TYPE  POSTAL CODE  TAX ID    ST/CNTRY  REFERENCE NUMBER
                             3000  30269      278662105    GA

| 04/09 | 04/08 | 68410203098980135350418 | REBECCAS CAFE #13 | BOSTON | MA | 72.49- | |

    --- SALES TAX ---   ---------ALTERNATE TAX ---------
  CUSTOMER CODE    IND    AMOUNT  IND    AMOUNT  TAX IDENTIFIER    DUTY AMOUNT    FREIGHT
                   Y       0.00          0.00                         0.00         0.00
  - DESTINATION -  SHIP FROM                         --- MERCHANT ---
  POSTAL CD  CTY  POSTAL CD    TYPE  POSTAL CODE  TAX ID    ST/CNTRY  REFERENCE NUMBER
                                   02210      043011224    MA

*Customized Technology ... Personalized Solutions*

JPMC-B

CONTINUED

P.O. Box 57510
Salt Lake City, Utah 84157-0510

# Commercial Card Statement

**JPMorganChase**

US = 020075 JPMC    PAGE   4

| DAT | TRAN | REFERENCE NUMBER | MERCHANT DESCRIPTION | | AMOUNT | |
|---|---|---|---|---|---|---|
| 04/10 | 04/08 | 6848107308814391190033 | LLOYD S MARKET, INC   ROCHESTER | MA | 730.80 | |

  --- SALES TAX ---        ----------ALTERNATE TAX-----------
  CUSTOMER CODE   IND      AMOUNT   IND    AMOUNT   TAX IDENTIFIER       DUTY AMOUNT         FREIGHT
                           0.00            0.00                           0.00               0.00
  - DESTINATION -  SHIP FROM  --------------------- MERCHANT ---------------------
  POSTAL CD   CTY  POSTAL CD   TYPE  POSTAL CODE   TAX ID     ST/CNTRY  REFERENCE NUMBER
                               1000   02770        024800985  MA

*508-763-8683*

| 04/11 | 04/09 | 67432863100000218480553 | TEXACO INC 11692220345 ACUSHNET | MA | 500.00 | |

  --- SALES TAX ---        ----------ALTERNATE TAX-----------
  CUSTOMER CODE   IND      AMOUNT   IND    AMOUNT   TAX IDENTIFIER       DUTY AMOUNT         FREIGHT
                           0.00            0.00                           0.00               0.00
  - DESTINATION -  SHIP FROM  --------------------- MERCHANT ---------------------
  POSTAL CD   CTY  POSTAL CD   TYPE  POSTAL CODE   TAX ID     ST/CNTRY  REFERENCE NUMBER
                               1000   02743        83-0230188 MA

*go to local police dept*
*508.998.0240*

| 04/11 | 04/09 | 67432863100000218480561 | TEXACO INC 11692220345 ACUSHNET | MA | 500.00 | |

  --- SALES TAX ---        ----------ALTERNATE TAX-----------
  CUSTOMER CODE   IND      AMOUNT   IND    AMOUNT   TAX IDENTIFIER       DUTY AMOUNT         FREIGHT
                           0.00            0.00                           0.00               0.00
  - DESTINATION -  SHIP FROM  --------------------- MERCHANT ---------------------
  POSTAL CD   CTY  POSTAL CD   TYPE  POSTAL CODE   TAX ID     ST/CNTRY  REFERENCE NUMBER
                               1000   02743        83-0230188 MA

| 04/11 | 04/09 | 67432863100000218480579 | TEXACO INC 11692220345 ACUSHNET | MA | 500.00 | |

  --- SALES TAX ---        ----------ALTERNATE TAX-----------
  CUSTOMER CODE   IND      AMOUNT   IND    AMOUNT   TAX IDENTIFIER       DUTY AMOUNT         FREIGHT
                           0.00            0.00                           0.00               0.00
  - DESTINATION -  SHIP FROM  --------------------- MERCHANT ---------------------
  POSTAL CD   CTY  POSTAL CD   TYPE  POSTAL CODE   TAX ID     ST/CNTRY  REFERENCE NUMBER
                               1000   02743        83-0230188 MA

| 04/11 | 04/09 | 67432863100000218480587 | TEXACO INC 11692220345 ACUSHNET | MA | 500.00 | |

  --- SALES TAX ---        ----------ALTERNATE TAX-----------
  CUSTOMER CODE   IND      AMOUNT   IND    AMOUNT   TAX IDENTIFIER       DUTY AMOUNT         FREIGHT
                           0.00            0.00                           0.00               0.00
  - DESTINATION -  SHIP FROM  --------------------- MERCHANT ---------------------
  POSTAL CD   CTY  POSTAL CD   TYPE  POSTAL CODE   TAX ID     ST/CNTRY  REFERENCE NUMBER
                               1000   02743        83-0230188 MA

| 04/11 | 04/09 | 67432863100000218480595 | TEXACO INC 11692220345 ACUSHNET | MA | 500.00 | |

  --- SALES TAX ---        ----------ALTERNATE TAX-----------
  CUSTOMER CODE   IND      AMOUNT   IND    AMOUNT   TAX IDENTIFIER       DUTY AMOUNT         FREIGHT
                           0.00            0.00                           0.00               0.00
  - DESTINATION -  SHIP FROM  --------------------- MERCHANT ---------------------
  POSTAL CD   CTY  POSTAL CD   TYPE  POSTAL CODE   TAX ID     ST/CNTRY  REFERENCE NUMBER
                               1000   02743        83-0230188 MA

| 04/11 | 04/09 | 67432863100000218480603 | TEXACO INC 11692220345 ACUSHNET | MA | 500.00 | |

  --- SALES TAX ---        ----------ALTERNATE TAX-----------
  CUSTOMER CODE   IND      AMOUNT   IND    AMOUNT   TAX IDENTIFIER       DUTY AMOUNT         FREIGHT
                           0.00            0.00                           0.00               0.00
  - DESTINATION -  SHIP FROM  --------------------- MERCHANT ---------------------
  POSTAL CD   CTY  POSTAL CD   TYPE  POSTAL CODE   TAX ID     ST/CNTRY  REFERENCE NUMBER
                               1000   02743        83-0230188 MA

*Serv 1-11155120-1*

*L. Feiman Stephanie or Alex*
*508-763-3947*

*508.995-6646 Feiman*

IPMC-B

*Customized Technology ... Personalized Solutions*
CONTINUED

MAY 26 2003 11:51 FR GMI BOSTON [illegible]
P.O. Box 57710
Salt Lake City, Utah 84157-0510

# Commercial Card Statement

**JPMorganChase**

US = 020075 JPMC   PAGE   5

| POST | TRAN | REFERENCE NUMBER | MERCHANT DESCRIPTION | AMOUNT | ANNOTATIONS |
|---|---|---|---|---|---|

04/14  04/11  68434253101200488952013  BOSTON EQUIP & SPPLY C  SALEM   NH   2,000.00

```
                --- SALES TAX ---   ------ALTERNATE TAX ------
CUSTOMER CODE    IND      AMOUNT   IND     AMOUNT   TAX IDENTIFIER    DUTY AMOUNT    FREIGHT
                          0.00             0.00                       0.00           0.00
- DESTINATION -  SHIP FROM                       ---- MERCHANT ----
POSTAL CD   CTY  POSTAL CD   TYPE  POSTAL CODE   TAX ID      ST/CNTRY   REFERENCE NUMBER
            USA  03079        2000  0020000016   020424490   NH
```

04/14  04/10  68450933101504068577611  MAGAZANIA.COM INC   SIOUX FALLS   SD   9.95-

```
                --- SALES TAX ---   ------ALTERNATE TAX ------
CUSTOMER CODE    IND      AMOUNT   IND     AMOUNT   TAX IDENTIFIER    DUTY AMOUNT    FREIGHT
                          0.00             0.00                       0.00           0.00
- DESTINATION -  SHIP FROM                       ---- MERCHANT ----
POSTAL CD   CTY  POSTAL CD   TYPE  POSTAL CODE   TAX ID      ST/CNTRY   REFERENCE NUMBER
                              57106             5035002B0    SD
```

04/15  04/14  68434253104286310223209  SPARTAN PAINT-SPLY SVS WOBURN   MA   18.10

```
                --- SALES TAX ---   ------ALTERNATE TAX ------
CUSTOMER CODE    IND      AMOUNT   IND     AMOUNT   TAX IDENTIFIER    DUTY AMOUNT    FREIGHT
                          0.00             0.00                       0.00           0.00
- DESTINATION -  SHIP FROM                       ---- MERCHANT ----
POSTAL CD   CTY  POSTAL CD   TYPE  POSTAL CODE   TAX ID      ST/CNTRY   REFERENCE NUMBER
            USA  01801       1000  0000181016    042484239   MA
```

------------------ PAYMENTS, ADJUSTMENTS AND OTHERS ------------------

03/24  03/24  75478593083021063590981  WIRE PAYMENT                              13,456.95-

*Customized Technology ... Personalized Solutions*

JPMC-6                                                                   LAST PAGE



5/23/2003

## JP MORGAN CHASE
## AFFIDAVIT OF CREDIT CARD FRAUD

I, Sherri McInnis _____, certify that my aforementioned credit card/account number (5478990000103816) was stolen on _____ and used without my authorization.

I last used this card on _____, in the city of _____
state of _____ at the merchant _____
for the dollar amount of _____.

I certify that the following transactions were not made nor authorized by me:

| post date | tran date | merchant name | amount |
|-----------|-----------|---------------|--------|
| 04102003  | 04082003  | LLOYD S MARKET, INC ROCHE | 730.80 |
| 04112003  | 04092003  | TEXACO INC 11692220345 AC | 500.00 |
| 04112003  | 04092003  | TEXACO INC 11692220345 AC | 500.00 |
| 04112003  | 04092003  | TEXACO INC 11692220345 AC | 500.00 |
| 04112003  | 04092003  | TEXACO INC 11692220345 AC | 500.00 |
| 04112003  | 04092003  | TEXACO INC 11692220345 AC | 500.00 |
| 04112003  | 04092003  | TEXACO INC 11692220345 AC | 500.00 |
| 04142003  | 04112003  | BOSTON EQUIP & SPPLY C SA | 2000.00 |

I hereby authorize you to release any information concerning the fraudulent use of my credit card account to any local, state, or federal investigative agency or department.

I declare under penalty of perjury that the aforementioned is true and correct.

Police Report # _____

Police Department _____   phone: _____

_____   _____
Cardholder Signature           date

*Please list any other unauthorized transactions not referenced above on a separate sheet.



**JP Morgan Chase**
Suite 500
3949 South 700 East
SLC, Utah 84107

SHERRI MCINNIS
GAP, INC.
RESEVOIR PLACE 2
1601 TRAPELO RD 3RD FLR
WALTHAM, MA 024517333

RE: Account 54789900000103816

5/23/2003

Dear SHERRI MCINNIS:

Enclosed you will find an affidavit of un-authorized use referencing the fraudulent charges on your aforementioned credit card. Please complete this form and return it to my attention at the address listed above, enclosing a copy of your current driver's license, to initiate an investigation on your behalf. **Please include your original credit card if it is still in your possession.**

We must receive your response within **15 business days** or we will assume the transactions are valid and will be included in your account balance.

If you have any further questions or require additional assistance, please do not hesitate to call me directly at 888-307-2990.

Patricia Anguiano
Patricia Anguiano
Fraud Investigator

P.O. Box 57~~~~
Salt Lake City, Utah 84157-0510

# Commercial Card Statement

**JPMorganChase**

| ACCOUNT NUMBER | BILLING DATE | DUE DATE | TOTAL AMOUNT DUE | DAYS IN BILL CYCLE |
|---|---|---|---|---|
| 5478 9900 0010 3816 | 04/15/03 | 05/12/03 | $20,749.36 | |

US JPMC CC03 YY * 020075 S 1
MDG2003 00015161  2 MB  0534 09231S

Please make check payable to:

COMMERCIAL CARD SERVICES
P.O. BOX 78970
PHOENIX, AZ  85062-8970

SHERRI R MCINNIS
GAP, INC.
RESEVOIR PLACE 2
1601 TRAPELO RD  3RD FLR
WALTHAM                  MA 02451-7333
                                015161

0000020749360000020749365478990000103816

US * 020075 JPMC    PAGE 1

| ACCOUNT NUMBER | BILLING DATE | DUE DATE | CREDIT LIMIT | AVAILABLE CREDIT | CASH LIMIT | CASH AVAILABLE |
|---|---|---|---|---|---|---|
| 5478 9900 0010 3816 | 04/15/03 | 05/12/03 | 25,000 | 4,250.64 | 500 | 500.00 |

| POST DATE | TRAN DATE | REFERENCE NUMBER | DESCRIPTION | | | AMOUNT | |
|---|---|---|---|---|---|---|---|
| 03/17 | 03/13 | 69427913073027400960018 | HOMEWOOD SUITES MAHWAH MAHWAH | | NJ | 1,074.00 | ✓ |

ARRIVAL    DEPARTURE   FOLIO        NO         ------- ROOM --------
DATE       DATE        NUMBER       SHOW RATE         TAX
11/09/02   03/13/03    0000047120              0.00          0.00
TELEPHONE  RESTAURANT  BAR/MINI-BAR  GIFT SHOP  LAUNDRY  OTHER  ADJUSTMENTS
0.00       0.00        0.00          0.00       0.00     0.00   0.00

| 03/20 | 03/19 | 67410203078980135585233 | REBECCAS CAFE #1  BOSTON | MA | 49.98 | ✓ |

------ SALES TAX ------   ----------- ALTERNATE TAX ------------
CUSTOMER CODE -    IND      AMOUNT    IND    AMOUNT   TAX IDENTIFIER    DUTY AMOUNT    FREIGHT
721363             Y        0.00              0.00                      0.00           0.00
- DESTINATION -    SHIP FROM                    ----------- MERCHANT -----------
POSTAL CD   CTY    POSTAL CD    TYPE   POSTAL CODE   TAX ID     ST/CNTRY  REFERENCE NUMBER
                                10     02210         043011224  MA

| 03/24 | 03/20 | 69427913080026400300013 | HOMEWOOD SUITES MAHWAH MAHWAH | NJ | 1,253.00 | ✓ |

ARRIVAL    DEPARTURE   FOLIO        NO         ------- ROOM --------
DATE       DATE        NUMBER       SHOW RATE         TAX
11/09/02   11/09/02    0000047120              0.00          0.00
TELEPHONE  RESTAURANT  BAR/MINI-BAR  GIFT SHOP  LAUNDRY  OTHER  ADJUSTMENTS
0.00       0.00        0.00          0.00       0.00     0.00   0.00

| 03/24 | 03/22 | 69427913082025400330363 | SHERATON HOTEL CROSSRD MAHWAH | NJ | 838.07 | ✓ |

ARRIVAL    DEPARTURE   FOLIO        NO         ------- ROOM --------
DATE       DATE        NUMBER       SHOW RATE         TAX
03/17/03   03/17/03    337767                  0.00          0.00
TELEPHONE  RESTAURANT  BAR/MINI-BAR  GIFT SHOP  LAUNDRY  OTHER  ADJUSTMENTS
0.00       0.00        0.00          0.00       0.00     0.00   0.00

| AVERAGE DAILY BALANCE | MONTHLY PERIODIC RATE | ANNUAL PERCENTAGE RATE | | | | |
|---|---|---|---|---|---|---|
| PURCHASES: 17,904.30 | 0.0000% | 0.00% | 0.00% | PREVIOUS BALANCE | | 21,173.27 |
| | | | NUMBER OF DAYS IN THIS BILLING CYCLE 32 | PURCHASES | + | 13,115.48 |
| | | | | CASH ADVANCES | + | 0.00 |
| | | | | CREDITS | - | 62.44- |
| | | | NEW CASH ADVANCES 0.00 | PAYMENTS | - | 13,456.95- |
| CASH ADVANCES: 0.00 | 0.0000% | 0.00% | | OTHER CHARGES | + | 0.00 |
| | | | | FINANCE CHARGE | + | 0.00 |
| | | | CASH ADVANCE FEE 0.00 | NEW BALANCE | = | 20,749.36 |

CURRENT PAYMENT DUE   12,115.48   PAST DUE AMOUNT        TOTAL AMOUNT DUE   20,749.36

*Customized Technology... Personalized Solutions*

JPMC-A                                                                    CONTINUED



Gap
Banana Republic
Old Navy

Reservoir Place Two
1601 Trapelo Road
Waltham, MA 02451
781 839-8700 tel

May 29, 2003

To Whom It May Concern:

Re: Statement Docket 032003

On April 14, 2003; I authorized L. Feinman to charge $730.80 on my corporate credit card # 5478 9900 0010 3816 to pay invoice #30738, dated 3-10-2003 for work done at Gap Outlet Store #7734 at the Wrentham Outlet Shopping Center. At no time was authorization given for other charges to be applied to my card. I have never seen the original authorized charge on my statement.

I recently received my credit card statement and the following unauthorized charges were on my card:

| | |
|---|---|
| Texaco | $500.00 |
| Texaco | $500.00 |
| Texaco | $500.00 |
| Texaco | $500.00 |
| Texaco | $500.00 |
| Texaco | $500.00 |
| Lloyd's Market | $730.80 |
| Boston Supply | $2000.00 |
| **Total** | **$5730.80** |

Once I verified these charges as being unauthorized I immediately contacted Gap, Inc Corporate Credit Card company's (JP Morgan Chase) fraud division to report this and cancel my card. There is no fraud investigation number, but the contact there is Patricia Anguiano telephone number 888-307-2990. A police report was also filed, that number is 03-168-of, the detective on the case is Detective Chris Richmond of the Acushnet, MA police department.

Attached please find a copy of the credit card statement, the police report and the fraud investigation report.

Sincerely,

Sherri McInnis