# EXHIBIT C

On Wednesday, May 27, 2003 I spoke with Bill Tessier of the GAP corporate security department. He wanted to report fraudulent charges made in Acushnet on a GAP corporate credit card. Tessier explained that on April 9, 2003, six (6) charges for $500. each were made on a corporate JP Morgan Chase MasterCard (acct# 5478990000103816) belonging belonging to GAP executive Sherri McInnis. The transactions were made at the Parting Ways Texaco Service Station, 121 Main St, Acushnet. The charges posted on the account on 4/11/03.

On Thursday, May 28, 2003, I spoke with George Pimental, owner of the Parting Ways Texaco Station. I asked about the charges in question. Mr Pimental recalled the transactions involved L. Feinman and Sons maintenance and repair business based out of 1267 Main St, Acushnet. Mr Pimental stated that the business owed him over $3000. for fueling their vehicles. On 4/9/2003, Mr Pimental spoke with an L. Feinman and Sons employee he knows only as Stephanie to settle up the outstanding bill. Stephanie gave Mr Pimental the credit card number over the telephone and told him to charge $3000. to the account. Mr Pimental asked about the card number. Stephanie told him that the card number belonged to a vendor who had authorized L. Feinman and Sons to use the card. She said that owner Alex Feinman authorized the transaction because the vendor owed the business money. She added that the vendor was aware the transaction was taking place. Mr Pimental then put through the transactions in question.

I later spoke with Bill Tessier of the GAP corp. He confirmed that his company had retained L. Feinman and Sons to due work . The credit card number in question was supplied by the card holder, Sherri McInnis, to L. Feinman and Sons for payment for $730.80 of work performed in the GAP's Wrentham, MA store. Tessier assured me that McInnis had not authorized the $3000. transaction in Acushnet nor the approximately other $2700. in transactions made elsewhere in the state.

On June 11, 2003, I made contact with Stephanie Palmer of L. Feinman and Sons. She was the person Mr Pimental conducted the transactions in question with. She agreed to meet me at the Acushnet Police Station when she got out of work at 5PM. At approximately 1:30PM, I was notified that Ms Palmer *and* Alex Feinman were in the station to speak with me.

I first spoke with Ms Palmer. She confirmed that she had given Mr Pimental the credit card number from the GAP at Alex Feinman's direction. Ms Palmer stated that the GAP Inc owes L. Feinman and Sons in excess of $6000. for services performed throughout stores from New Jersey to Massachusetts. The $3000. in transactions put through Parting Ways Texaco Station in Acushnet on 4/9/03 was an attempt to collect what the GAP owes L Feinman and Sons and also to pay down the amount L. Feinman and Sons owed the Texaco station for fuel. Ms Palmer added that GAP executive Sherri McInnis was well aware of these transactions and was forwarded invoices indicating same.

I then spoke with Mr Feinman at his request. He provided me with numerous copies of invoices, small claims court proceedings, and other documents claiming the GAP Inc owed L. Feinman and Sons nearly $12,000. He confirmed that he had received the GAP credit card number to use as payment for the job done in the Wrentham store. Since he had no way to charge the GAP credit card account on behalf of his business, the credit card number was used to make a $730.80 payment on an L. Feinman and Sons bill at Lloyd's Market in Rochester. The $3000. in charges at the Texaco station and the additional $2000. in charges made elsewhere were an attempt to collect on money the GAP Inc. owes L. Feinman and Sons for work performed in other stores owned by GAP Inc . Mr Feinman added that he has conducted similar transactions with credit card

numbers provided to him from the Burger King corporation.

On Wednesday, 6/24/03, at approximately 12PM, I met with Sherri McInniss, Regional Assistant with GAP Inc at their regional office in Waltham, MA. Ms McInniss confirmed that L. Feinman and Sons had installed a high pressure toilet at a cost of $730.80 in the GAP outlet store in Wrentham in March 2003. Shortly there after, representatives from L. Feinman and Sons began calling the regional office and pressing for payment. Ms McInniss stated they were informed numerous times that payment for subcontractor services was handled out of the corporate office. After numerous telephone calls, Ms McInniss provided her corporate MasterCard number to Feinman and Sons to pay the $730.80 Wrentham bill. When Ms. Mcinniss received her MasterCard statement at the end of May 2003, no charges for L. Feinman and Sons were listed. There were charges listed for $730.80 at Lloyd's Market in Rochester made on 4/8/03, six (6) $500. charges at Texaco Inc in Acushnet on 4/9/03, and a $2000. charge at Boston Equipment on 4/11/03 in Salem.

Ms McInniss maintains that at no time did she authorize Alex Feinman or anyone from L. Feinman and Sons to charge any more that the $730.80 for the Wrentham job.

On 10/21/03, after a conversation with ADA Chris Markey, I contacted Bill Tessier of the GAP corp. Mr. Tessier stated that he and the GAP were still interested in pursuing criminal charges against Mr Feinman.

Alex Feinman has a lengthy criminal history involving similar offenses. He has previously walked away from a federal lockup and has used numerous aliases upon arrest in the past. He has strong roots in the New Jersey and Philadelphia, Pennsylvania areas. Additionally, Alex Feinman and the L. Feinman & Sons business have been the sources of numerous similar borderline criminal complaints totaling tens of thousands of dollars over the past six months. Activity in and around their Acushnet office has decreased dramatically.

Based on the above, I request a warrant be issued for the arrest of Alex Feinman for the aforementioned charges.


Respectfully,

Detective Christopher R. Richmond
Acushnet Police