# EXHIBIT D

October 2, 1987
**Section:** LOCAL
**Edition:** FINAL
**Page:** B13

# N.J. MAN IS GUILTY IN BAD-CHECK CASE
*Jane M. Von Bergen, Inquirer Staff Writer*

**Alex Feinman**, the con man who created million-dollar empires out of phony financial paper, wanted to make one thing perfectly clear in Camden County Superior Court yesterday.

"I'm a smart enough criminal to know not to sign my own name," he told Superior Court Judge Mary Ellen Talbott. "If I was going to cheat or fraud, I wouldn't go for pennies, your honor."

And compared with his past, when the Blackwood, N.J., man sold $46 million in phony surety bonds to construction contractors in New Jersey, the $4,500 he stole by writing bad checks was, indeed, pennies.

But it was enough money for Talbott yesterday to send him back for another year at the federal penitentiary in Danbury, Conn., where he had been serving time for a violation of his parole on the previous financial scams.

**Feinman**, 38, most recently of the 1600 block of Charter Oak Road in Blackwood, admitted that he knew there was no money to cover the checks, but he said he thought that his boss would cover them. He wrote the checks to suppliers and employees in November and December 1985, while working as executive officer for the Philadelphia-based H.M.C. Recycling Corp.

Yesterday, through a plea bargain, he pleaded guilty to theft by deception.

"At one time," **Feinman** told the judge, "I was a bad fellow. I would say I was a heavy-duty, white-collar, paper criminal."

In fact, he said, when federal prosecutors in Philadelphia wanted to delve into the criminal world of an international counterfeit securities ring, "they copied my crime scenario."

The investigation, dubbed Operation Gallstone, resulted in 29 indictments in 1985, took three undercover FBI agents on a 3 1/2-year paper chase from Hong Kong to London and exposed a little-known international network of financial fraud.

**Feinman**, while in prison in Allenwood, Pa., and also while on the streets, acted as a criminal consultant and undercover informant in Operation Gallstone. He helped the federal prosecutors negotiate their way through the international labyrinth of stolen securities.

His cooperation came in 1980 after a state grand jury in New Jersey returned an 80-count indictment against **Feinman** and a federal Philadelphia grand jury indicted him on 21 counts.

In both cases, the charges involved various forms of fraud pertaining to the insurance business, the sale of $46 million worth of phony surety bonds in New Jersey and an equally large scam pulled off from offices on Walnut Street in Philadelphia.

"It was one of the major crimes of insurance fraud," **Feinman** told Talbott yesterday.

Five years later, in 1985, **Feinman** had finished a stint in Allenwood and another stint in a halfway house in Camden. The former Moorestown man was employed at Cayuga Wrecking Co.

when his photo graced the front pages of newspapers in connection with news of Operation Gallstone in April 1985.

"It was a shock," he said. He lost his job.

He found another one with H.M.C. Recycling Corp., a Philadelphia-based company with ties to Ronald Raiton. Raiton disappeared into the federal witness-protection program in connection with narcotics prosecutions in Philadelphia.

Some court papers identify **Feinman** as an owner of the company. Hyman Perloff actually owned the company, **Feinman** said yesterday, although **Feinman**, as an executive officer, was empowered to sign checks.

It was those checks, written in November and December 1985 to employees and suppliers in Camden and Gloucester Counties, that bounced. **Feinman** said he made many of the checks good himself, drawing $40,000 or $50,000 from his own
funds. Yesterday, he promised to pay back the others.

Neither Perloff nor other officials of the H.M.C. Recycling Corp., listed at the 7100 block of Grays Avenue, could be reached for comment yesterday.

"We entered into this plea bargain to wash our hands of it," said Assistant Camden County Prosecutor Peter Burcat yesterday. "To say the least, Mr. **Feinman** is not an honest man." He even cheated his last lawyer, Burcat said.

"Whatever he was then, he is not the same type of person now," said **Feinman**'s lawyer, Samuel Bullock, adding that he got his fee in cash.

As part of yesterday's plea agreement, an indictment charging him with possession of 5.5 grams of methamphetamine in Winslow Township, where he was stopped driving a 1985 Jaguar, were dropped.

Even though **Feinman** has relatively little time to spend in prison, he faces other problems. He owes the Internal Revenue Service $511,888, and he may owe prison officials more time. He has yet to be indicted for walking away from the minimum-security facility at Danbury in January, according to Danbury Camp Administrator Lee Enzor.

Nonetheless, **Feinman** has plans for the future. Yesterday, the twice- divorced, balding man, dressed in the standard baggy orange prison jumpsuit, asked Talbott to marry him.

She smiled, but refused: "I'm unalterably opposed to marriage for someone incarcerated." But she wished him luck and said she hoped he could find his way out of the "web" of trouble woven by his history of fraud.

"I do recognize you are an intelligent person," she said. "Unfortunately, you used that intelligence in the wrong way."



---

Copyright (c) 1987 The Philadelphia Inquirer

| | |
|---|---|
| Subj: | did you get this? |
| Date: | 06/22/2003 3:01:06 PM Pacific Daylight Time |
| From: | ~~redacted~~ |
| To: | ~~redacted~~ |

Sent from the Internet (Details)

Marc,

If you get this, print it and bring it in for me. Our printer is down.

EX-INFORMANT IS SENTENCED
TO 3 YEARS ON FRAUD COUNTS

**Alex Feinman**, a con man and former government informant, was sentenced yesterday to three years in prison for submitting fraudulent surety bonds on demolition contracts to the city, a construction company and to the Chester Redevelopment Authority.

**Feinman**, 39, formerly of Jenkintown and South Jersey, pleaded guilty last month to four counts of mail fraud and one count of wire fraud. Assistant U.S. Attorney Walter S. Batty Jr. said **Feinman** was paroled in 1984 after serving a prison sentence for a similar scheme.

In 1980, **Feinman** began working as an informant in Operation Gallstone, an FBI investigation into counterfeit securities that resulted in 29 indictments in 1985. At the sentencing yesterday, the government stated that **Feinman** was cooperating in three other federal investigations. U.S. District Judge Louis C. Bechtle imposed a three-year probation, to follow the prison sentence.

EX-GOVERNMENT INFORMANT

IS INDICTED ON FRAUD CHARGES

**Alex Feinman**, a con man and former undercover informant for the government, was indicted yesterday on charges of submitting fraudulent surety bonds on three demolition contracts to the city, a construction company and to the Chester, Delaware County, Redevelopment Authority.

**Feinman**, 38, formerly of Jenkintown and South Jersey, was charged with four counts of mail fraud and one count of wire fraud. Assistant U.S. Attorney Walter S. Batty Jr. said that **Feinman** was paroled in 1984 after serving a prison sentence in connection with a similar scheme.

In 1980, **Feinman** began working as an undercover informant in Operation Gallstone, an FBI investigation into counterfeit securities that resulted in 29 indictments in 1985. If convicted of the new federal charges, **Feinman** could be sentenced to up to 27 years in prison and ordered to pay a $500,000 fine.

**Philadelphia Inquirer, The (PA)**

Monday, June 23, 2003 America Online: Grumpycoach55

Philadelphia Inquirer, The (PA)

April 25, 1985
Section: LOCAL
Edition: FINAL
Page: A01

# SEARCH FOR FINANCIAL 'MAGIC' LED CON MEN INTO FBI WEB

*Tim Weiner, Inquirer Staff Writer*

The telephone lines were humming up in Suite 900 at 1429 Walnut St. in the summer of 1979. A criminal alchemy was in the air. Two ingenious con men were making a crooked insurance company with no tangible assets disappear in Cherry Hill and reappear in Philadelphia, $115 million in the black.

John Valentine Goepfert, 50, a dapper insurance expert; **Alex Feinman**, 30, a balding Wunderkind of white-collar crime, and four of their colleagues buried the Somerset Insurance Co. after selling $46 million in phony surety bonds to construction contractors in New Jersey. Then they set up shop on Walnut Street under the name of Casualty & Indemnity Co. Ltd.

They needed what **Feinman** called "a little magic" to get C&I off the ground. At **Feinman's** request, a broker in New York named Seymour Pollack telephoned a convicted swindler named James Brewer in Miami, and asked whether he had any "paper."

Through a contact of Brewer's, C&I bought 86 counterfeit certificates of deposit purportedly issued by the Aeiola Bank and Trust Co. Ltd. of St. Vincent, in the West Indies. They had a face value of $43 million. **Feinman** and Pollack paid $1,000 for them.

With that, the seeds of an international FBI undercover investigation - one that eventually would lead to convictions of the men who profited from C&I's crimes - were planted. Tuesday, the FBI announced that the undercover operation, code-named Gallstone, had led to the seizure of $500 million in counterfeit securities, resulted in 29 indictments, took three undercover FBI agents on a 3 1/2-year paper chase from Hong Kong to London and exposed a little-known international network of financial fraud.

In 1979, Brewer had recently become a federal informant. He mentioned his conversation with Pollack to the FBI. Through Brewer and other contacts, FBI agents in Phoenix and Philadelphia would become aware of the illegitimate birth of C&I shortly after the company was conceived. The agents, posing as corrupt businessmen and lawyers, began dealing with the company, first in tape-recorded telephone conversations, then face-to-face.

"We were sitting inside the office; we were right there," said James J. Rohn, the federal attorney in Philadelphia who prosecuted the case against C&I's six conspirators. "We were able for the first time, to see the inside workings of the company."

In 1981, the six men were convicted.

The lesson federal prosecutors and FBI agents learned from the C&I case was profoundly disturbing: Swindlers had easy access to counterfeit securities, which they used as weapons in white-collar crimes.

But the FBI used that learning to create Operation Gallstone, the assault on white-collar criminals announced Tuesday. Gallstone also profited from the inside knowledge of Goepfert and **Feinman**, who, after receiving long prison terms, became crucial undercover informants for the investigation.

Monday, June 23, 2003 America Online: Grumpycoach55

This is an account, drawn from federal court records and transcripts of secretly tape-recorded conversations compiled by the FBI in 1979 and 1980, of how the Gallstone investigation began.

"We saw the pattern in C&I," Rohn said. "We saw how six individuals set up a phony insurance company using $115 million of false assets . . . We saw how they were able to convince their victims that they were a viable company."

C&I sold surety bonds, which ensure a contractor's performance on a construction project. Businessmen paid fees in advance for the financial guarantees, which were worthless because C&I had no real assets.

"C&I's victims would go to look for their bond, and, essentially, it would be like a Western facade," Rohn said in an interview. "There would be a bunch of two-by-fours behind the scenery. There would be nothing holding the scenery up. There was nothing there."

In four months, the company, without real funds or the ability to issue real bonds, defrauded its customers of $365,000 and issued nearly $100 million in worthless financial guarantees.

C&I was built on the false financial bedrock of $87 million in counterfeit certificates of deposit held by a phony Caribbean bank. Those and other bogus financial instruments allowed an accountant working for C&I to concoct an audited financial statement showing C&I's net worth to be $115 million.

Goepfert worked behind the scenes as a sort of criminal consultant to C&I. The company's leader in Philadelphia was Feinman, "a cold, calculating criminal and con man" who had mastered "some of the most sophisticated confidence schemes and con techniques," Rohn told a federal judge in 1982.

"Feinman proved to be a master of the paper scam by taking a company worth nothing and creating a company, on paper, that was worth millions. . . . Feinman's sole objective was to defraud innocent and desperate victims out of substantial sums of money," Rohn said. Most of the victims had experienced difficulty obtaining bonds from other sources and had difficulty obtaining loans without financial guarantees, Rohn said. They had paid dearly for worthless paper.

**SINGLEG* In August 1979, Feinman and his partners set up shop at 1429 Walnut St. Before C&I could begin selling bogus financial guarantees, the company needed several tools of the swindler's trade.

Through the offices of two men subsequently convicted in the case, Seymour Pollack, the New York investment broker, and Lawrence Rush, an accountant, Feinman obtained an audited, but utterly phony, financial statement for C&I.

Overnight, on paper, C&I became an insurance company with $115,775,000 in assets.

Then, Feinman bribed a 31-year-old Cherry Hill stockbroker, Mark Snyder, to vouch for C&I's trustworthiness when potential victims telephoned seeking reassurance that they were dealing with a legitimate company. Snyder, who during this time had been an assistant vice president of E.F. Hutton Co. and later became a vice president at Bache Co., was convicted in the case.

Finally, C&I needed "paper" assets in the form of counterfeit certificates of deposit. Notwithstanding the fact that Rush had completed a certified audit showing the company was worth $115 million, the company had no assets - real or phony.

That problem was easily solved. The 86 fraudulent certificates of deposit from the Aeiola Bank and Trust Co. were delivered to Feinman and Pollack. Pollack also got his hands on several more phony CDs, under the name of Phoenix Trust Co., Tortola, British Virgin

Islands, each with a face value of $5 million.

**Feinman** later described the CDs to undercover FBI agent Robert Bumpers. "You see, they can't stand any scrutiny," **Feinman** explained. "Basically, it's just a piece of paper."

In September 1979, Pollack gave **Feinman** the fraudulent financial statement, three $5 million Phoenix Trust CDs and forged and backdated trust letters. Copies of these documents were sent to customers as part of C&I's financial package, to convince victims that C&I was a thriving insurance company, possessed of assets that could satisfy defaults on bonds and guarantees.

The phony financial statement, the counterfeit CDs and the false references of Mark Snyder breathed life into C&I. But the FBI and the U.S. attorney's office in Philadelphia quickly had a death grip on the company.

The FBI isn't saying just how they got on to the scam, but weeks after C&I went into business, the company was unwittingly dealing with FBI agents on the telephone. The taped conversations were damning to the conspirators, and fascinating to the FBI.

"We knew we were looking at something unusual," said Rohn, the federal prosecutor. "It was unusual in that it was, essentially, a nationwide scam insurance company with offshore banking connections. By setting it up that way, they were able to elude the authorities, because people only saw one piece of the puzzle. For example, if an investor in Wisconsin is burned by the company, he goes to the local authorities or to the FBI, and all they see is somebody purchasing a bond. They can't see beyond the facade."

But the investigation let the FBI agents inside the company - to take the lid off C&I and look at the works.

In one early tape, recorded on Oct. 17, 1979, C&I representative Tom Scott placed a call from C&I's Walnut Street offices to a man he thought was a corrupt Phoenix businessman named Chuck Wilkins. Scott was trying to see if Wilkins - who was really a federal agent - could assist C&I as it attempted to foist its phony certificates of deposit off on unsuspecting banks.

"Let me ask you something, Chuckie," Scott said. "If I had a CD - the CD is issued to C&I, but I'm not going to mention who it's issued by; it's not stateside. All we want to do is take it, put it in the bank, to use it for guarantees. We don't want to put it on deposit. We don't want to draw interest. All we want is a banker, preferably a lawyer . . . to take it over to the bank, deposit it in a safe deposit box, and that's it. And for him to say, and for him to sign a receipt letter, stating he has received it and it is in their bank."

"Can I ask you some questions?" Wilkins said.

"Sure," Scott said.

"It's issued by an offshore bank?"

"Right."

"Will it stand up to any scrutiny?"

"Ah . . . not a whole lot," Scott said.

"Will it stand up to one phone call?"

"Yeah, it will stand up to one phone call."

"I think you need an attorney more than you need a bank," Wilkins said.

"If you get the kind of attorney I'm looking for, he knows what kind of bank we're looking for in most instances," said **Feinman**'s front man. "We need someone that will say exactly what we want to say. You know what I'm looking for."

"Yeah, I got the picture." Wilkins said.

"And, uh, " Scott stammered, "you know, there's some grease."

Wilkins provided C&I with a corrupt lawyer - FBI agent Robert Bumpers, using the pseudonym J. Daniel Davis.

Through "Davis," C&I thought it could place several of its CDs in small banks in Arizona, Nebraska and Missouri, using them as collateral for its worthless surety bonds.

In one such attempt, recorded by the FBI, Goepfert told a bank official in Ashland, Neb., that the CDs would generate lucrative premiums for the bank. "We're gonna do an awful lot of business, gonna be an awful lot of cash," Goepfert told the banker.

"Who the hell are you guys, in your red and white suits and your beards?" the banker replied.

By December 1979, **Feinman** was drinking champagne in Las Vegas with "Jay Davis." His defenses loosened by the camaraderie and the champagne, **Feinman** let slip that Goepfert was the organizing force behind the scenes at C&I.

He touted his and Goepfert's ability to generate fraudulent millions:

"My people, we feel, are some of the best insurance people in the country," **Feinman** said. "We're very creative and we know what we're doing. And we haven't been in jail yet."

In August 1980, **Feinman**, Goepfert, the broker Pollack, the accountant Rush, C&I frontman Scott and stockbroker Snyder were indicted in the C&I swindle by a federal grand jury in Philadelphia. All were convicted. Goepfert and **Feinman** subsequently agreed to cooperate with the Gallstone investigation. Along with their inside knowledge and impeccable white-collar crime credentials, the knowledge gleaned from the C&I investigation would, over the next three years, lead the FBI through an international maze of phony paper.

Illustration:PHOTO

PHOTO (1)

1. **Alex Feinman**, a mastermind in a crooked securities scheme, in his office at a club in 1980 (Special to The Inquirer / MARY D'ANELLA)

Copyright (c) 1985 The Philadelphia Inquirer

**Philadelphia Inquirer, The (PA)**

April 24, 1985
**Section:** LOCAL
**Edition:** FINAL
**Page:** A12

### A 3-YEAR STING THAT TAPPED INTO A GLOBAL NETWORK
*Tim Weiner, Inquirer Staff Writer*

The Gallstone operation began in October 1981, when three agents in the FBI's Newtown Square office, a nondescript glass-and-stucco building on Route 252, created a company called Builders Casualty & Surety Ltd.

Posing as corrupt businessmen running an insurance company with offshore banking connections, agents Jim Vaules, Frank Kenney and Mike Melvin stung crooked financiers, counterfeiters and con men working in London, Liechtenstein, Grand Cayman Island, Hong Kong and across the United States.

In 3 1/2 years, the agents confiscated counterfeit securities with a face value of $500 million, including $200 million in phony certificates of deposit held by two Philadelphia brokers working in the Public Ledger Building on Chestnut Street. They were offered millions of dollars in stolen travelers' checks from the Taiwanese black market, hot Mercedes-Benz automobiles, phony Picassos and political influence.

Like Abdul Enterprises, the phony oil-rich conglomerate run by the imaginary sheik of Abscam, Builders Casualty existed solely in the minds of the FBI agents. Instead of corrupt politicians, however, their quarry was the creme de la creme of con artistry, and the hundreds of millions in counterfeits that were tools of that trade.

This account, based entirely on federal court records - trial transcripts, indictments, judgments of conviction and sworn affidavits - and fleshed out in conversations with federal prosecutors, is the story of how the FBI plugged into an international criminal network.

The paper flowed through a kind of global Casbah, "a big network of these guys who offer each other mechanisms to make money illegally," said Peter F. Vaira, who was the U.S. attorney in Philadelphia when Gallstone began.

"We knew that netherworld existed," Vaira said. "We sure didn't know the extent of it.

"This investigation was a great vehicle to tap into that whole underground," Vaira said, "and we realized when we tapped into it that it was an international situation."

Working with a convicted fraud turned federal informant, the agents put out the word that Builders Casualty was looking for "paper": forged and fraudulent certificates of deposit, counterfeit bonds and other bogus securities used in the sophisticated financial swindles of international con men.

Seizing the paper, and taking it out of circulation, was the aim of the sting.

The investigation already has led to the convictions of 15 members of the paper underground. Those con men trafficked in hundreds of millions of dollars in phony assets. The paper was used to create the illusion that they were respectable businessmen running financially solid companies. Their companies were in reality criminal conspiracies.

They swindled banks and investors by getting them to grant loans secured by counterfeit collateral. And businessmen were defrauded by paying advance fees for financial guarantees -

for example, surety bonds, used to guarantee a company's performance on a construction project. They thought they were buying financial guarantees backed by real companies with real assets. They were dealing with companies that were shells, and they paid huge sums for worthless insurance.

**SINGLEG* Gallstone had its roots in a 1979 FBI investigation of a crooked surety-bonding company called Casualty & Indemnity Ltd. The company, based at 1429 Walnut St. in Philadelphia, was incorporated in the Central American nation of Belize and backed by $115 million in phony paper assets, including $87 million worth of fictitious certificates of deposit.

Casualty & Indemnity set up shop in August 1979. In six months, the six men eventually convicted in the case defrauded businessmen across the country of $365,000 by selling them worthless surety bonds. Most of the money went to **Alex Feinman**, a 30-year-old swindler from Moorestown, N.J., who conceived the company and, as tape-recorded evidence in the case showed, prided himself on his creation.

Said Luther Weaver, a former assistant U.S. attorney who prosecuted the C&I case in 1981: "These guys breathed life into a company with no money, a company with no employees, with no history . . . and got money from people who were desperate and needed bonds. It was a fascinating scheme."

"We saw the pattern in C&I," said First Assistant U.S. Attorney James J. Rohn, who prosecuted the case with Weaver and went on to take charge of Gallstone.

"C&I was essentially a nationwide scam insurance company with offshore banking commitments," Rohn said. "Its victims would go to look for their bonds and, essentially, it would be like a Western facade. There would be a bunch of two-by-fours behind the scenery. There would be nothing holding the scenery up. There was nothing there."

One of C&I's victims was Robert Vincent, a construction executive from Benton, Pa. In September 1979, the conspirators took $43,000 in $100 bills from Vincent in exchange for a worthless $1.5 million construction bond, and gambled the money away in Atlantic City, evidence at the trial showed.

Another victim was the Riggs National Bank in Washington, D.C., where C&I deposited a counterfeit $5 million certificate of deposit and used it as phony collateral for loans to businessmen.

**Feinman**, who was to become a key informant in the Gallstone case while serving a six-year prison sentence, boasted about the scheme to an undercover FBI agent in December 1979 in a tape-recorded conversation later used as evidence against him.

"We're very creative and we know what we're doing," **Feinman** said. "And we haven't been in jail yet."

But the six men who created C&I, including **Feinman**, were convicted in 1981 in U.S. District Court in Philadelphia. The trial gave Rohn and the FBI agents an expanded understanding of paper swindles and gave them confidence that they could infiltrate and destroy similar frauds by creating an undercover company.

The case even provided them with tools to do so: the cooperation of **Alex Feinman** and John Valentine Goepfert.

Goepfert was the behind-the-scenes genius of Casualty & Indemnity, a circumspect, smooth-talking insurance wheeler-dealer who lived on a lavish estate in Wall Township, Monmouth County, N.J.

Monday, June 23, 2003 America Online: Grumpycoach55

Goepfert's conviction in the C&I case brought him a five-year sentence. Later in 1981, he was sentenced to 10 years by a federal judge in New York for stealing more than $1 million from an underwriting firm that was part of Lloyd's of London.

In October 1981, facing the possibility of spending the rest of the decade in prison, Goepfert offered to cooperate with the FBI. Over the next year, his inside knowledge of financial scams would lead the FBI through an international paper maze.

Today, Goepfert, 56, is about to be released from the Allenwood Federal Prison Camp, where he has been an inmate for the last 2 1/2 years - and where he continued to work undercover for Gallstone.

"Con men are interesting," Weaver mused. "Getting caught is a game to them. . . . Goepfert came in and said, 'It behooves me to cooperate,' but he was not born again or anything. He just conned different people."

**SINGLEG* The FBI agents modeled Builders Casualty after Casualty & Indemnity, creating the facade of a fraudulent insurance company.

"We said we had formed an offshore insurance company that was looking for 'paper' that could withstand some scrutiny, and we put that word out through Jack Goepfert," Rohn said.

Goepfert sought out his old contacts, a loose-knit confederation of counterfeiters and swindlers whom he drew into Gallstone's web. The first was Leonard Sloane, a Bala Cynwyd broker who brought counterfeit securities from Hong Kong into the United States via the Philippines. In 1981, Sloane was working with David A. Najohn in Suite 354 of the Public Ledger Building at Seventh and Chestnut Streets.

Their eventual convictions showed Najohn and Sloane to be experts in importing and distributing phony certificates of deposit. Among their assets were hundreds of counterfeit CDs issued by a Guatemalan bank, Banco del Ejercito. That paper alone gave them a fraudulent net worth of $200 million.

Court records show that in October 1981, Goepfert met Sloane in Philadelphia and explained that he wanted to buy $1.5 million in phony certificates of deposit for Builders Casualty. Sloane gave Goepfert a sample of his wares - a photocopy of a $500,000 certificate of deposit on the American Commerce Bank of Taipei, Taiwan, a shell corporation based on Grand Cayman Island, the tax-free Caribbean refuge that is the world capital of paper banks.

The $500,000 CD looked legitimate, but it was a phony. It was precisely what the FBI was looking for.

In November, Sloane gave undercover agent Vaules three of the phony $500,000 CDs. The agent assured Sloane he would receive a fee of 10 percent of the face value of the paper - $150,000 on this deal alone - out of future premiums and fees generated by Builders Casualty.

Sloane was hooked. He was Gallstone's first catch. The agents strung him along for eight months, until June 1982, when they confronted him with his crimes and convinced him to become an informant. Sloane would lead the agents to a man wanted throughout the Western Hemisphere - the elusive Richard Stephen Keats.

**SINGLEG* Prosecutors in the United States, Britain and Switzerland describe Keats as a protean con man - for a decade, one of the world's most prolific paperhangers.

Between 1974 and 1979, Keats was indicted in Los Angeles, New York and London on charges involving a total of $18.5 million in fraudulent schemes, including a plot to convert $12 million in counterfeit U.S. Treasury bills to cash. He was convicted in Los Angeles on conspiracy and

forgery charges in 1976.

In 1981 and 1982, as Gallstone took shape, Keats was traveling in the United States, Canada, Britain, France, Spain and Switzerland, foisting more than $25 million in forged U.S. and Eurodollar bonds off on banks, according to British and Swiss authorities.

"He was shipping those bonds like confetti," said Peter Gasser, the public prosecutor in Zurich.

Where did Keats' paper come from? "It was determined that a substantial number of securities were stolen out of brokerage houses in New York, duplicated in Europe by a printer . . . and those securities were provided to Mr. Keats in London," Rohn, the federal prosecutor, told a judge in October 1983.

And where did it go? The full scope of Keats' work in the 1980s may never be known, for more of his paper is almost certainly sitting undetected in bank vaults throughout Europe, British and Swiss investigators said.

"Some of this stuff is still sitting in some banks in Europe like a time bomb," Gasser said from Zurich in a telephone interview. "If a bank takes those bonds and thinks they're genuine, they won't know until the bonds mature - 15, 20 years, that long." He said Keats' legacy will keep the international financial community unnerved for years.

**SINGLEG* In an affidavit filed in U.S. District Court in September, Leonard Sloane reiterated the confession he made when he began to cooperate with the investigation in June 1982. He described the deals that led to Keats' downfall:

In January 1982, six months before Sloane began to cooperate with the investigation, FBI agents Vaules and Melvin urged Sloane to obtain more paper for Builders Casualty. Sloane reached out for Richard Keats.

They met in New York that month. Keats said he had counterfeit bonds "for rent" in London. On Jan. 19, 1982, Sloane flew from Philadelphia to London, where he met Keats the next day at the Eccleston Hotel, not far from Buckingham Palace. Keats gave him $2.5 million worth of counterfeit Connecticut and New York state bonds.

Their next meeting took place in a slightly less glamorous setting: the Marriott Hotel on City Avenue in Bala Cynwyd. There, in March 1982, Keats gave Sloane a box with $3 million in bogus bonds he had smuggled from London through Canada into the United States. Sloane gave the undercover agents $500,000 worth of paper from that shipment - 20 counterfeited Commonwealth of Massachusetts bond anticipation notes, each with a face value of $25,000.

How did Keats, an international fugitive wanted by three nations, flit in and out of Philadelphia and the United States undetected? Rohn, the prosecutor, said the FBI agents did not know that Keats was Sloane's contact. All they knew was that Sloane's friend was named "Ritchie" and had a seemingly limitless source of paper.

In June 1982, Vaules confronted Sloane with the reality of his crimes. Sloane's confessions spurred a federal grand jury in Philadelphia to return a sealed indictment against Keats on Dec. 21, 1982, charging him with importing $5,573,000 in counterfeit bonds.

The indictment was unsealed May 18, 1983 - the day Keats was arrested by FBI agents, Spanish police and members of the London fraud squad as he stepped off an airplane in Malaga, Spain. Today, Keats is jailed in Zurich, fighting the efforts of federal prosecutors to extradite him to Philadelphia, awaiting trial on charges that could keep him imprisoned in Switzerland for up to 15 years.

**SINGLEG* Sloane next betrayed his old confederate, David Najohn.

Monday, June 23, 2003 America Online: Grumpycoach55

In July 1982, Sloane introduced Najohn to undercover FBI agent Frank Kenney at the Fairmont Hotel in San Francisco. They talked about obtaining stolen municipal bonds, Italian treasury notes and phony certificates of deposit for Builders Casualty.

Two weeks later, Najohn flew to Philadelphia and met with Kenney at an office the FBI had rented at the Valley Forge Executive Mall in Wayne. From the wiretapped office, Najohn telephoned a paper bank he controlled in Vaduz, Liechtenstein, to arrange the sale and delivery of 10 bogus certificates of deposit, each with a face value of $250,000, to Builders Casualty.

He was tape-recorded in the transactions and arrested. He, too, began to cooperate with the investigation, but had second thoughts and fled the country. He was arrested in Switzerland in December 1982, extradited, convicted and sentenced to a four-year prison term in U.S. District Court in Philadelphia in June 1983.

Finally, last year, Sloane received a two-year prison sentence for transporting $12 million worth of his Guatemalan paper from Philadelphia to Florida.

**SINGLEG* By October 1982, a year after Gallstone came into being, the first part of the investigation was drawing to a close - in large part because Goepfert began serving time in Allenwood. His 10-year prison sentence was cut to five years after Rohn explained Goepfert's role in Gallstone to the judge who had imposed the sentence.

In October 1983, the prosecutor told U.S. District Judge Whitman Knapp in New York that the investigation had "prevented an economic loss in excess of $400 million" by taking reams of bogus paper out of circulation.

"Obviously other people besides Mr. Goepfert worked on this," the judge said, "but if it wasn't for Mr. Goepfert this whole panorama of activity could not have happened?"

"Yes sir," Rohn said. ". . . Mr. Goepfert continues to cooperate and provide us with information from prison. His cooperation, in the government's view . . . has been extremely significant."

At Allenwood, Goepfert was reunited with **Alex Feinman**, his old partner and co-defendant in the Casualty & Indemnity case. From inside the minimum- security federal prison camp, the nation's best-known prison for white- collar criminals, Goepfert and **Feinman** became two of the FBI's best snitches. They helped develop cases that led to 13 more indictments.

As the investigation grew, two prosecutors were needed to handle the information generated by the FBI. Rohn was joined by Robert Welsh, chief of the major crimes division of the U.S. attorney's office in Philadelphia.

Inside Allenwood, Goepfert befriended a convicted counterfeiter of checks named Frederick Jaeger. Goepfert suggested that Jaeger could make big money when he got out of prison by looking up the people at Builders Casualty.

"We caught him dirty four days out of Allenwood," Welsh said.

"We gave him the frozen tundra speech," said Rohn.

The frozen tundra speech goes something like this, Rohn said: "It's a wasteland out there - you better come in from the cold. . . . There's limited seating on the good-guy train - what are you going to do?"

The speech was chillingly convincing. Jaeger seized the opportunity to cooperate, Rohn said. As a result, five more men were caught in the investigation's spreading net last year.

Monday, June 23, 2003 America Online: Grumpycoach55

First, Jaeger brought Jim Vaules, the FBI agent, together with Harry Wu of Hong Kong, an international businessman with a master's degree and a background in the black market, and Frank Avianca of Los Angeles, a production consultant for sex-and-slash movies.

In the spring of 1984, Wu, Avianca and a go-between named Joseph Lofaso delivered $30,000 in stolen American Express travelers' checks to Vaules at 30th Street Station. They offered the undercover agent millions more.

"Avianca told Vaules that there were millions of dollars to be moved through the Far East," wrote U.S. District Judge Raymond J. Broderick, who convicted Wu at a nonjury trial in October. "In Wu's presence, Avianca told Vaules that Wu could guarantee Vaules $100,000 worth of stolen travelers' checks per month" at a price of 40 cents on the dollar. The evidence showed that the travelers' checks had been stolen in Los Angeles and found their way into the black market in Taiwan and thence to the FBI.

But Wu and Aviana had more to offer.

"They offered us, on tape, millions of dollars in phony certificates of deposit, too," Welsh said. "Then there was the phony art - they actually brought down some Matisses and Miros and Picassos and we had them checked out at the Art Museum and they were phony. We probably could have gotten a lot more from those guys, but we didn't have the money - I mean, we didn't want to spend five million dollars."

Avianca, who pleaded guilty, was sentenced to one year in federal prison in December. Lofaso, who also pleaded, received five years' probation, as did Wu.

Jaeger also fed two other former confederates into the FBI's machinery - Marvin Koch and Peter Swenson, who owned a printing company in Hackensack, N.J., and specialized in creating phony financial instruments.

Koch and Swenson received a legitimate $10,000 certificate of deposit from the agents and, using it as a model, proceeded to counterfeit 105 $100,000 CDs from it, Welsh said. Then they made the mistake of crossing a state line.

Koch and Swenson crossed the Delaware to deliver their paper to the undercover agents at a restaurant in New Hope, Bucks County. The second they touched Pennsylvania soil, they had committed a federal offense - interstate transportation of counterfeit securities.

In addition to the $10.5 million in counterfeit Philadelphia National Bank certificates of deposit, Welsh said, "Swenson delivered a batch of blank treasurer's and cashier's checks designed to resemble substantial financial institutions', but slightly different - such as Citibank of Grand Cayman Island, or Bankers Trust of Tortuga." Koch and Swenson pleaded guilty and received probationary terms last year in federal court in Philadelphia.

As if not to let Goepfert outdo him in his cooperation, **Alex Feinman** dealt with two guards at Allenwood. Jack Winter and Melvin Fields were indicted in U.S. District Court in Harrisburg in August 1984 on charges of taking bribes from inmates in exchange for favors. Winter was convicted; Fields is awaiting trial.

Finally, Goepfert helped develop the case against two former state representatives, Charles Caputo and Leonard Martino, who were indicted yesterday on charges of perjury and obstruction of justice. The two former politicians, both lawyers, are charged with lying to a federal grand jury in Philadelphia about their dealings with Goepfert and Vaules - specifically, lying about their requests to Vaules and Goepfert that they provide money to bribe state officials in an effort to obtain state licensing for a shady California insurance company, and denying that they had made corrupt arrangements with two congressmen for a furlough from Allenwood for Goepfert.

Monday, June 23, 2003 America Online: Grumpycoach55

The undercover agents remained under wraps. They did not appear at yesterday's news conference. Goepfert and **Feinman**, too, were conspicuous by their absence. But Rohn and Welsh squinted into the television lights and tried to explain the case, going back to 1979 and their first understanding of how Goepfert, **Feinman** and the world of paper scams operated.

A new understanding of that world is the investigation's legacy. But Luther Weaver, the former prosecutor who, along with Rohn, helped bring Goepfert and **Feinman** into the underworld of Gallstone, said his old understanding of the nature of white-collar criminals remained unchanged.

"They never really lose if they get caught," Weaver said. "That's part of the game. They're out of commission for a while, and then they set up somewhere else. They never stop. It's a way of life for them. These guys are very intelligent. They may lose a battle or two, but they live to scheme another scam. A prosecutor who pursures people like that almost never really wins the war."

**Illustration:** PHOTO (2)< 1 - 2. THESE ARE EXAMPLES of counterfeit bonds seized in the sting code-named Gallstone. It was run through Builders Casualty & Surety Ltd., a frontcompany created by the FBI.



Copyright (c) 1985 The Philadelphia Inquirer

---

**Philadelphia Daily News (PA)**

April 24, 1985
**Section:** LOCAL
**Edition:** 8STAR
**Page:** 5

## CON-SCIOUS DECISION: FEDS SIDESTEP THE ENTRAPMENT TRAP

RON GOLDWYN and GARY THOMPSON, Daily News Staff Writers

No more Mel Weinbergs. Not if they can help it.

That was how federal prosecutors and FBI agents handled Operation Gallstone, a far-reaching undercover insurance-fraud investigation terminated yesterday after the latest round of indictments in Philadelphia.

Weinberg was the convicted con man who played a key role in Abscam, the controversial and highly successful sting operation that sent a U.S. senator, six congressmen and three Philadelphia city councilmen to jail for corruption and bribery.

The boasting, wisecracking, jewelry-flaunting Weinberg was the middleman who introduced many of the Abscam defendants to federal undercover agents.

Although videotaped bribery transactions led to a string of convictions, Weinberg's frequent off-camera contacts with defendants raised serious legal questions about entrapment and possible criminal activity on the part of the government.

Monday, June 23, 2003 America Online: Grumpycoach55

Gallstone - fancifully named for the medcial problems of an FBI supervisor - had its own convicted con man, John V. "Jack" Goepfert, of Monmouth County, N.J. Goepfert set up a phony insurance company in Philadelphia and "capitalized" it with fake securities.

He and a partner even paid off an E.F. Hutton executive and a certified public accountant to vouch for the bogus securities.

Undercover agents used Goepfert to introduce them to other dealers in phony securities - but that was all, said First Assistant U.S. Attorney James J. Rohn.

"We cut him out and dealt directly with the targets," Rohn said.

U.S. Attorney Edward S.G. Dennis Jr. explained that meant no unrecorded conversations or other gaps in the evidence that would leave room for "theories a defendant might weave."

"The main thing was to cut out the middleman," Dennis said. "Those of us who worked in undercover operations are very much aware of the problems of an entrapment defense.

"Abscam heightened our awareness of how dangerous (to the government) an entrapment defense can be. It can endanger an otherwise successful operation."

The FBI decided to create its undercover insurance company operation in 1980, after breaking up Goepfert's fraudulent firm, Casualty and Indemnity, which had offices on Walnut Street in Center City.

C&I sold performance bonds to construction companies. With no financial resources to back the bonds, the company bought forged or stolen securities to inflate its asset base.

The FBI eventually convicted four principals behind C&I for taking advance fees totaling $363,000 for six performance bonds. But Rohn said the bureau realized that as long as phony securities were readily available, the problem of worthless performance bonds would recur.

So the FBI established its own insurance company in a Philadelphia suburb - Rohn declined to name it or say where - and appeared to operate much as C&I had. Undercover agents represented the company as a branch of a large Caribbean insurance firm interested in purchasing phony securities.

That's where the FBI recruited Goepfert and his C&I partner, **Alex Feinman**, both serving federal prison sentences, to introduce them to international con men in the business of selling fake securities.

Undercover agents eventually netted fake securities with a potential value of $500 million. The potpourri included certificates of deposit issued by fictitious banks in Hong Kong and Liechtenstein, and counterfeit municipal bonds from New York counties and Massachusetts health authorities. Most of the certificates were blank, but several had been filled out to represent a total of $17 million.

Unlike C&I, the FBI company never collected money from construction companies looking to buy performance bonds, but stuck to securities dealings.

"After awhile, we got to be pretty well-known con men in our own right," Rohn said.

The trail of underworld characters and contacts led onto some byways. Gallstone indictments included cases involving a stolen car and a proposed $5.8-million marijuana deal.

Federal officials yesterday said they were shutting down the sting following indictment of two

Monday, June 23, 2003 America Online: Grumpycoach55

former Pennsylvania legislators on perjury charges related to influence peddling.

The man they thought they were trying to help, through overtures to state officials and congressmen, was Jack Goepfert.