# EXHIBIT E

```
CJIS 511868  10/26/03 1920 000.
------------------FEINMAN,ALEX------------------- - W6154616-------------------
      Commonwealth of Massachusetts - Criminal Justice Information System
          Trial Court of Massachusetts - Warrant Management System
Pursuant to Massachusetts General Laws ch.276 s.23A this is a TRUE WARRANT on
the person named herein as contained in the Warrant Management System and
printed via Criminal Justice Information System.
This Warrant Printed as of 19:20 on 10/26/03
-------------------------------------------------------------------------------
Defendant Information:
     Name: FEINMAN,ALEX                       SSN: 205366302
     Address: 1267 NO MAIN ST                 Race: W     Sex: M
                                              Hair: XXX   Eyes: XXX
        City: ACUSHNET         MA 02743       Weight:     Height: 5'11"
                                              Complexion:     Marks:
     Date of Birth: 07/19/1949 Place of Birth: MA Date of Emancipation: 00/00/0000
     Father:                              Mother:
     Known Alias:                              Ref No: W6154616

     License No: S53641874                     Misc No:
License State: MA      Obtn No:                CC No:
-------------------------------------------------------------------------------
Warrant Information:                           Docket: 0333CR006680
  Issue Date: 10/24/2003  Court of Issue: 33  - NEW BEDFORD DISTRICT
       Type: S - STRAIGHT                                       142201
  Date of Complaint: 10/24/2003
       Offense Date: 04/09/2003  Offense Location: ACUSHNET


  ********************************** Charges ***************************************
  Count   Offense Code              Description
   1  F   266/37C/D        CREDIT CARD, IMPROPER USE OVER $250 c266 S37
   1  F   266/37C/A        CREDIT CARD FRAUD OVER $250 c266 S37C
   1  F   266/30/A         LARCENY OVER $250 c266 S30

-------------------------------------------------------------------------------
Court Information: NOT TO APPEAR UNLESS ARRESTED
Assigned for Service To: ACU - ACUSHNET PD
Warrant printed by:      ACU - ACUSHNET PD
                                               Fine Amount:
Officer Name:                                  Bail Amount:
Judge's Name: SABRA,BERNADETTE L.              None set
Return Date/Time: 00/00/0000 00:00  Recall Date/Time: 00/00/0000 00:00
-------------------------------------------------------------------------------
                * * * Return of Service on Page 2 * * *




------------------FEINMAN,ALEX------------------- - W6154616---------------PAGE 2
      Commonwealth of Massachusetts - Criminal Justice Information System
          Trial Court of Massachusetts - Warrant Management System
Pursuant to Massachusetts General Laws ch.276 s.23A this is a TRUE WARRANT on
the person named herein as contained in the Warrant Management System and
printed via Criminal Justice Information System.

TO ANY OFFICER AUTHORIZED TO SERVE CRIMINAL PROCESS:

        The court has ordered that the above warrant issue against the
        above defendant.

        Therefore you are hereby commanded to arrest the above named
        defendant and bring the defendant forthwith before this court
        to answer to the offense(s) listed above and to be dealt with
        according to law.
-------------------------------------------------------------------------------
Return of Service:  By virtue of this warrant, I certify that:

          ✓  The defendant has been arrested as ordered by the court.
          ___ I am returning the warrant without service to the court.

  10-26-2003    [signature]       Detective     Acushnet
Date of Arrest  Signature of Person  Title of Person  Department
                  Making Service     Making Service   If different
```