# EXHIBIT F

On Sunday, October 26, 2003 at approximately 7:17PM, I was assigned to uniform patrol in a marked cruiser. In the area of Main Street and Lantern Lane, I observed a male known to me as Alex Feinman walking his dog east on Lantern Lane. Having prior knowledge of the existence of an arrest warrant for Mr Feinman, I stopped and approached him.

I informed Mr Feinman of the warrant and the charges it involved. I accompanied him back to his house where he secured his dog. I allowed Mr Feinman to speak with his wife and make a telephone call to his attorney Donald Barnes. I then escorted Mr Feinman out of his house where I was met by Officers Louann Jenkinson and John Preston. I pat frisked Mr Feinman, handcuffed him (double locking the cuffs), and attempted to have him sit in the rear of my cruiser. Mr Feinman had some difficulty due to hip problems so I had him sit in the front passenger's seat instead. He was then seatbelted in and transported to the station.

Once at the station, Mr Feinman's property was inventoried. The inventory included a black leather wallet, $524. in cash (5-100's, 2-10's, 4-1's), $.47 in change (1-Q, 2-D, 2-P), a Nokia cell phone w/case, and a pair of eyeglasses. I spoke briefly with Mr Feinman regarding the charges against him. Mr Feinman exercised his right to a telephone call to call his wife.

Per his prior request, ADA Chris Markey was notified of the arrest. He instructed me to send down Feinman's federal criminal record as well as a bail request for $3000 when Feinman was transported to the Ash Street Regional Lockup. Once the booking process was complete, Officer Preston transported Mr Feinman to the Regional Lockup (again belted in the front seat) to await a bail hearing.


Respectfully Submitted,

Chris Richmond
Detective
Acushnet Police

```
                     ACUSHNET POLICE DEPARTMENT              Page: 1
                          Summons Report                  11/28/2003

                   Summons #: 03-294-AR
              Related Arrest #:
                       Call #: 03-2523
                   Incident #: 03-168-OF
```

| | |
|---|---|
| Date/Time Reported: | 05/28/2003 @ 1522 |
| Arrest Date/Time: | 10/23/2003 @ 1430 |
| OBTN: | TACU200300294 |
| Refer To Cases: | 03-168-OF |
| Reporting Officer: | Detective Christopher Richmond |
| Approving Officer: | Detective Christopher Richmond |
| Signature: | _____ |

| # | DEFENDANT(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | FEINMAN, ALEX<br>1267 MAIN ST<br>ACUSHNET MA 02743 | M | W | 54 | 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 | 508-763-3357 |

```
         HEIGHT: 511      WEIGHT: 195          HAIR: NOT AVAIL.     EYES: BROWN
           BODY: NOT AVAIL.              COMPLEXION: NOT AVAIL.
            DOB: 07/19/1949           PLACE OF BIRTH: PENNSYLVANIA
 LICENSE NUMBER: MA S53641874               ETHNICITY: NOT HISPANIC
```

**[APPEARANCE]**

GLASSES WORN: NO

| ALIAS LAST NAME | FIRST NAME | MIDDLE NAME | SSN | DOB |
|---|---|---|---|---|
| DAVIS | CALVIN | YORK | NOT AVAIL | NOT AVAIL |
| FEIN | ALEX | | NOT AVAIL | NOT AVAIL |
| FERMISNAN | ALEX | | NOT AVAIL | NOT AVAIL |
| FEIMAN | ALEX | | NOT AVAIL | NOT AVAIL |
| FEINSTEIN | AL | | NOT AVAIL | NOT AVAIL |
| FEINMAN | ALEXANDER | | NOT AVAIL | NOT AVAIL |

**[FAMILY/EMPLOYMENT INFORMATION]**

MARITAL STATUS: MARRIED

| # | OFFENSE(S) | A/C | CHAPTER | SECTION |
|---|---|---|---|---|
| | LOCATION TYPE: Service/Gas Station     Zone: CENTER ZONE<br>PARTING WAYS SERVICE STATION INC.<br>121 MAIN ST<br>ACUSHNET MA 02743 | | | |
| 1 | CREDIT CARD, IMPROPER USE OVER $250<br>    OCCURRED: 04/09/2003   1200 | C | 266 | 37C |
| 2 | CREDIT CARD FRAUD OVER $250<br>    OCCURRED: 04/09/2003   1200 | C | 266 | 37C |
| 3 | LARCENY OVER $250<br>    OCCURRED: 04/09/2003   1200 | C | 266 | 30 - FALSE |

## ACUSHNET POLICE DEPARTMENT
## Summons Report

Summons #: 03-294-AR
Related Arrest #:
Call #: 03-2523
Incident #: 03-168-OF

| # | VICTIM(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | GAP INC.<br>1601 TRAPELO RD<br>WALTHAM MA 02451<br>VICTIM CONNECTED TO OFFENSE NUMBER(S): 1  2  3 | | | | NOT AVAIL | |
| 2 | J P MORGAN CHASE<br>3949 SOUTH 700 EAST #500<br>SALT LAKE CITY UT 84107<br>VICTIM CONNECTED TO OFFENSE NUMBER(S): 1  2  3 | | | | NOT AVAIL | 801-590-1401 |

| # | PERSON(S) | PERSON TYPE | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|---|
| 1 | TESSIER, WILLIAM<br>1601 TRAPELO RD<br>WALTHAM MA 02451<br>DOB: NOT AVAIL<br>EMPLOYER: GAP SECURITY DEPARTMENT | REPORTING PARTY | M | U | 99 | NOT AVAIL | 617-794-9345 |
| 2 | MCINNIS, SHERRI<br>1601 TRAPELO RD<br>WALTHAM MA 02451<br>DOB: NOT AVAIL<br>EMPLOYER: GAP INC.  ·  781-839-8700 | WITNESS | F | U | 99 | NOT AVAIL | |
| 4 | PALMER, STEPHANIE I<br>14 FRANKLIN ST<br>NEW BEDFORD MA 02740<br>DOB: 10/08/1976<br>EMPLOYER: L. FEINMAN & SONS | PARTICIPANT | F | W | 26 | 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 | |
| 5 | ANGUIANO, PATRICIA<br>3949 SOUTH 700 EAST #500<br>SALT LAKE CITY UT 84107<br>DOB: NOT AVAIL<br>EMPLOYER: J P MORGAN CHASE  ·  888-307-2990 | WITNESS | F | U | 99 | NOT AVAIL | 801-590-1401 |

| # | OTHER PROPERTIES | PROPERTY # | STATUS |
|---|---|---|---|
| 1 | MASTERCARD #<br>QUANTITY: 1         VALUE: $3,000.00<br>SERIAL #: 5478990000103816<br>   DATE: 05/28/2003<br>   OWNER: GAP INC. | | Stolen |

```
                    ACUSHNET POLICE DEPARTMENT              Page: 3
                          Summons Report                  11/28/2003

                    Summons #: 03-294-AR
               Related Arrest #:
                        Call #: 03-2523
                    Incident #: 03-168-OF
```

*******************************
***CONFIDENTIAL PERSON REPORT***
*******************************

| # | PERSON(S) | PERSON TYPE | SEX | RACE | AGE | SSN | PHONE |
|---|-----------|-------------|-----|------|-----|-----|-------|
| 3 | PIMENTAL, GEORGE<br>12 MANCHESTER LN<br>ACUSHNET MA 02743 | WITNESS | M | W | 49 | | |

```
                    ACUSHNET POLICE DEPARTMENT              Page: 1
                         Incident Report                    11/28/2003

           Incident #: 03-361-OF
           Call #: 03-5559

                Date/Time Reported: 10/26/2003 1917
                   Report Date/Time: 10/26/2003 2028
                   Occurred Between: 10/26/2003 1917-10/26/2003 2015
                             Status: Incident Closed
                  Reporting Officer: Detective Christopher Richmond
                  Approving Officer: Detective Christopher Richmond

                          Signature: _____
```

| # | OFFENSE(S) | A/C | CHAPTER | SECTION |
|---|---|---|---|---|

LOCATION TYPE: Highway/Road/Alley/Street    Zone: NORTH ZONE
LANTERN LN  @ MAIN ST
ACUSHNET MA 02743

| 1 | WARRANT ARREST | C | | |
|---|---|---|---|---|

OCCURRED: 10/26/2003   1917

| # | SUSPECT(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | FEINMAN, ALEX | M | W | 54 | 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 | 508-763-3357 |

1267 MAIN ST
ACUSHNET MA 02743

```
        HEIGHT: 511    WEIGHT: 195        HAIR: NOT AVAIL.    EYES: BROWN
          BODY: NOT AVAIL.           COMPLEXION: NOT AVAIL.
           DOB: 07/19/1949        PLACE OF BIRTH: PENNSYLVANIA
LICENSE NUMBER: MA S53641874            ETHNICITY: NOT HISPANIC
```

_____[APPEARANCE]_____

GLASSES WORN: NO

| ALIAS LAST NAME | FIRST NAME | MIDDLE NAME | SSN | DOB |
|---|---|---|---|---|
| DAVIS | CALVIN | YORK | NOT AVAIL | NOT AVAIL |
| FEIN | ALEX | | NOT AVAIL | NOT AVAIL |
| FERMISNAN | ALEX | | NOT AVAIL | NOT AVAIL |
| FEIMAN | ALEX | | NOT AVAIL | NOT AVAIL |
| FEINSTEIN | AL | | NOT AVAIL | NOT AVAIL |
| FEINMAN | ALEXANDER | | NOT AVAIL | NOT AVAIL |

_____[FAMILY/EMPLOYMENT INFORMATION]_____

MARITAL STATUS: MARRIED

On Monday, 10/27/03, I spoke with Special Agent Chuck Prunier of the FBI. I forwarded all information I had on Alex Feinman and his business. I also put him in touch with two confidential informants that had significant information regarding Feinman's activities.

On Wednesday, 10/29/03, I spoke with Attorney David Nold. Mr Nold called from Washington state. He represents Universal Funding Corporation of Spokane, Washington. Feinman allegedly defrauded Universal Funding out of $350,000. In April 2003, a Washington State Superior Court Judge found in favor of Universal and awarded them a $500,000. settlement. Feinman has not responded to court orders resulting in the issuance of some sort of civil bench warrant. That warrant dictates that Feinman be held on $20,000 bail and be brought before the Washington court. Universal is willing to pay for extradition. Because this is not a criminal warrant, I put Mr Nold in touch with Lt Floyd Teague of the Bristol County Sheriff's Office Civil Process Division to make arrangements to pick up Feinman.