# EXHIBIT G

TO:   Bail Commissioner
FROM: Detective Chris Richmond
      Acushnet Police Department
SUBJ: Bail request


On Friday, October 24, 2003, with the assistance of Bristol County Assistant District Attorney Chris Markey, an arrest warrant was obtained for Alex Feinman DOB 7/21/49. The warrant was for several felony credit card fraud charges arising from an incident that occurred on April 9, 2003 in Acushnet.

On Sunday, October 26, 2003, Feinman was arrested on that warrant.

Feinman has an extensive federal criminal history involving significant fraud charges. He has once walked away from a minimum-security federal lockup. He has at least five known aliases and strong roots in New Jersey and the Philadelphia, PA area.

Based on the above, Feinman may be a flight risk. ADA Markey was notified on the arrest on Sunday evening, 10/26/03. After conferring with ADA Markey, I request bail be set in the amount of $3000 (the dollar loss in the Acushnet case). Attached is a copy of Feinman's federal record.


Respectfully,

Chris Richmond
Detective
Acushnet Police Department