UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03CV-12301-GAO

| | |
|---|---|
| ALEX FEINMAN,<br>    Plaintiff | )<br>)<br>)<br>) |
| v. | )<br>) |
| DETECTIVE CHRISTOPHER<br>RICHMOND, ACUSHNET<br>POLICE DEPT.,<br>    Defendant | )<br>)<br>)<br>)<br>) |

## CERTIFICATION UNDER LOCAL RULE 7.1

Counsel for the defendant, Detective Christopher Richmond, Acushnet Police Department, hereby certifies, pursuant to Local Rule 7.1(A)(2), that I conferred with the pro se plaintiff, Alex Feinman, on July 19, 2006, and attempted in good faith to resolve or narrow the issues set forth in defendant's Motion for Summary Judgment.

During the conference, the parties were unable to join issue on the matter, as the plaintiff advised that despite the defendant's position on the undisputed facts and applicable law, he will not withdraw his claims against the defendant.

The defendant,

DETECTIVE CHRISTOPHER RICHMOND,
By his attorneys,

**PIERCE, DAVIS & PERRITANO, LLP**

_____
Michael D. Leedberg, BBO #660832
John J. Davis, BBO #115890
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

Dated 7/20/06

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the above document was served upon the *pro se* plaintiff, Alex Feinman, by first class mail on July 20, 2006, to his address of record of 1267 Main St., Acushnet, MA, and also to P.O. Box 30061, Acushnet, MA (a new mailing address provided by the plaintiff during a prior Rule 7.1 conference on June 19, 2006). The plaintiff does not appear to be a registered Pacer user.

_____
Michael D. Leedberg