UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03CV-12301-GAO

| | |
|---|---|
| ALEX FEINMAN,<br>    Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| DETECTIVE CHRISTOPHER RICHMOND, ACUSHNET POLICE DEPT.,<br>    Defendant | )<br>)<br>)<br>) |

**ASSENTED MOTION TO EXTEND THE PLAINTIFF'S
TIME TO FILE AN OPPOSITION TO THE
<u>DEFENDANT'S MOTION FOR SUMMARY JUDGMENT.</u>**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, the defendant, Detective Christopher Richmond, Acushnet Police Department, hereby moves the Court to extend the plaintiff's time to file a response to the defendant's Motion For Summary Judgment, filed on July 20, 2006. The reason for the Motion is that the defendant's counsel has information supporting that the plaintiff may not have received service of the Motion and supporting documents until approximately July 31, 2006. As such, the interests of justice require that the fourteen day time provided under Local Rule 7.1(B)(2) run from July 31, 2006, making his opposition due on or around August 14, 2006 according to the defendant attorney's calculations. It is currently due on or around August 4, 2006.

Specifically, the defendant's counsel's office initially mailed the plaintiff's copy of the Motion For Summary Judgment and associated documents to the plaintiff's address of record, at 1267 Main Street, Acushnet, Massachusetts on or around July 20, 2006. The defendant's attorney had reason to believe that this address was no longer valid, despite the *pro se* plaintiff's failure to report his new mailing address to the Court and the remaining defendant. (The plaintiff informally advised the defendant's counsel during a Rule 7.1(A)(2) conference on July 19, 2006 that his new mailing is P.O. Box 30061, Acushnet, Massachusetts.) As such, the defendant's attorney certified and intended that the materials be mailed to both addresses on July 20, 2006, in the interests of caution, despite there being only one address of record.

The defendant's attorney has reason to believe that a clerical error may have occurred at the defendant attorney's office, with the Motion for Summary Judgment and supporting documents being sent only to the address of record on July 20, 2006, and not the P.O. Box, as intended. The defendant's counsel apologizes to the Court for any inconvenience this possible oversight may have caused, and reassures the Court that he is working diligently to reasonably accommodate this *pro se* plaintiff. The documents sent to the Main Street address were returned as undeliverable to the undersigned's office by the United States Post Office on July 28, 2006, and the potential error was realized. On that date, the undersigned's office immediately re-mailed the Motion for Summary Judgment and all related materials to P.O. Box 30061, Acushnet, Massachusetts. Defense counsel spoke with the plaintiff on August 1, 2006, verifying that he received the

materials on July 31, 2006. The undersigned certifies that the plaintiff assented to this motion during that conference. The interests of justice would therefore be served by giving the plaintiff fourteen days from July 31, 2006 under Local Rule 7.1(B)(2), as permitted by Rule 6(b) of the Federal Rules of Civil Procedure.

WHEREFORE, the defendant moves that the plaintiff's time to oppose the Motion for Summary Judgment be extended to August 14, 2006, in the interests of justice.

The defendant,

DETECTIVE CHRISTOPHER RICHMOND,
By his attorneys,

PIERCE, DAVIS & PERRITANO, LLP

_____
Michael D. Leedberg, BBO #660832
John J. Davis, BBO #115890
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the above document was served upon the *pro se* plaintiff, Alex Feinman, by first class mail on June 19, 2006, to his address of record of 1267 Main St., Acushnet, MA, and also to P.O. Box 30061, Acushnet, MA (a new mailing address provided by the plaintiff during a Rule 7.1 conference on June 19, 2006). The plaintiff does not appear to be a registered Pacer user.

_____
Michael D. Leedberg