UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                           )
ALEX FEINMAN,                              )
                                           )
       Plaintiff                          )
                                           )
vs.                                        )   C.A. No. 03-CV-12301-GAO
                                           )
DOMINIC NICOLACI, ET AL.                   )
                                           )
       Defendants.                        )
_____)

## NOTICE OF SUBSTITUTION OF SPECIAL APPEARANCE

To the Clerk of the Above-Named Court:

Please substitute the limited appearance of Sarah M. Joss for the appearance of Ernest L. Sarason, Jr. on behalf of the Administrative Office of the Trial Court ("AOTC") in the above-captioned action.

                      COMMONWEALTH OF MASSACHUSETTS
                      ADMINISTRATIVE OFFICE OF THE TRIAL COURT
                      By its attorneys,

                      THOMAS F. REILLY
                      ATTORNEY GENERAL

                      /s/ Sarah M. Joss_____
                      Sarah M. Joss, BBO #651856
                      Assistant Attorney General
                      Trial Division
                      One Ashburton Place
                      Boston, MA 02108
Dated: August 2, 2006          (617) 727-2200 x 2081

**CERTIFICATE OF SERVICE**

  I, Sarah M. Joss, hereby certify that I have this date, August 2, 2006, served the foregoing document upon the attorneys of record, by mailing a copy first class, postage prepaid mail to:

| | |
|---|---|
| Alex Feinman<br>1267 Main Street<br>Acushnet, MA  02743 | Michelina Andrade<br>195 Riverside Ave.<br>New Bedford, MA  02740 |
| Stewart H. Grimes, Esq.<br>240 Union Street<br>New Bedford, MA  02740 | Joseph L. Tehan, Jr., Esq.<br>Katharine Goree Doyle, Esq.<br>Kopelman & Paige, P.C.<br>31 St. James Street<br>Boston, MA  02116 |
| James W. Simpson, Jr., Esq.<br>Merrick, Louison & Costello<br>67 Batterymarch Street<br>Boston, MA 02110 | Roberta T. Brown, Esq.<br>United States Attorney's Office<br>1 Courthouse Way<br>Suite 9200<br>Boston, MA  02210 |
| John J. Cloherty, III, Esq.<br>John J. Davis, Esq.<br>Pierce, Davis, Fahey & Perritano, LLP<br>Ten Winthrop Square<br>Boston, MA  02110 | William R. Connolly, Esq.<br>Bristol County District Attorney Office<br>P.O. Box 973<br>888 Purchase Street<br>New Bedford, MA  02740 |

            /s/ Sarah M. Joss_____
            Sarah M. Joss