UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ALEX FEINMAN, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>DOMINIC NICOLACI, ET AL. )<br>)<br>Defendants. )<br>) | C.A. No. 03-CV-12301-GAO |

### NOTICE OF SUBSTITUTION OF SPECIAL APPEARANCE

To the Clerk of the Above-Named Court:

Please substitute the limited appearance of Sarah M. Joss for the appearance of Ernest L. Sarason, Jr. on behalf of the Administrative Office of the Trial Court ("AOTC") in the above-captioned action.

          COMMONWEALTH OF MASSACHUSETTS
          ADMINISTRATIVE OFFICE OF THE TRIAL
          COURT
          By its attorneys,

          THOMAS F. REILLY
          ATTORNEY GENERAL

          /s/ Sarah M. Joss_____
          Sarah M. Joss, BBO #651856
          Assistant Attorney General
          Trial Division
          One Ashburton Place
          Boston, MA 02108
Dated: August 2, 2006          (617) 727-2200 x 2081

## **CERTIFICATE OF SERVICE**

I, Sarah M. Joss, hereby certify that I have this date, August 2, 2006, served the foregoing document upon the attorneys of record, by mailing a copy first class, postage prepaid mail to:

| | |
|---|---|
| Alex Feinman<br>1267 Main Street<br>Acushnet, MA  02743 | Michelina Andrade<br>195 Riverside Ave.<br>New Bedford, MA  02740 |
| Stewart H. Grimes, Esq.<br>240 Union Street<br>New Bedford, MA  02740 | Joseph L. Tehan, Jr., Esq.<br>Katharine Goree Doyle, Esq.<br>Kopelman & Paige, P.C.<br>31 St. James Street<br>Boston, MA  02116 |
| James W. Simpson, Jr., Esq.<br>Merrick, Louison & Costello<br>67 Batterymarch Street<br>Boston, MA 02110 | Roberta T. Brown, Esq.<br>United States Attorney's Office<br>1 Courthouse Way<br>Suite 9200<br>Boston, MA  02210 |
| John J. Cloherty, III, Esq.<br>John J. Davis, Esq.<br>Pierce, Davis, Fahey & Perritano, LLP<br>Ten Winthrop Square<br>Boston, MA  02110 | William R. Connolly, Esq.<br>Bristol County District Attorney Office<br>P.O. Box 973<br>888 Purchase Street<br>New Bedford, MA  02740 |

/s/ Sarah M. Joss_____
Sarah M. Joss