UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALEX FEINMAN,
    Plaintiff,

  v.                                                                CIVIL ACTION NO.
                                                                    03-12301-GAO

DOMINIC NICOLACI, MICHELINA ANDRADE,
JAMES BURGESS, ATTORNEY STEWART GRIMES,
BONNIE DEMERS, ROSALIE HASSEY,
LFS, INCORPORATED, DETECTIVE CHRISTOPHER RICHMOND,
THOMAS BRUNELLE, CAROL VER CAMMEN,
KENNETH VER CAMMEN, LYDIA NICOLACI,
SHAWN GORE, JUDGE DAVID TURCOTTE
and ROBERT QUINONES,
    Defendants.

**PROCEDURAL ORDER**

**August 4, 2006**

**BOWLER, U.S.M.J.**

    At the July 18, 2006 status conference before this court, the attorney appearing on behalf of defendant Detective Christopher Richmond ("Detective Richmond") represented, in error, that Detective Richmond was the only remaining defendant. Unfortunately, this court agreed thereby leaving the erroneous impression that Detective Richmond is the only remaining defendant in this action.

    Having further reviewed the pleadings, however, and to clarify any such misimpression, Detective Richmond is not the only remaining defendant in this action. Although a number of individuals named in the operative amended complaint (Docket

Entry # 103)[1] have been dismissed, the following individuals are named in the amended complaint (Docket Entry # 103) and have not been the subject of recommended dismissals by this court: Dominic Nicolaci, Michelina Andrade, James Burgess, Attorney Stewart Grimes, Bonnie Demers, Rosalie Hassey, LFS Incorporated, Detective Christopher Richmond, Thomas Brunelle, Carol Ver Cammen, Kenneth Ver Cammen, Lydia Nicolaci, Shawn Gore, Judge David Turcotte and Robert Quinones.  Accordingly, in the event these individuals have been properly served and the requisite personal jurisdiction exists, see generally 1 James Wm. Moore Moore's Federal Practice § 4.03[1] (2005), these individuals are parties to this action.

The close of discovery was on August 6, 2004.  As reflected in the October 8, 2004 Order (Docket Entry # 109) and reiterated in the March 15, 2006 Report and Recommendation, the September 13, 2004 deadline to file dispositive motions has passed.[2]  As

---

[1]  As stated in the March 15, 2006 Report and Recommendation:

> The prior amended complaint (Docket Entry # 103) shall continue to govern these proceedings with the inclusion of the section 1983 claim against Detective Richmond and the exclusion of the following parties:  Bail Commissioners, John Doe (1) and John Doe (2), State of Massachusetts; Attorney David Madoff; Stephanie Palmer; Nicole Mendonca; Christopher Baty; and Prunier.

(Docket Entry # 136, pp. 10-11).

[2]  This court extended the deadline solely to allow the filing of summary judgment motions by Lieutenant Eugene Herbert, unidentified New Bedford police officers and the Sheriff, Bristol

previously stated, there shall be no further extensions.

                                                /s/ Marianne B. Bowler
                                                **MARIANNE B. BOWLER**
                                                United States Magistrate Judge

---

County on or before December 17, 2004.  This court also extended the deadline solely for the purpose of allowing Detective Richmond to file a summary judgment motion on or before August 18, 2006.