UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12301-GAO

|  |  |
|---|---|
| ALEX FEINMAN,<br>Plaintiff<br><br>v.<br><br>DETECTIVE CHRISTOPHER RICHMOND, Acushnet Police Dept.<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATION UNDER LOCAL RULE 7.1

Counsel for the defendant, Detective (now Sergeant) Christopher Richmond, Acushnet Police Department, hereby certifies, pursuant to Local Rule 7.1(A)(2), that I conferred with the pro se plaintiff, Alex Feinman, on August 7, 2006 and again on August 17, 2006, and attempted in good faith to resolve or narrow the issues set forth in defendant's Supplemental filings for the defendant's Motion for Summary Judgment. During the conference, the parties were unable to join issue on the matter, as the plaintiff disagrees that his claims against the defendant are without legal basis, and the plaintiff is not willing to withdraw his claims against the defendant.

The defendant,

SERGEANT CHRISTOPHER RICHMOND,
By his attorneys,

**PIERCE, DAVIS & PERRITANO, LLP**

_____
Michael D. Leedberg, BBO #660832
John J. Davis, BBO #115890
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

Dated August 17, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the above document was served upon the *pro se* plaintiff, Alex Feinman, by first class mail on August 17, 2006, to P.O. Box 30061, Acushnet, MA. The plaintiff does not appear to be a registered Pacer user.

_____
Michael D. Leedberg