UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12301-GAO

ALEX FEINMAN,
    Plaintiff

v.

DETECTIVE CHRISTOPHER RICHMOND, as an Officer of
the Acushnet Police Department and as an Individual,
    Defendant

PLAINTIFF'S ANSWER TO DEFENDANT'S MOTIONS AND MEMORANDUMS

For ever there to be equal justice, decency, security and liberty alike demand that government officials shall be subjected to the same rules of conduct that are commands to the citizen.... If the government becomes a lawbreaker, it breeds contempt for law; it invites every man to become a law unto himself; it invites anarchy. This is the underlying truth in this action brought forth by the plaintiff in this Court.

The Court has dismissed every law enforcement entity named in this case except the above defendant. This magistrate's Court took the complaint filed by the plaintiff and turned a humble pleading, asking for his day in court to be heard by his peers, into a nightmare. In May of 2004, the plaintiff went to the U.S. Court of Appeals (No. 04-1118) and requested relief for this case to be heard in District Court. It is the plaintiff's belief that the magistrate's Court misrepresented the facts to the sister Courts by acting as though they were working on this case so it could be set for trial. The plaintiff's appellate motion was denied the right to a

speedy trial. It has been approximately three years and there is no light at the end of the tunnel. If the case was brought by the government, it would have been heard within 90 days.

The plaintiff respects the robe worn by the justices for what it means and he respects the justices who believe in and demand equal justice under the law. This has been a very bad time in the plaintiff's life. He lost everything he owned. He has been very sick, both mentally and physically, and must take over 500 mg of Methadone daily just so he can have a quality of life. The plaintiff's wife has seen him crying at night in his sleep and crying out regarding the abuse he suffered at the hands of the police and the sheriff.

When the plaintiff was in court the last time with Attorney Michael D. Leedberg and the statement was made that Detective Richmond was the only defendant remaining and the Court agreed, even though the Court recognized their mistake, it created very deep emotional scars, bringing about the same feelings he had when he was left to suffer at the hands of the Bristol County Sheriff. When the plaintiff's grandmother was alive, she would tell him about the suffering she endured during the holocaust in Germany. He saw the tattoos on her arms with numbers. Now he understands why she was afraid to sleep. Whatever was done by the Court that day ended his will to bring the truth to the surface because what would the Court agree upon the next time someone said something to the Court to harm him? Would the Court agree? That day, he walked around the courthouse reading the inscriptions in the marble and walked to the old courthouse. It is very hard for the plaintiff to believe there is equal

justice under the law. Detective Richmond's affidavit contains stories of untruths to the point that he forgot to tell the Court they had to arrest their chief witness to testify against the plaintiff.

At this time, the plaintiff wishes to withdraw his Complaint from the Court for the basic reason that he fears reprisal from the Court.

Respectfully submitted,

Alex Feinman, Plaintiff

### CERTIFICATE OF SERVICE

I, Alex Feinman, plaintiff in the above-captioned matter do hereby certify that a true and accurate copy of the above document was served upon Pierce, Davis & Perritano, LLP, attorneys for the Defendant, by U.S. Mail on August 28, 2006.

_____ Alex Feinman, Plaintiff