UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALEX FEINMAN
        Plaintiff(s)

v.                          CIVIL ACTION NO. 03-12301-GAO

DOMINIC NICOLACI, ET AL
        Defendant(s)

**JUDGMENT IN A CIVIL CASE**

O'TOOLE, D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

The court adopts the Report and Recommendation by the Magistrate Judge, dated September 21, 2006, recommending that Feinman's motion to withdraw the complaint (docket Entry#159), construed as a Rule 41 (a)(2) motion for a voluntary dismissal, be ALLOWED, and that the motions for summary judgment filed by Detective Richmond (Docket Entry ## 146 and 155) be deemed MOOT. This action is therefore dismissed and the case is closed.

SARAH A. THORNTON,
CLERK OF COURT

Dated: 10/31/06                By Paul S. Lyness
                                      Deputy Clerk

NOTE:  The post judgment interest rate effective this date is ___ %.

(JudgementCivil.wpd - 3/7/2005)